No. 26-4167

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

JOHN ANDREW, AUTUMN ELLANNA, and TERERESA FERGUSON,
on behalf of themselves and all those similarly situated,
*Plaintiffs-Appellants,*

*v.*

HEIDI HEDBERG, in her official capacity as Commissioner
of the Alaska Department of Health,
*Defendant-Appellee.*

---

On Appeal from the United States District Court for the District of Alaska
Case No. 3:23-cv-00044-SLG • Hon. Sharon L. Gleason

---

# EXCERPTS OF RECORD

## Volume 2 of 4, Pages 51 to 335

---

GORIUNE DUDUKGIAN
NICHOLAS FERONTI
MIYE D'OENCH
NORTHERN JUSTICE PROJECT, LLC
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395

SAIMA AKHTAR
NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967

JACOB I. CHEFITZ
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
(212) 335-4500

CHRISTOPHER M. YOUNG
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
(619) 699-2700

*Attorneys for Plaintiffs-Appellants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

JOHN ANDREW, et al, on behalf of themselves, and all those similarly situated,

Plaintiffs,

vs.

HEIDI HEDBERG, in her official capacity as Commissioner of the Alaska Department of Health,

Defendants.

Case No. 3:23-cv-00044-SLG

TRANSCRIPT OF ORAL ARGUMENT
**BEFORE THE HONORABLE SHARON L. GLEASON, DISTRICT JUDGE**
Thursday - December 18, 2025
9:32 a.m. - 10:25 a.m.
Anchorage, Alaska

**FOR THE PLAINTIFFS:**
DLA Piper LLP (US)
BY: SEAN PATRICK FULTON
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201-4629
212-558-3588

Clerk in attendance: Suzannette David

**STACY M. BALDWIN**
**Realtime Certified Reporter**
**Federal Official Court Reporter**
222 West 7th Avenue, #4
Anchorage, Alaska 99513
Transcript Produced from the Stenographic Record

**FOR THE DEFENDANTS:**

State of Alaska Department of Law (Juneau)
BY: LAEL A. HARRISON
123 4th Street 6th Floor
Juneau, Alaska 99811-0300
907-465-2539

State of Alaska
BY: JUSTIN D. NELSON
100 Cushman Street, Suite 400
Fairbanks, Alaska 99701
907-451-2973

State of Alaska
BY: DAVID A. WILKINSON
1031 West 4th Avenue
Anchorage, Alaska 99501
907-269-5100

(Call to order of the Court at 9:32 a.m.)

DEPUTY CLERK: All rise. Her Honor, the Court, the United States District Court for the District of Alaska is now in session, with the Honorable Sharon L. Gleason presiding. Please be seated.

Your Honor, we're on record in Case No. 3:23-cv-00044-SLG, John *Andrew, et at, versus Heidi Hedberg*.

Counsel, please state your appearance for the record.

THE COURT: Go ahead.

MR. FULTON: Sean Fulton from DLA Piper on behalf of the plaintiffs, Your Honor.

THE COURT: All right.

MS. HARRISON: Lael Harrison and...

MR. WILKINSON: David Wilkinson for defendants.

THE COURT: All right.

MR. NELSON: Justin Nelson.

THE COURT: All right. Very good.

All right. Good morning.

Well, you've had a lot to say. There's a lot here. I know the order I put out, which was before I really read all of this. I said 20 minutes per side, but my next hearing is not until 10:30 so if we need to go over a little bit that'll be fine. It looks like

defendants filed the first motion.

Do you want to address them -- I don't know if you conferred with your colleague about addressing them one at a time or altogether, you going first, what are your thoughts?

MS. HARRISON: Yeah, we did discuss this. And we decided that we would -- the defendants would go first, then plaintiffs could go, and then we would each get a short rebuttal.

THE COURT: Okay. So then you'd go first on all four motions?

MS. HARRISON: Yes. But we would just discuss all motions at all times and answer any questions you have on any of the motions during our time.

THE COURT: That sounds great. Go right ahead.

MS. HARRISON: Thank you. And I guess I will run a timer, even though you're being generous with the time, just to be on the safe side.

So I'm Lael Harrison here for the defendant. We also have here in the courtroom with us today, you were introduced to Mr. Wilkinson, Mr. Nelson. And we also have Deputy Director of Division Public Assistance, Becca Stovall.

Director Etheridge was not available to be here today after the date changed. So I believe she's

listening in on the public listen line.

Your Honor, the complaint states three basic sort of buckets of causes of action; statutory claims, regulatory claims, constitutional claims. The statutory claims are foreclosed by *Medina*. There's no private cause of action to sue over those provisions of the SNAP Act.

THE COURT: So since the briefing have you come across any district court or circuit court cases on SNAP in particular?

MS. HARRISON: Not on SNAP, Your Honor, no. We just did this last night. There's a Washington case, *Curtis v. Inslee,* that talks a bit about *Medina*. And then another one out at the Sixth Circuit, whose name is escaping me because I read it at 5:00 a.m. today. But it was about a private cause of action over the re -- the retaliation provision in an employment act.

And both, you know, applied *Medina* correctly to foreclose private causes of action. In particular the Sixth Circuit case was talking about, you know, whether the act put the state on clear notice that there could be a private cause of action from the language of the statute.

THE COURT: So what's your response to the plaintiffs' argument that really this isn't the C change

that the state argues it is, it's just kind of focusing on *Gonzaga*. And I'm putting words in the plaintiffs' mouth but that was my takeaway.

MS. HARRISON: Understood. I think the key important -- if you want to call it a change or just a very new clarification, is that Courts should no longer look to *Blessing*, to *Wright*, to *Wilder*. And to really not only abrogate those cases, but abrogate all of their progeny. So it's a huge swath of cases that encompasses *Briggs v. Bremby*, and so many of the cases that the plaintiffs cite, and that you yourself looked to, Your Honor, in the preliminary injunction motion.

So the key takeaway I think from this is, you have to look at this statute with new eyes under the *Medina* test, and you have to do it, Your Honor. You can't just look at prior precedent from other courts and say, well, this has already been resolved. You have to take the *Medina* test and apply it directly with these new eyes.

THE COURT: And do you take issue with the plaintiffs' argument that, well, the cases that my law clerk found that I put in that preliminary injunction order, and that they really -- that, yes, relied on or cited to those three cases, but they also relied on *Gonzaga*, or do you disagree?

And I'll be candid, I have not gone back and looked at it again, which I will, but I have not, at those decisions.

MS. HARRISON: Well, please do, Your Honor. Because when you do, you'll see that even though they each sort of cite *Gonzaga*, the meat of the reasoning is about *Blessing* and *Wright* and *Wilder.* And in particular they look at -- especially *Briggs v. Bremby*, which is a terrible name to say over and over again. And --

So there's a few, first of all, Your Honor, that we can clearly just reject. Like the *Victorian* case. Those were coming from the viewpoint that every statute creates a cause of action, that if there's a statute, there is a cause of action. So those are just not helpful.

The later cases, like *Briggs v. Bremby*, look at the Blessing test and they say even under the Blessing test this is difficult. And they say even under the Blessing test what we're looking at with these SNAP statutes is something directed at the government. It's a state plan. It's saying here's what the state has to do. It doesn't have that kind of individual focus because the gist of it is giving instructions to the state.

And they both looked at in particular Wilder,

which was another state plan case and said, well, in this case the US Supreme Court, even though this was a state plan provision, found that it focused on individuals like the plaintiffs so we will too. And then they go back and they say, well, and this isn't contradicted by *Gonzaga*. *Gonzaga* doesn't prevent us from finding this. But the statute in *Gonzaga* was really quite different than the state plan provisions here.

So I do think when you go back and read those you'll see that the analysis is not consistent with *Medina*. Those cases did not find clear and unambiguous rights-creating language, which is what *Medina* requires you to find. And they didn't find an unmistakable focus on individuals like the plaintiff.

THE COURT: Well, I think you can move on to the other topics, the regulatory and the constitutional. But I would urge both sides, given that it may take me a while to get out a decision on this case, on the motions, feel free to supplement with additional case law that might come out. And I know we have a local rule that says how to do that, that I can't cite to you here, but I would encourage that you bring those to my attention. Because I suspect the issue might come up nationwide in the coming months.

So go right ahead.

MS. HARRISON: Yes. Thank you, I will.

Before I move off of the topic of the statutory causes of action in *Medina*, there was another point, which I wanted to make. Which is not just about the legal test and the statutory language, but about the kind of underlying legal principles of *Medina*, and the policy that comes behind *Medina*. Which is that it is really up to Congress to decide how spending clause statutes are enforced. And that it's --

Creating a cause of action can place litigation burdens and does place litigation burdens on states. And then that decision to place a litigation burden on states is itself a policy decision for Congress. It is not something that courts chose. It is something that Congress chooses. And again, the -- this is the term the Supreme Court used was, courts don't need to give teeth to statutes. It is up to Congress to decide what teeth a statute should have.

And so even in this instance, you know, we have this ongoing FNS process very detailed, very in the weeds, ongoing since before this case was started. Even if this Court looks at that FNS process and says, I don't think that's doing enough, you know, there needs to be more teeth to this, the FNS isn't enforcing it

enough. That's not a decision for this Court. That's a decision for Congress. And the Supreme Court says if Congress thinks that there needs to be more enforcement, Congress can choose to do that. And I think that's a very important policy consideration, given the plaintiffs' briefing sort of makes this policy argument. It says this Court should give teeth to this statute. This Court should do more than FNS, but really that's a choice for Congress.

So on the statutory claims, Your Honor, under *Medina* it should find in favor of the defendant and allow the FNS, the concurrent FNS process to proceed. That is the process that Congress intended under Section 2020(g).

The regulatory claims, I just mentioned them because I do think it's important to tease out the regulations from the statutes here. The plaintiffs have now clarified that they are not bringing any regulatory claims, although their complaint does look that way. I think in particular there were some -- in the preliminary injunction, there were some decisions that this Court entered based on the regulations. Just to clarify the procedural posture at this point.

THE COURT: So how does that -- and I can hear more from plaintiff on this -- but this no contact -- or

first contact --

MS. HARRISON: Yeah.

THE COURT: As I read the statute and I think both sides acknowledge, only applies to in-person contact, but the class that's been certified is first contact. Does that matter for purposes of what's before me now?

MS. HARRISON: I don't think that the way that the class is certified matters, Your Honor. I think that the -- you know, you certify a class at the beginning of the litigation. The process of the litigation clarifies, you know, what the claims are. And at this point it's just the statutory claim over in-person first contact.

That says, I mean, there's just no evidence that there's a problem on the VCC note anyway. You have the most recent wait times for the application queue and they're extremely short.

THE COURT: All right. Very good.

MS. HARRISON: What I would like to spend some time on though, Your Honor, is the due process constitutional claims.

Now that we have *Medina*, and we have this clearer instruction about statutory claims and when there are statutory rights of action under section 1983.

The plaintiffs are trying to repackage their statutory claims as a constitutional claim in order to get around the *Medina* decision.

I won't belabor it here. It's too late. This is a post-hoc effort to read something into the complaint that just isn't there. Very sophisticated plaintiffs, 47-page complaint, doesn't say this in so many words anywhere, but I want to really talk about the substance here.

So the substance of the repackage complaint that they're taking -- saying now, they're saying now, well, the SNAP Act has these timely provisions; the 30-day, the 7-day time frame, and they want to incorporate that into due process. They want to constitutionalize that and say due process requires 30-day application processing and 7-day application processing and -- independent of the statute.

THE COURT: And I understand that's your interpretation. And perhaps a reasonable interpretation of plaintiffs' position, but do they ever come right out and say that?

MS. HARRISON: I think so, yes, Your Honor.

THE COURT: All right.

MS. HARRISON: Here's what they say. They say that delay in processing applications is a violation of

due process. But they never state any other, you know, any other deadline, or any time frame, than the ones that are in statute. So maybe that would be a question to clarify with the plaintiffs.

THE COURT: I will.

MS. HARRISON: But that is how I have understood their claims.

In particular the reply brief, Your Honor, in support of their own motion for summary judgment made what I think is a new argument, that would be waived because it's in a reply brief. But I also think it's a very dangerous and pernicious argument, and I want to address it right here. Which is they say --

So *Mathews v. Eldridge,* it's a procedural due process right. It gives you a right to a procedure. That procedure is a fair determination of whether you are eligible for a benefit. And these stat -- these cases, *Kelly v. Goldberg* and *Mathews v. Eldridge* say, the right -- the property right is created by the eligibility criteria in the statute. And the due process right is to have those eligibility criteria applied to.

Well, in the most recent brief, the plaintiffs seem to say the eligibility criteria includes the 30 days in the administrative provision. And that you

have a right -- not just a right to SNAP benefits, but you have a right to SNAP benefits in 30 days. And that is a very dangerous argument that's already been rejected in *Laudermill*.

And the reason I say it's dangerous is this: If this Court accepts the plaintiffs argument and says, well, these administrative provisions, they're part of the eligibility, so the right is a right to SNAP benefits in 30 days. And then Congress amends Section 2020(e) and Congress says states have two years in which to process SNAP applications. Does that mean now that there is only a -- there is only a right to the SNAP benefits within two years? And that you can't bring a *Mathews v. Eldridge* claim that challenges an application process that takes two years, because you've now constitutionalized these administrative provisions?

In *Laudermill* the Court called that the bitter with the sweet. They said, well, you know, it's statute that creates the right, but if the statute then limits the right with some administrative proceedings, that those have to be taken together. That's the bit with the sweet argument, and the Court rejected it. The Court said -- so in that case it was a post-deprivation hearing, that the statute created a right to employment, but the statute also only had a post-deprivation

hearing. And so the State was saying, well, the right is defined as including a post-deprivation hearing. You only have this continued employment on condition of a post-deprivation hearing, and the Court said no.

Once it is determined that the due process clause apply, the question remains what process is due? The answer to that question is not to be found in the Ohio statute. So you always do the *Mathews v. Eldridge* analysis to determine what process is due. You don't just constitutionalize whatever the statute was that created the administrative provisions, and the statute creating the benefit. And so I just want to call out that argument because it was rejected so long ago in *Laudermill*. And it can actually hurt the plaintiffs in the long run once you sort of think about the logistical conclusion of it.

So the process that you apply when determining, okay, you have a procedural due process right, you have the right to procedure. What procedure? What is the process that is due? You use the *Mathews v. Eldridge* test. Again, the -- when you go back and, you know, reread *Mathews v. Eldridge* -- which you don't do very often. We talk about the test a lot, but we seldom sit down and actually read it. And it really talks a lot about flexibility, about being practical. It's a very

fact-based test.

And it says, you know, you've got to weigh the interest -- you've got to look at the interests of plaintiffs, you've got to look at the interest of the government. And it's really looking at the nitty gritty of people's situations, and the nitty gritty of what procedures the plaintiffs want to add and what burdens would that add and how good are the current procedures.

And you see that in all of these -- there's a number of cases cited in the briefing about delay as a due process question. When delay rises to the level of a due process violation. And they all say there's no hard deadline in the constitution, and that's Cole v. Thurman out of the Ninth Circuit, which I think this Court has also recently cited. You have to look not just at the length of the delay, but the reasons for the delay and balance them against each other.

And when cases do that, there's sort of -- they typically come to similar conclusions. If it's a very long delay of years, and there's no justification for it, no explanation why. Then, yes, that can rise to a due process violation. But if you have a delay of several months and the agency is working really hard to get through a large caseload, those cases don't find due

process violations.

THE COURT: And what's the time that you would argue the Court should look at the delay? What was the delay at the time the complaint was filed? Or what was the delay today based on the most recent report, or throughout the time?

MS. HARRISON: Certainly. Today and recently. I mean this is forward looking injunctive relief. What the delay was in late 2022, should not have bearing on today.

THE COURT: All right.

MS. HARRISON: So you have to look, not just at the length of the delay. And, of course, you're getting monthly court reports that really discuss --

THE COURT: I read the one recently about how every hour it sounded like the state was getting different directives from the federal government.

MS. HARRISON: It was a dramatic month last month. You get a little window into that in that court report.

But I was going to say then also, so there's that, the length of the delay, but then there's also the reasons for the delay. And that is something that these courts also take into, you know, what's the state interest. And that part of the *Mathews v. Eldridge* case

comes back to the fundamental problem, the practical problem with the plaintiffs' case, that they have never put forward anything constructive, anything helpful, anything to advance the ball. They just say do it faster. And we've now had a full discovery period. They have all of DPA's policies and procedures. They have all the DPA's training materials. They have all of DPA's hiring criteria. They have all of the DPA's -- well, they've taken all of these depositions, the manuals, the state plans, and they have never identified anything that they believe that the state should be doing that it is refusing to do. And that is a fundamental failure of the case as a whole but also of due process.

THE COURT: Well, I guess, you know, getting back to the other -- or the one that was more clearly alleged in the complaint, the notice issue I think that was their allegation.

MS. HARRISON: Correct.

THE COURT: Right.

MS. HARRISON: Yes. The notice issue was in the complaint, and I think that's very well outlined in the briefing. That's been implemented. There's no dispute of material fact. It's been implemented.

THE COURT: You've made clear, and I certainly

respect -- the State disagrees with me. It wouldn't be the first time, may not be the last -- but why wouldn't, under that circumstance, a permanent injunction being warranted, you could appeal it, and if the Ninth Circuit said I got it wrong, so be it. Why is that not appropriate given the timing of the State's position on this notice issue?

I understand your argument about, well, now that we've done it, why would we undo it but --

MS. HARRISON: Specifically on the notice?

THE COURT: Correct.

MS. HARRISON: Right. So mootness is the answer to your question. The reason why you should not enter a permanent injunction is mootness. And the reason that mootness is -- applies here and isn't subject to the voluntary compliance exception, is because of all of the process that went into implementing this.

So this isn't something where the state just flips a switch and starts doing it and then flips a switch and stopped doing it. It required a substantive reprogramming of their system.

THE COURT: But is there any, like, regulation that's been adopted that says henceforth we will give notice, or any affidavit from, or declaration saying we

have no intention of ever going back on this? Of course, administrations change, but...

MS. HARRISON: I don't think it literally says that. There is the declaration of Becca Stovall in the record, and which motion it was attached to -- I'm sorry, there were so many.

THE COURT: I can find it.

MS. HARRISON: But I believe you have two or three declarations from Ms. Stovall in the course of all of this briefing. And in one of them it says, now that we've gone through this effort to do this reprogramming, you know, there's no reason for us to stop doing it, and we have no intention of stopping doing, or something to that effect.

THE COURT: Okay.

MS. HARRISON: The other thing you asked about regulations. I don't think there's a regulation. I do think we have a citation to the policy manual which talks about it. And then also there's -- you'll also see in the record there's the form of the notice that was programmed into the system, and then the notification to workers of when it goes out and how it works.

THE COURT: All right.

MS. HARRISON: So you do have that.

Your Honor, I'll save the remainder of my time for rebuttal, unless you have any more questions.

THE COURT: No, not at this time. Thank you.

MS. HARRISON: Thank you.

THE COURT: All right. Mr. Fulton, go ahead please. Good morning.

MR. FULTON: Good morning, Your Honor, and thank you.

I just wanted to do a little bit of reorienting before I get to the *Medina* question, which I know is probably top of Your Honor's mind. Which is that we're here on cross motions summary judgment. And the standard --

THE COURT: I will say at the outset, I disagree with plaintiffs on the assertion that a lawyer can sign a declaration and have that to be admissible evidence.

So I did go and look at our local rule, and perhaps it's not without ambiguity, but I think the statute clearly -- we can't enact local rules that violate federal law, and can only reasonably be read to require a declarant to make a sworn statement under penalty of perjury. Not a lawyer who has no personal knowledge.

MR. FULTON: I understand the Court's position.

That's something that we could easily remedy, Your Honor. I don't think the facts are going to materially change if we go out and ask our plaintiffs to sign the same declaration that we would have signed.

So to the extent that we misunderstood the rule, I don't think the plaintiffs should bear the burden of harm there. And the summary judgment motion should be denied.

So if the Court would like us to correct that --

THE COURT: All right. Very good.

Well, I would -- you may want to rectify that, given what I just said is how I would interpret the statute and the rule.

MR. FULTON: We will, Your Honor.

So the operative question on summary judgment is whether there's an issue of -- or a genuine dispute as to any material facts, and whether the movants are entitled to judgment as a matter of law.

The State effectively accedes that there's no material issue of fact here, because they want to focus on the legal issues. So I'll talk about the legal issues that we've talked about, *Medina* and due process. But I just want to make clear --

THE COURT: Let's back up on the first contact.

Do you agree the statute is only in person?

MR. FULTON: I agree, Your Honor. The statute is only in person.

THE COURT: And it was troubling to me how the plaintiffs' brief merged the VCC with the in person, when it's clearly under the statute only in person. So I guess my question is where in the record would I find evidence that a member of the plaintiffs' class was unable to file an application at their first in-person visit to an office?

And I understand your point well taken about we're a huge state with limited offices. But where would I find evidence that that occurred?

MR. FULTON: If you give me one second, Your Honor.

THE COURT: Take a moment, that's fine.

MR. FULTON: So the evidence in the record is this, Your Honor. And this is from the statement of material facts that we submitted with the motion for summary judgment. As far back as January of 2013, there were offices in the state that were not fully open. Some offices were open three days a week. So the standard is not if the plaintiff shows up, when the State decides that the office should be up, whether they're turned away, but whether there's a meaningful

access to the application process, Your Honor.

THE COURT: Where are you citing in the statement of facts?

MR. FULTON: This is paragraph 61.

THE COURT: Okay.

MR. FULTON: And it's citing to ECF Number 12, also paragraph 62, citing to the defendants' interrogatories. Again, these are issues -- to the extent that these are relying on our, you know, attorney signed statements that you take issue with, we'll correct that, Your Honor.

THE COURT: All right. Very good.

MR. FULTON: And indeed in May of 2023, the Department of Health stipulates to agree to reopen some offices to five days a week as part of this litigation. But they have a history of closing offices, sometimes without notice to plaintiffs.

And as Your Honor noted, this is a large state. And so imagine somebody from a remote area of Alaska coming to a locality where there's an office, only to find out that the office has been closed that day.

THE COURT: So I guess is there evidence in the record that the defendant, as I understood it, represented that, yes, there are offices that are closed, but you can still pick up the application right

outside the door, not of the building, but of the office within the building?

MR. FULTON: Even the Department of Health has admitted I believe at least one of their offices does not have a drop box outside that they have access to.

THE COURT: Where is that?

MR. FULTON: It was at ECF 116, at page 11. I think it was a declaration of their's. There's at least one office where there's no application box outside of the office where somebody could submit it after hours, or when the office is closed.

THE COURT: Okay. So what's the relief that plaintiff is seeking on the first contact?

MR. FULTON: I mean, to the extent that Your Honor believes that it is limited to office contacts.

THE COURT: Well, it's not me. It seems to be Congress.

MR. FULTON: I understand that, Your Honor. To the extent that that's what Congress requires, then the order would require that the state keeps the offices open. Provides adequate notices to plaintiffs if they're going to close an office, particularly for an extended period of time, or limit the office hours.

THE COURT: Is it enough in your mind, if

outside the office there is an application and a drop box?

MR. FULTON: Yes, Your Honor.

THE COURT: All right. So the office doesn't need to be open 8:00 to 4:30 five days a week, as long as there's an application packet outside the office in a drop box? I don't mean to put words in your mouth. I'm just trying to understand your position.

MR. FULTON: Yes, Your Honor. The problem is if the office is not open, do they have the adequate access to that paperwork? Is it actually being supplied? If there's nobody there, how are they ensuring that the application is actually out front? Or that, you know, the applications are being collected from the box in a timely manner?

So I think there's other issues that tie into this.

THE COURT: So you gave me some cites -- there are other cites in the record of class members going to an office and saying, gosh, there are no applications here, and the office has been closed for three months. I mean, is there anything along those lines? Like what happened when Sitka was, it sounds like, shut down for a while in Nome.

MR. FULTON: Not specifically that there was no

application there. But the record is ripe with instances where our plaintiffs have been turned away from offices because they were closed.

THE COURT: Where is that?

MR. FULTON: In the same cites that I supplied to Your Honor. So it's roughly from paragraphs 61 of the statement of material facts to roughly about paragraph 68.

THE COURT: All right. Very good.

MR. FULTON: On the *Medina* point, Your Honor. As Your Honor noted, our position is that *Medina* was not a C change. It cited *Gonzaga* as the test, *Talevski* said that *Gonzaga* was the test, and then *Medina* said *that* *Gonzaga* was the test. And the test under *Gonzaga*, as it's been interpreted by *Medina* and *Talevski*, is whether the statute of question unambiguously confers rights that are enforceable.

There's a two-part test, essentially that it's been laid out in *Gonzaga* and its progeny, which is, is the statute phrased in terms of the person benefitted -- which is the statute in the SNAP Act is -- and whether there's an unmistakable focus on the benefitted class?

I would say the third part of the test, but it's really not a third part, it's asking the two questions, is whether those first two parts are on clear

and unambiguous terms. That's not a third part of the test.

It's hard for me to tell Your Honor what the defendants test would be under *Medina*. I think the position that they've taken in the brief is that essentially the statute has to say rights. I don't think that's what the Court said in the Supreme Court decision in *Medina*.

They certainly could have. They certainly could have said it creates rights if it says rights. What it said was, citing back to *Gonzaga*, right? Which is the language phrased in terms of benefitted. Here we have the household, which is regularly referenced in the SNAP Act, and then an unmistakable focus on that. And the mandatory language in it, the word "shall" over and over again.

I don't agree with the State's position that *Briggs v. Bremby* was overruled by *Medina*. I think that the Court can look to that as persuasive authority. Again, it's a Second Circuit case. So not binding on this Court. But the *Briggs v. Bremby* decision did --

It's terrible for me to say, too, Lael.

MS. HARRISON: It's awful.

THE COURT: Well, you agree on something. There you go.

MR. FULTON: It did apply the *Gonzaga* test. So to the extent the Court looks at that decision, sees that it applies, the *Gonzaga* test, and finds that decision persuasive, it can still rely on it.

Indeed, I would go so far as to say *Medina* did not explicitly overrule *Wilder, Wright,* and *Blessing*. It actually cautioned courts to avoid the analysis in it. It didn't say that the entire analysis was void. The problem that the Court took issue with in those cases is they had developed this subjective standards for court around the language whether something evokes rights-creating language. So they had gone away from clear and convincing standard to evoking, whatever that means.

So that's the issue they took with *Wilder*, *Wright*, and *Blessing.* Again, you know, is it on shaky ground after *Medina*, yes. But to the extent that it is consistent with the analysis in *Gonzaga*, I don't think that the Court necessarily has to discredit those cases, or any other cases that follow it.

I think the State's position, not to put words in their mouth, is any case that cites any *Wilder*, *Wright*, or *Blessing* would be abrogating, and the Court can't rely on it, which I don't think is true.

I'm happy to talk about the statutory claims.

I think the briefs kind of lay this out in detail. So unless the Court has any questions specifically about any of the --

THE COURT: No, I understand the plaintiffs position there. And I think everybody agrees that really the applicability of *Medina* is central to those claims.

MR. FULTON: Okay. Thank you, Your Honor.

One other thing I will say about *Medina* before we move on is, the question about whether FNS's enforcement displaces the statutory claims is really step two of the *Medina* process.

So the Court has to look at the statute, the structure of the statute, and determine whether those words are rights-creating. And if they are, then it creates a presumption that a right has been created. And then the -- step two would be to look at the FNS structure and see if it is sufficient to displace the right that is created under the statute. So we really don't get to the FNS question unless the Court decides that the SNAP Act creates individual rights.

On the due process claim, I just want to start out by saying, I'm not sure how the State didn't have notice of these claims. Paragraph 307, 309, particularly say under the heading of due process,

"failure to timely render eligibility determinations is a violation of due process."

So to the extent that they're arguing that this is a new argument, it's not true.

THE COURT: So what order are you seeking on that? Assuming I were to agree with plaintiff, and I really haven't decided that, but -- on whether or not it was adequately pled. But what order -- are you saying that due process requires an expedited application to be decided in seven days?

MR. FULTON: No, Your Honor. What we're suggesting is that due process requires some process. So it's not our position that on the 31st day for an applicant that it is required to be processed in 30 days, then on the 31st day it would automatically be a violation of due process.

THE COURT: How is that distinct from giving notice if you don't get your application determined within 30 days, then you have the right to a hearing? What additional order are you seeking?

MR. FULTON: Well, the issue here is that for a long period during this litigation and prior to this litigation, we're not talking about a one-day delay in the processing, we're talking about -- and setting aside the notice provision, I'll address, Your Honor -- but

we're talking about, you know, two, three, four months. So at some point the Court has to look at and say, you know, there's such a delay that they're denying any process altogether.

Now, let me level set with the Court for a second. The reason we're talking about due process, as the State has pointed out, is because of the State's, what I view as, overreading the *Medina*. There's not going to be a lot of court precedent that the Court can look to to figure out what is applicable under due process, because typically courts don't reach that question. They find statutory violations under the SNAP Act --

THE COURT: That's a good point.

MR. FULTON: -- and they never go to the due process question.

So to the extent we're in uncharted territory, it's of the State's own making.

THE COURT: Well, I don't know about that. The State might see it differently, but that's fine.

I guess my question is, so do you agree with the State, with Ms. Harrison's position that when you're looking at delay and you're seeking prospective injunctive relief, do you look to the delay at the time that the motion is before the Court?

MR. FULTON: I think that looking to the delay at the time the motion is before the Court is important, but it does not give the entire picture to the Court. This, in particular -- and we can talk about the numbers if you'd like -- but the entire process, even after this litigation commenced and after the Court entered in a preliminary injunction order, has been marked by slight improvements and then backsliding, slight improvements and then back sliding. And you can see that in the recent numbers.

The numbers we cited in the briefing were I believe for June of 2025, I believe it was at 57 percent of processing. The most recent Court's number -- the numbers the Court has, it's down to 49 percent. So I think that it is helpful to look at the delays over the entire period for the Court to have an understanding of the pattern that the State is engaging in.

Now certainly the Court should place heavy weight on what the State is doing now, but I think it is important to look at the entire period.

THE COURT: Fair enough. So what's the remedy? Let's say I were to agree with plaintiff -- and here again, I really have not formulated any decision in the case -- but to agree, yeah, this is taking too long under the due process clause, setting aside the 7- and

30-day provisions, what's the remedy that the plaintiffs are seeking?

MR. FULTON: The remedy that the plaintiffs are seeking is very, very similar to the remedy that we would ask for under the SNAP Act, which is that the State complies with the federal law in issuing timely determinations.

THE COURT: But that's 7 and 30. You just were saying you're not holding the State to that under the due process clause, as I understood it?

MR. FULTON: That's correct, Your Honor. I don't have a specific day in mind or a number of days where I think that it crosses from a due process violation. I think that it depends on the specific facts of an individual, and in this case, the plaintiffs in this case and how long they've been waiting to access benefits.

THE COURT: So are you saying the Court should pick a number or...?

MR. FULTON: I think the Court should -- if the Court finds a due process violation, I don't think it needs to make some broad determination that there is a specific number of days that triggers a due process violation under the SNAP Act. I think the Court can look at the specific facts of the case and say these

plaintiffs were waiting over a hundred days in some instances to access SNAP benefits. That is certainly a due process violation. I don't think it needs to set the line in this situation, Your Honor.

THE COURT: But then what would the order say? I mean, apart from declaratory relief, that there was a due process violation, what else would it say?

MR. FULTON: I mean, I think the order would say that the State, within a reasonable amount of time, has to move towards compliance with the SNAP Act.

THE COURT: But that goes back to the 7 and 30, which is different from the constitution, as I see it.

MR. FULTON: That's correct, Your Honor.

THE COURT: Right.

MR. FULTON: Yes.

THE COURT: So...all right. I'll just say, judges always think in terms of what would the order say, and I'm struggling with that on plaintiffs' position. That was certainly briefed by defense. So go ahead.

MR. FULTON: The State made a couple of other points that I just wanted to address quickly. The State suggested that we haven't offered any helpful advice in this process. The State really in some ways is talking out two sides of their mouth to the extent if we had

come in and said, state you need to higher X number of employees. You need to make sure that there's staffed on the line a certain amount of times. You need to do that, and we asked the Court to issue that order, the State wouldn't be happy with that either.

So that's why we are in position of, and this Court's in the position of, telling them that they have to comply with federal law as the law sits. It's not in the position, and we would never ask for this Court to order a certain number of employees be established, or a certain number of employees be hired, and things like that. It's not this Court's job to meddle in how they allocate resources. And I think the State would agree with us on that.

And then as Your Honor noted, just one final point on this, on the mootness argument that the State is making. Your Honor astutely noted that generally the standard in the Ninth Circuit is voluntary cessation requires something legal to follow. So either a piece of legislation or a regulation. Simply a declaration that says that they're not going to change the process going forward isn't typically sufficient under Ninth Circuit law, as the Court noted.

THE COURT: I have a point. It may not be in the record, and that's fine. But is there anything in

the record that addresses whether the State giving notice after the 30 days has made any difference in the processing? Meaning have people asked for hearings? Or do you know that information?

MR. FULTON: I don't know, Your Honor.

THE COURT: All right.

MR. FULTON: Not off the top of my head.

THE COURT: Fair enough.

MR. FULTON: I will say that the number of people on the SNAP Act has improved over time. So I think that it is doing some good.

THE COURT: All right.

MR. FULTON: But again, those notices, if not required under a permanent injunction, the State could take it away as soon as the pressure of litigation is over.

THE COURT: All right. Thank you.

MR. FULTON: Thank you, Your Honor.

THE COURT: All right. Ms. Harrison, go ahead please.

MS. HARRISON: May I have just a moment to organize my notes?

THE COURT: Certainly, take a moment. We're ahead of schedule more or less.

(Pause in the proceedings.)

MS. HARRISON: Okay.

THE COURT: Go right ahead.

MS. HARRISON: Thank you, Your Honor.

THE COURT: And before you go back to your rebuttal, there's a motion I'm seeing here for leave to file an amicus curiae brief. It's not ripe yet, but do you have a position today you want to state on the record, or wait until the motion's ripe?

MS. HARRISON: I could state briefly, Your Honor, we do plan to file an opposition to that motion.

THE COURT: Okay. That's fine.

MS. HARRISON: Yeah.

THE COURT: Then I'll wait to hear from both sides when it's ripe.

MS. HARRISON: I think we were both a little busy preparing for the oral argument.

THE COURT: That's totally fine. I just thought if I could get it off my motion report today, I would. But if I can't, that's fine.

MS. HARRISON: Your Honor, Mr. Fulton said that he didn't know what the State's proposed test was under *Medina.* I'm just going to read to you a quote from *Medina*, and this is what the State understands the test to be.

THE COURT: What page are you reading from?

MS. HARRISON: I am reading from -- they've since paged numbered it, and I realized that what I have here is the older version.

THE COURT: That's fine. We can track it down.

MS. HARRISON: Under the older numbers it is 2229.

THE COURT: All right.

MS. HARRISON: 2,229.

THE COURT: Of Supreme Court?

MS. HARRISON: Yes, of the Supreme Court Reporter.

THE COURT: All right.

MS. HARRISON: "To prove that a statute secures an enforceable right, privilege, or immunity, and does not just provide a benefit or protect an interest, a plaintiff must show that the law in question, clearly and unambiguously, uses rights-creating terms."

"In addition," number two, "the statute must display an unmistakable focus on individuals like the plaintiff."

So clearly unambiguously uses rights-creating terms, displays an unmistakable focus on individuals like the plaintiffs.

Mr. Fulton charged and said, well, I think what

they're saying is it has to use the word rights. I don't think it has to use the word rights, but it has to clearly and unambiguously use rights-creating terms. There could be rights-creating terms that don't literally use the word "right."

You know, an example was the First Amendment. You can say that there is a free exercise and use words like that that potentially creates rights without using the word right, but none of that appears in this SNAP Act.

THE COURT: Well, it's called the Bill of Rights.

MS. HARRISON: It's called the Bill of Rights. And rights appears later in that same clause anyway.

So could there be a scenario where Congress clearly and unambiguously uses rights-creating terms without literally using R-i-g-h-t? Potentially, but we don't see any of that language in the SNAP Act either. So, yeah, the --

THE COURT: That was the case -- in the case that starts with T?

MS. HARRISON: *Talevski*.

THE COURT: Yes.

MS. HARRISON: So if you look at *Talevski*, and I think we quoted it in the brief, not only does it use

the word rights, it uses the word rights constantly. It uses the word rights in every sentence. And there's a section that's specifically called, you know, rights of -- I can't remember the words they used -- residents of nursing homes.

So it's very unmistakable when you read that statute. Oh, this is a statute about rights. And so that is what the Court is looking for, is that kind of very clear unmistakable rights-creating language. It's not here.

The other thing is the unmistakable focus on individuals like the plaintiff. If you sit down and read 2023(e)(3), it's unmistakably about state agencies, and how you process applications, when you have to call and verify income. You know what your overall process is, and this 30 days is buried in the middle.

The other really helpful explanation in *Medina* is what the test is not. So *Medina* talks a lot about what the test is not by refuting the test that the dissenters put forward. The test that the dissenters put forward is mandatory language, individual centric language and language classically associated with establishing rights. So something a bit softer than clear and unmistakable rights-creating language.

I mean, I would say the majority almost speaks

harshly of that. To say that if you just are looking for the word shall and any household or any patient, that would completely eliminate the distinction between conferring a benefit and creating a right.

So you know what the test is, and you know what the test is not. In this statute the best we can say of it, is that it does have mandatory language "shall" and it does have some individual centric language, a household, and we know from *Medina* that alone is not enough.

Also I want to say briefly about *Medina,* Mr. Fulton said, well, you don't have to think about FNS enforcement when you're doing this first part of the *Medina* test. But the place I disagree with Mr. Fulton is you do think about it in the policy questions. And that's where *Medina* talks about it, is in the concept of the policy, that the policy that it is for Congress to choose how to best enforce these things. And you see that in their policy choices in G, where they only allow enforcement for violations without good cause, where it requires FNS to give a state time to comply. So Congress has really expressed its intent about how this should be enforced. And so that just goes to the policy of allowing Congress to choose.

Your Honor, when you look at the FNS process

here, and the CAP is in record, a lot of the correspondence is in the record. The CAP is very specific. And it is very constructed, and it's designed by --

THE COURT: I'm sorry. I'm going to interrupt you.

MS. HARRISON: Sure.

THE COURT: I'm wondering if that's the person for 10:30.

(Pause in proceedings.)

THE COURT: I need both sides to finish up pretty quickly here.

MS. HARRISON: Of course. I was just going to say, it's sort of constructive and collaborative, and it works with the agency to figure out what's going to be practicable to try to improve time frames.

Mr. Fulton is right, if the plaintiffs had just come in and said, hire this many people, that also would not be helpful. The kind of thing that FNS is doing has been this constructive back and forth working with experts. And again, that's the process that Congress intended and it's working smoothly.

I'll just close brief -- oh, there was discussion of the first contact. That's all in the record. The declaration of Becca Stovall. Mr. Fulton

miscited it, but you will see the correct version in the record.

I'll close then quickly by saying, I identified the plaintiffs fundamental problem is not knowing what they want. They still don't know what they want. They still don't know -- they just want it to happen faster, and they don't have anything clearer to offer. It's very hard as the defendant to do a due process, *Mathews v. Eldridge* analysis, for what we want something different. You have to know what you're weighing. You have to know what you're balancing. You have to know what it would cost, in terms of administrative and fiscal burdens, to do something different.

Just saying do something else is not sufficient to meet the plaintiffs burden of proof that they are entitled to judgment. Not that they're entitled to a finding of liability, but that they are entitled to judgment under Rule 56, which is the procedural posture of this case.

THE COURT: Thank you, Ms. Harrison.

Brief, Mr. Fulton, go ahead please.

MR. FULTON: Briefly, Your Honor.

It's interesting that the State raises the argument about the First Amendment, because this is explicitly one of the arguments that *Medina* rejected

about its concern about the evoking language that the dissent was trying to adopt.

Of course the First Amendment creates rights. It's in the Bill of Rights. But simply using the language of the First Amendment, I don't think would be enough under *Medina* either. And the Court explicitly said that.

I just want to point the Court to one other section of the SNAP Act, which I think is relevant here. If the State wants to talk about FNS's function here and what their function would be in step one of the process, then I think the Court would --

It would be good for the Court to look at subsection (a)(3)(B)(ii), which says, specifically available -- "that state agencies are required to have records available for review in any action filed by household to enforce any provision of this chapter."

THE COURT: That was in your reply. I think you cited that.

MR. FULTON: That was in the reply.

THE COURT: I saw that.

MR. FULTON: And legislatures know how to use words. If they meant an administrative proceeding, they certainly should have said administrative proceeding. But the word action envisions that there is individual

rights that plaintiffs can bring in court in an action.

And the last thing I will say, Your Honor, is what the plaintiffs want is for the states to comply with the law. It's simple. We've always -- that's always been our position in this case. The SNAP Act requires that certain deadlines be met, that certain notices be required. And that's what we're asking for in this case.

We don't want to meddle in the State's ability to do its job and its budgeting and hiring employees, and things like that. We just ask them to comply with the law, which they're failing to do.

THE COURT: Thank you, Mr. Fulton, Ms. Harrison. I will take the matter under advisement.

Like I said, we have a local rule on supplementing in the event that there are any decisions from other courts that either side thinks may be of help to the Court.

With that, we'll go off record. Thank you.

DEPUTY CLERK: All rise. This matter is now adjourned. This Court stands in recess until 10:30.

(Whereupon, the Court adjourned at 10:25 a.m.)

--oo0oo--

CERTIFICATE

I, Stacy M. Baldwin, Federal Official Court Reporter in and for the United States District Court of the District of Alaska, do hereby certify that the foregoing transcript is a true and accurate transcript from the original stenographic record in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Dated July 10, 2026.

/s/ Stacy M. Baldwin
STACY M. BALDWIN, RDR, CRR
FEDERAL OFFICIAL COURT REPORTER

2026

# Report on Compliance with Court-Ordered Requirements

SNAP/APA

STATE OF ALASKA, DEPARTMENT OF HEALTH, MAY 2026

# Table of Contents


I. Introduction .... 2

II. Federal Correspondence and Guidance .... 2

III. Timely Processing of Applications .... 4

A. Workload and Timeliness .... 4

B. Information Technology Modernization .... 5

C. Staffing Improvements. .... 7

D. Contracted Staffing .... 9

E. Training and Development .... 10

IV. Efforts to Streamline Administration of Programs .... 12

V. Conclusion .... 14

Attachment 1: Federal Correspondence and Guidance .... 15

Attachment 2: Workload Management Matrix. .... 21

Attachment 3: Dashboard with Detail .... 28

Attachment 4.1: Information Technology Modernization Project Roadmap .... 32

Attachment 4.2: ILINX Executive Status Portfolio .... 42

Attachment 5.1: Staffing and Workforce Capacity .... 53

Attachment 5.2: Staffing Status Report .... 55

Attachment 5.3: Class Study Process Overview .... 58

Attachment 6: Distribution and Status of Contracted Staff. .... 61

Attachment 7: Training and Staffing Update .... 62

## I. Introduction

This report provides the Division of Public Assistance's May 2026 status update regarding ongoing efforts to improve the timely administration of public assistance programs and strengthen service delivery for Alaskans. During this reporting period, the Division continued work in several key areas, including federal reporting and oversight activities, application timeliness, technology modernization, workforce development, contracted operational support, and process improvements intended to reduce administrative burden and improve client access.

The Division's current efforts reflect both immediate operational needs and longer-term system improvements. As described in the sections below, progress during this reporting period included continued staffing stabilization, advancement of technology projects, expanded training activity, and implementation of strategies to streamline service delivery across programs.

## II. Federal Correspondence and Guidance

During this reporting period, the Division continued coordination with federal partners, including the Food and Nutrition Service (FNS), regarding program operations, required reporting, and federal oversight activities.

On April 10, 2026, the Division submitted its first required report for the approved SNAP Non Merit Staff Demonstration. FNS provided a standardized reporting template designed to track implementation progress, staffing, costs, quality control findings, and case processing outcomes over time. Because contracted Eligibility Associates began work in March 2026, the initial submission primarily reflects baseline information from the period before implementation, including population and cost data

from September 1, 2025, through February 28, 2026. This report establishes a baseline for future comparisons as post implementation data becomes available. The next report is due July 1, 2026, and will include the first full reporting period with operational data following implementation.

On April 15, 2026, the Division submitted its annual Elderly Simplified Application Project (ESAP) report to FNS. The ESAP waiver allows the Division to use a simplified certification process for eligible elderly or disabled households intended to reduce administrative burden while maintaining program integrity. The annual report provides FNS with summary information on program operations, including participation levels, certification activity, and other measures required to monitor the effectiveness of the waiver and continued compliance with federal requirements.

The Division also responded to an FNS request for an updated assessment of Alaska's readiness to implement H.R. 1 Able Bodied Adults Without Dependents (ABAWD) work requirement changes. In that response, the State reported that full implementation is projected for November 1, 2026, and described a phased approach that includes policy updates, system changes, staff training, communications, and operational readiness activities (Attachment 1.1).

In addition, the SNAP Management Evaluation entrance conference was held on April 15, 2026. Management Evaluations are periodic federal program reviews that assess state administration of SNAP, including eligibility practices, timeliness, accuracy, and compliance with federal rules. The Division participated in the opening meeting and continues to support review activities and requests associated with the evaluation. At the conclusion of the evaluation, FNS will prepare a report with program recommendations.

The Division will continue working with federal partners to meet reporting obligations, support oversight reviews, and implement approved operational changes in a manner that promotes program access, accuracy, and administrative readiness.

See Attachment:

Attachment 1.1: ABAWD Readiness Assessment Response to FNS

## III. Timely Processing of Applications

### A. Workload and Timeliness

During this reporting period, the Division continued efforts to improve the timely processing of applications while managing ongoing demand for SNAP and Adult Public Assistance (APA) benefits. The Division remains focused on reducing older workloads, improving current processing performance, and increasing visibility into the status of pending cases.

The April 3, 2026 dashboard reflects that SNAP timeliness for the six month reporting period of October 2025 through March 2026 was 35 percent overall. Within that total, non expedited applications were processed timely at 46 percent, expedited applications at 25 percent, and recertifications at 31 percent. The average number of days to process SNAP applications and related actions was 47 days.

The SNAP aging inventory totaled 3,370 cases. Of those cases, 3,028 were in a pending status and 342 were unacted. This distinction is important because pending cases generally reflect applications that are actively being worked and are awaiting client action, verification, interviews, or other required steps before eligibility can be finalized.

Unacted cases represent items still awaiting initial action. Separating these categories provides a more accurate picture of operational workload than a single combined total.

For APA, the dashboard reflects 223 total applications in the aging inventory. The report now separately identifies APA cases that are pending versus those with no action taken. Of the total APA inventory, 146 applications were pending and 77 were unacted. This additional level of detail is significant because it demonstrates that many older APA cases are not idle. Rather, they are in process and awaiting verification, client response, or additional eligibility steps needed to complete the determination.

This enhanced APA reporting improves transparency by distinguishing between applications that require continued casework and those still awaiting initial action. It also helps better explain aging data by showing that older cases are often associated with necessary pend periods rather than inactivity.

The Division continues to address both pending and unacted workloads through staffing investments, supervisory monitoring, targeted case review efforts, and process improvements described in later sections of this report. These efforts are intended to improve current timeliness while continuing to reduce older inventories over time.

See Attachment:

Attachment 3.1: Workload Dashboard with Detail

## B. Information Technology Modernization

The Division continued to advance technology improvements in April 2026 to make it easier for Alaskans to apply for benefits, submit information, complete required interviews, and stay connected with the Division. These projects are also intended to

reduce manual work for staff so more time can be spent processing cases and helping clients.

Several technology tools already support daily operations. The Interview and Reminder Confirmation (SMS) project remains in production and supports automated interview scheduling, confirmation texts, and reminder messages. For clients, this means clearer communication about interview dates and fewer missed appointments. In April, additional changes were completed to better handle interviews completed outside the original schedule, with testing of the next enhancement scheduled to begin.

Work also continued on tools that will support a stronger online client experience. Over time, these improvements are expected to help clients track activity, receive updates, and complete more tasks electronically without needing to call or visit an office.

Noteworthy progress was made on projects nearing launch. The All Services Application advanced after required federal approval was received in late March. In April, Division and vendor teams completed final planning, branding updates, communication planning, and validation steps. The Division is now targeting a mid May 2026 launch. Once launched, this tool will allow people to apply for multiple public assistance programs through one online application instead of completing separate forms.

The online Eligibility Review Form (GEN 72) also advanced in April and is moving toward user testing. This project will create one electronic renewal form for multiple programs, making it easier for clients to renew benefits and easier for staff to review submissions.

Additional internal system improvements are focused on staff efficiency. The Flex Migration project is in user acceptance testing and is expected to provide staff with a

more modern and reliable system environment, supporting faster processing and fewer system related disruptions. The ET Repository project also continued design and testing work in April and is intended to give staff faster access to job tools, reference materials, and operational resources that support timely and accurate case processing.

Modernization efforts also include improvements already delivered and in use. Since 2024, several practical changes have been implemented, including secure document upload, confirmation texts and emails, automated sorting of incoming documents, better workflow connections between systems, improved date tracking for after hours submissions, automatic resizing of emailed images, and improved handling of telephonic application recordings. These changes help reduce delays, improve accuracy, and lower the amount of manual handling required by staff.

Taken together, these technology improvements are intended to create fewer barriers for clients and fewer administrative steps for staff, resulting in a better customer experience today and a stronger foundation for faster, more reliable service over time.

See Attachments:

Attachment 4.1: Information Technology Project Roadmap

Attachment 4.2: ILINX Executive Status Portfolio Report

### C. Staffing Improvements

The Division continued workforce stabilization efforts during this reporting period to strengthen its ability to process applications, support clients, and improve long term operational performance. While prior reports focused heavily on vacancy reduction, the current phase of work increasingly includes training, supervision, and development of newly hired staff.

As of April 2, 2026, the vacancy rate for core field eligibility positions, including Eligibility Technician 1 through Eligibility Office Manager 2 classifications, was 23 percent. This reflects continued improvement from prior peak vacancy levels of approximately 34 percent. Although vacancy reduction remains important, staffing levels alone do not fully reflect available processing capacity, as new employees require training and supervised experience before independently managing complex workloads. (Attachment 5.1: Staffing Status – ET1 through EOM2 Positions)

Personnel activity continued during the reporting period, including new hires, promotions, transfers, and recruitment actions across the eligibility workforce. These staffing movements help fill critical gaps, support career advancement, and position experienced staff where they are most needed. (Attachment 5.2: Personnel Actions – ET1 through EOM2 Positions)

The Division also continued implementation of the additional state positions authorized in FY2026 to support Virtual Contact Center operations and related workload needs. Many of these positions have been filled, with newly hired staff in various stages of onboarding and training. This reflects continued progress in building additional state staffing resources dedicated to client contact and operational support.

The Division continues to balance current workload demands with the need to train new staff. Experienced workers and supervisors play a critical role in onboarding new employees while maintaining ongoing operations, making training capacity an important part of workforce recovery.

The Public Assistance Field Services classification study also progressed during this reporting period. The study is administered through the State's classification process

and is evaluating field eligibility and management positions to determine whether current job structures, classifications, and career pathways remain aligned with operational needs. The study is now moving from the needs assessment and job analysis phases into specification development and position allocation phases, where updated class specifications are drafted and positions are reviewed against those standards. (Attachment 5.3: Public Assistance Field Services Classification Study Process Overview)

Workforce improvement remains an ongoing process that includes hiring, training, retention, and development of staff capacity over time.

See Attachments:

Attachment 5.1: Staffing Status – ET1 through EOM2 Positions

Attachment 5.2: Personnel Actions – ET1 through EOM2 Positions

Attachment 5.3: Public Assistance Field Services Classification Study Process Overview

## D. Contracted Staffing

The Division continued to use contracted staffing during this reporting period to support client access, workload processing, and targeted operational functions while state workforce capacity continues to rebuild. Contracted staff remain an important supplemental resource that allows state merit staff to focus on complex eligibility work, supervision, and other functions that must remain with state employees.

During this reporting period, contract funding was increased to maintain eligibility support services in response to continued staffing challenges, the time required to train newly hired state staff to proficiency, and changing federal requirements affecting public assistance programs. Additional support is intended to help the Division address current workloads, protect timely and accurate program administration, and prepare for

upcoming H.R. 1 implementation activities. Contractor staffing reports for April 1, 2026 reflected management, supervisory, quality assurance, and eligibility support roles, along with a small number of individuals who were temporarily inactive or on leave. Because these reports reflect operational staffing at a specific point in time, categories may include combined functions or temporary support roles and are not intended to correspond directly to contract billing classifications.

Contracted staff continue to assist with call handling, interview scheduling, document processing, client communications, application support activities, and other approved functions. In addition, certain contractor staff are supporting SNAP eligibility work under the federally approved Non Merit Staff Demonstration, subject to state oversight, quality review, and the limitations established by federal approval.

The Division continues to monitor contractor performance through operational reporting, quality assurance processes, and direct state oversight. The use of contracted staffing remains one component of a broader strategy that also includes state hiring, training, technology modernization, and process improvements to strengthen long term service delivery.

See Attachment:

Attachment 6.1: Distribution and Status of Contracted Staff

## E. Training and Development

Training remained a central focus during this reporting period as the Division continued building staff readiness, expanding program knowledge, and strengthening the quality of eligibility work across operations.

Current training data shows 104 staff trained in SNAP and MAGI, 69 in Adult Public Assistance and Senior Benefits, 53 in Temporary Assistance and General Relief Assistance, 54 in Heating Assistance, and 6 in Long Term Care. These figures reflect that workforce capacity is shaped not only by staffing levels, but also by the range of programs staff are trained to administer.

The Division continues to operate structured training cohorts for new staff. Cohort 11, which includes field and Virtual Contact Center staff, began on March 23, 2026. The cohort was extended by one week after the ARIES training environment was unavailable for more than a week, requiring adjustment to the training schedule. Updated completion dates are reflected in the training plan.

Additional contractor training also continued during this reporting period. Public Consulting Group MAGI only cohorts began supported Medicaid case processing in mid April following onboarding and training activities. This phased approach allows staff to begin production work with support while additional skills are developed over time.

Training also included focused quality improvement topics. Priority instruction was directed toward SNAP expedited processing for both workload and eligibility staff to improve timeliness and consistency in cases requiring faster action.

Quality assurance remains intricately connected to training operations. Contractor staff processing eligibility determinations under the Non Merit Staff Demonstration are subject to 100 percent case review by the quality assurance team. When error trends are identified, those findings are provided to instructors for targeted refresher training and are also shared with Division staff when similar trends are seen in state operations. This

approach allows training resources to respond quickly to emerging issues and reinforces continuous improvement across both state and contractor teams.

The Division will continue using structured training, coaching, and quality feedback processes to strengthen staff proficiency and support sustained operational improvement.

See Attachment:

Attachment 7.1: Training Cohorts and Workforce Development Update

## IV. Efforts to Streamline Administration of Programs

The Division continued implementing operational improvements intended to simplify processes, improve client access, and better align staff resources with current workload demands. During this reporting period, several previously launched initiatives moved into additional phases of implementation or continued expansion.

Business Process Reengineering efforts remain active and continue to generate operational changes across multiple areas. Recommendations from the front desk review have advanced from pilot status to full implementation, including the placement of Eligibility Technician 2 staff in lobby areas to better assist clients with more complex needs at first contact. This model will continue to be rolled out across Division offices over the next several months. Additional reviews were also completed for the Policy Unit and the Alaska Native Tribal Health Consortium (ANTHC) Unit. For the Policy Unit, improvement efforts are focused on clearer role definition, staffing alignment, and technology supports so staff can focus on core policy responsibilities, administrative rule changes, federal guidance, and operational support to program areas. For the ANTHC

Unit, work is underway to modernize older workflows, simplify steps where appropriate, and better align operations with current business needs.

The Division reviewed existing program flexibilities to reduce duplication and simplify administration. The current SNAP waiver allowing recertification interviews to be waived for certain elderly or disabled households will be allowed to expire on May 31, 2026, because that flexibility is now incorporated through the Elderly Simplified Application Project (ESAP). Continuing both authorities is no longer necessary.

Community based service delivery also continues through DPA in a Box. Outreach in Cordova is scheduled for April 22 through April 25, 2026, with additional deployments planned for Valdez in late May, Wrangell from June 1 through June 4, 2026, and Gustavus from June 22 through June 25, 2026.

Facility improvements at the University Center office also continued. The new interview spaces are operational and in use, and the Work Services area is open and active. Planning is underway for the next phase of space improvements, including relocation of the Eligibility Technician 1 team into larger office space across from the lobby.

The Division also continues planning efforts for future modernization initiatives. During this reporting period, FNS announced a temporary pause in further development of the National Accuracy Clearinghouse, a federally required system intended to prevent duplicate SNAP participation across states. Alaska will adjust planning timelines as additional federal guidance becomes available.

Taken together, these efforts reflect continued work to improve how services are delivered, reduce unnecessary steps, and create a more responsive and efficient system for the Alaskans served by the Division.

See Attachment

Attachment 2.1**:** Workload Management Matrix Update

## V. Conclusion

The Division continues to take active steps to improve program administration, strengthen operational capacity, and better serve Alaskans who rely on public assistance programs. Progress during this reporting period reflects continued work across staffing, technology, training, contracted support, and process improvement initiatives.

The Division recognizes that sustained improvement requires continued focus, disciplined execution, and ongoing adaptation to changing operational and federal requirements. The Department remains committed to transparent reporting and to continuing efforts that improve access, timeliness, accuracy, and service delivery over time.

# Attachment 1

Outlook

## RE: Updated HR1 ABAWD Readiness Assessment (Due Friday 4/10 COB)

**From** Lewis, Pandora - FNS <pandora.lewis@usda.gov>

**Date** Thu 4/9/2026 2:03 PM

**To** Barnes, Seth A (DOH) <seth.barnes@alaska.gov>

**Cc** Luchini, Lydia (DOH) <lydia.luchini@alaska.gov>; Davis, Christina L (DOH) <christina.davis@alaska.gov>; Bybee, Thomas L (DOH) <thomas.bybee@alaska.gov>; Sundmark, Dean S (DOH) <dean.sundmark@alaska.gov>; Bailey, Tasha Y (DOH) <natasha.bailey@alaska.gov>; Etheridge, Deb J (DOH) <deb.etheridge@alaska.gov>; Ziegenfuss, Jacqelli Y (DOH) <jacqelli.ziegenfuss@alaska.gov>; Harrison, Heather K (DOH) <heather.harrison@alaska.gov>; Solomon, Brian - FNS <brian.solomon@usda.gov>; Bourne, Jacqueline - FNS <jacqueline.bourne@usda.gov>; Gonzalez, Jodi - FNS <Jodi.Gonzalez@usda.gov>; Smith, Barbara - FNS <Barbara.Smith2@usda.gov>

Thank you!

Pandora Lewis
Program Analyst
Operations / SNAP | E&T
Western Regional Office

U.S. DEPARTMENT OF AGRICULTURE
Food and Nutrition Service
(415) 293-3722

---

**From:** Barnes, Seth A (DOH) <seth.barnes@alaska.gov>
**Sent:** Thursday, April 9, 2026 3:00 PM
**To:** Solomon, Brian - FNS <brian.solomon@usda.gov>; Lewis, Pandora - FNS <pandora.lewis@usda.gov>; Bourne, Jacqueline - FNS <jacqueline.bourne@usda.gov>; Gonzalez, Jodi - FNS <Jodi.Gonzalez@usda.gov>; Smith, Barbara - FNS <Barbara.Smith2@usda.gov>
**Cc:** Luchini, Lydia (DOH) <lydia.luchini@alaska.gov>; Davis, Christina L (DOH) <christina.davis@alaska.gov>; Bybee, Thomas L (DOH) <thomas.bybee@alaska.gov>; Sundmark, Dean S (DOH) <dean.sundmark@alaska.gov>; Bailey, Tasha Y (DOH) <natasha.bailey@alaska.gov>; Etheridge, Deb J (DOH) <deb.etheridge@alaska.gov>; Ziegenfuss, Jacqelli Y (DOH) <jacqelli.ziegenfuss@alaska.gov>; Harrison, Heather K (DOH) <heather.harrison@alaska.gov>
**Subject:** RE: Updated HR1 ABAWD Readiness Assessment (Due Friday 4/10 COB)

Hello,

Please see below for Alaska's response to the HR1 ABAWD Readiness Assessment in Red.

1. Has your state **fully implemented the ABAWD / Work Requirement changes related to HR1**. (*Full implementation means that policy manuals have been updated, EWs trained, coding and tracking mechanisms updated, forms and noticed updated*.)
   No, Alaska has not fully implemented the ABAWD work requirement changes related to HR1. Alaska implemented the exemption for American Indians, California Indians, and Urban Indians effective November 2025. Alaska was also approved for a Good Faith waiver from ABAWD requirements.
   a. If so, on what date:
      N/A
   b. If not, on what date do you anticipate being fully implemented:
      November 1, 2026

2. If you **have already implemented the ABAWD changes**, when did you / or will you begin applying countable months:
   Alaska has not fully implemented the ABAWD changes. Alaska has implemented a portion of the changes related to the exemption for American Indians, California

Indians, and Urban Indians. System coding to support this exemption went live on November 2025. Alaska has not yet begun applying countable months under the remaining ABAWD work requirement changes related to HR1.

a. Was it / will it be done as a change within the certification period on a case-by-case basis?
   Alaska anticipates applying changes within the certification period using a case-by-case approach supported by system-generated identification of individuals subject to ABAWD requirements. The final approach will be confirmed upon completion of system, policy, and training components.
b. Was it / will it be done to all affected cases at once?
   Alaska does not anticipate implementing changes through a single mass update. The final approach will be determined as part of the State's implementation planning.
c. Was it / will it be done while processing periodic reports?
   Alaska anticipates integrating ABAWD requirements into standard case processing workflows, including periodic reports and other client-driven actions. Final procedures will be established through policy and training.
d. Or did you wait / are you waiting until the next certification period?
   Alaska does not anticipate delaying implementation until the next certification period. Timing will be aligned with system readiness and completion of all implementation components.

3. If you have **yet to implement the ABAWD changes**, then what is your state's plan for how to begin applying countable months:
   Alaska has not yet begun applying countable months under the remaining ABAWD work requirement changes. Alaska is operating under an approved Good Faith waiver and is executing a phased work plan to achieve full compliance. This work plan includes the coordinated development of policy, system functionality, training, communications, and operational readiness necessary for statewide implementation.
   Because these components must be completed and aligned prior to implementation, final operational decisions regarding how countable months will be applied are still under development. Alaska's approach is being designed to ensure consistent, accurate, and client-centered implementation once full compliance is achieved.
   a. Will it be done as a change within the certification period on a case-by-case basis?
      Alaska anticipates utilizing system-generated identification of individuals subject to ABAWD requirements to support case-level review within the certification period. Historically, this has included reports identifying potentially subject individuals for field review of exemptions and appropriate client notice. The final operational approach will be confirmed following completion of system configuration, policy finalization, and staff training
   b. Will it be done to all affected cases at once?
      Alaska does not anticipate implementing ABAWD changes through a single mass update. The final approach will be determined as part of the State's compliance work plan.
   c. Will it be done while processing periodic reports?
      Alaska anticipates integrating ABAWD requirements into standard case

processing workflows, including periodic reports and other client-driven actions. Final procedures will be established through policy and training.

d. Or will you wait until the next certification period?
Alaska does not anticipate deferring implementation solely to the next certification period. Timing and execution will be aligned with system readiness and completion of all implementation components.

4. FNS strongly recommends that states **certify ABAWD households for shorter certification periods** than 12 months (3, 4, or 6 months). Is that something the state is considering and, if so, what is the state proposing and when is implementation expected?
Yes, Alaska currently assigns shorter certification periods for households that include a non-exempt ABAWD. These households are assigned a maximum certification period of four months, consisting of the prorated initial month and three countable ABAWD months. This approach is currently in place and aligns with FNS guidance. Alaska will evaluate whether any adjustments are needed as part of implementing the remaining ABAWD work requirement changes related to HR1.

Please let us know if you have any further questions or need clarification on any particular item!

Seth Barnes
Public Assistance Analyst II
Policy and Program Development
Division of Public Assistance
Phone: 907-500-2423

---

**From:** Solomon, Brian - FNS <brian.solomon@usda.gov>
**Sent:** Tuesday, April 7, 2026 2:36 PM
**To:** Luchini, Lydia (DOH) <lydia.luchini@alaska.gov>; Davis, Christina L (DOH) <christina.davis@alaska.gov>; Barnes, Seth A (DOH) <seth.barnes@alaska.gov>; Bybee, Thomas L (DOH) <thomas.bybee@alaska.gov>; Sundmark, Dean S (DOH) <dean.sundmark@alaska.gov>; Bailey, Tasha Y (DOH) <natasha.bailey@alaska.gov>; Amber.Bonilla@dss.ca.gov; kathy.jew@dss.ca.gov; Louise.Thao@dss.ca.gov; Alexis.Garcia@dss.ca.gov; Christine.SanNicolas@dphss.guam.gov; NicolePuanani.Cruz@dphss.guam.gov; Lazaro.Quinata@dphss.guam.gov; Luke.Duenas@dphss.guam.gov; alyssa.uncangco@dphss.guam.gov; patrice.hara@dphss.guam.gov; snakasone2@dhs.hawaii.gov; GHayes@dhs.hawaii.gov; Kristin.Matthews@dhw.idaho.gov; jacqueline.simpkins@dhw.idaho.gov; SGALLUCCI@dwss.nv.gov; bmuchicko@dwss.nv.gov; snelson@dwss.nv.gov; NCOOPER@dwss.nv.gov; heather.j.miles@odhs.oregon.gov; Jessica.AMAYA@odhs.oregon.gov; Meorah.A.SOLAR@odhs.oregon.gov; jean.t.cubic@odhs.oregon.gov; antonio.heras-delaluz@odhs.oregon.gov; jennifer.j.granera@odhs.oregon.gov; sara.a.kliewer@odhs.oregon.gov; RUDINA.CEKANI@odhs.oregon.gov; joyce.hensen@dshs.wa.gov; sharon.hill-laguerre@dshs.wa.gov
**Cc:** Lewis, Pandora - FNS <pandora.lewis@usda.gov>; Solomon, Brian - FNS <brian.solomon@usda.gov>; Bourne, Jacqueline - FNS <jacqueline.bourne@usda.gov>;

Gonzalez, Jodi - FNS <Jodi.Gonzalez@usda.gov>; Smith, Barbara - FNS <Barbara.Smith2@usda.gov>
**Subject:** Updated HR1 ABAWD Readiness Assessment (Due Friday 4/10 COB)
**Importance:** High

**CAUTION:** This email originated from outside the State of Alaska mail system. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**Greetings WRO State ABAWD Colleagues**: Hope this finds you well. It's been a while since we've checked in on your status for implementing HR1, so we'd like to check in for a quick update. We know how busy you are, so we will just keep the questions short and simple:

1. Has your state **fully implemented the ABAWD / Work Requirement changes related to HR1**. (*Full implementation means that policy manuals have been updated, EWs trained, coding and tracking mechanisms updated, forms and noticed updated*.)
    a. If so, on what date: XX
    b. If not, on what date do you anticipate being fully implemented: XX

2. If you **have already implemented the ABAWD changes**, when did you / or will you begin applying countable months:
    a. Was it / will it be done as a change within the certification period on a case-by-case basis?
    b. Was it / will it be done to all affected cases at once?
    c. Was it / will it be done while processing periodic reports?
    d. Or did you wait / are you waiting until the next certification period?

3. If you have **yet to implement the ABAWD changes**, then what is your state's plan for how to begin applying countable months:
    a. Will it be done as a change within the certification period on a case-by-case basis?
    b. Will it be done to all affected cases at once?
    c. Will it be done while processing periodic reports?
    d. Or will you wait until the next certification period?

4. FNS strongly recommends that states **certify ABAWD households for shorter certification periods** than 12 months (3, 4, or 6 months). Is that something the state is considering and, if so, what is the state proposing and when is implementation expected?

That's all we need right now. Thank you so much and please let us know if you have any question or want to further discuss any of this. If possible, please try to get back to us by ***Friday 4/10 COB***.

Warmly,

Brian and Pandora

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED April |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Average Student Work Hours | Considering | To be eligible for SNAP benefits, students must be employed for a minimum of 20 hours per week. We will explore this option to determine if it is a valuable change. |
| Stagger Certification Periods | Considering | Alaska has staggered certification periods in the past when we have identified that too many recertifications are due in a particular month, but we have not found the need to do this frequently. This is low yield and does not address the immediate backlog. |
| Business Process Reengineering (BPR) | Implemented | **Update April 22, 2026.** Business Process Reengineering efforts remain active and continue to expand.<br>Recommendations from the Eligibility Technician 1 front desk assessment continue to be implemented. One key recommendation was to place an Eligibility Technician 2 in lobby areas to better support clients with more complex questions at first contact. Following successful pilot results and positive survey feedback from both staff and the Alaskans served, this model has moved to full implementation and will be rolled out across DPA offices over the next several months.<br>Additional BPR reviews have also been completed for the Policy Unit and the Alaska Native Tribal Health Consortium (ANTHC) Unit.<br>For the Policy Unit, the review identified a need for additional support, clearer role definition, and better alignment of work so policy staff can focus on core policy responsibilities, administrative rule changes, federal guidance, and operational support to program areas. Improvement efforts now underway include staffing restructuring, clearer assignment of responsibilities, and the use of technology tools to improve workflow, coordination, and document management.<br>For the ANTHC Unit, the review found that some workflows had become highly specialized over time and continued to rely on older legacy processes. Improvement work is underway to modernize those workflows, simplify steps where appropriate, and better align operations with current business needs.<br>These efforts are intended to improve service delivery, reduce inefficiencies, and ensure staff resources are focused on the highest value work.<br><br>Update (August 22, 2025): C!A facilitated two-day working sessions with ET1 staff to assess front desk operations. A final report is expected in late August, with recommendations to reduce client wait times, improve quality, and streamline processes. Implementation will occur over the next six months based on scope of changes required. The Policy Unit has also engaged with C!A to identify opportunities to refocus work and shift non-policy tasks, though no implementation timeline is set |
| Call Centers | Implemented | Policy already implemented in Alaska. DPA operates a Virtual Contact Center (VCC) and outsources non-merit staff duties such as Information and Referral (I&R) and receiving applications.<br><br>In process: Leverage Genesis contractor to leverage generative AI to answer calls - information and referral questions. |
| Interview Scheduling | Implemented | Added October 27, 2025. The Division changed interview practices to improve efficiency. Previously, staff conducted cold calls to reach applicants for interviews, which often resulted in lost time and incomplete contacts. The Division now schedules interviews in advance, allowing staff to focus on confirmed appointments. By assigning more staff to the Virtual Contact Center, the Division achieved nearly full interview completion rates. |
| Compromise Claims and Termination of Claims | Implemented | Policy already implemented in Alaska. A household may request a compromise to reduce the balance to SNAP claim owed if they cannot repay the overpayment amount within 36 months. No written request or form is required for a household to compromise a SNAP claim.<br>If the household meets the threshold amount of the established debt the Benefit Issuance and Recovery Unit (BIRU) will compromise as follows:<br>Client or Agency Caused Errors, open cases: Compromise the amount exceeding $360 ($10 per month times 36 months).<br>Client or Agency Caused Errors, closed cases: Compromise the amount exceeding $720 ($20 per month times 36 months). |
| Elderly Simplified Application Project (ESAP) | Implemented | Updated May 21, 2025. This non-substantive update has been amended for clarity and conciseness.<br>The Department of Health, Division of Public Assistance, launched the federally approved Elderly Simplified Application Project (ESAP) demonstration on December 1, 2024.<br><br>ESAP applies to SNAP households where all adults are age 60 or older or have a qualifying disability. Under ESAP:<br>-The certification period is extended to 36 months<br>-No interim report is required<br>-Recertification interviews are waived unless clarification is needed or requested by the household |
| Electronic Case Filing or Document Management | Implemented | November 2023 transitioned to a cloud-based electronic management system. (ILinx - document management system) |
| Extending Certifications to 12 Months | Implemented | Effective June 2023, SNAP certification periods have been extended to 12-months. These households are now subject to the Periodic Report, known in Alaska as the Interim Report, to be completed and returned at the mid-point of their SNAP certification period.<br>Households in which all household members are elderly or disabled and have no earned income may be given a certification period of up to 24 months. |
| FNS Regional Office Assistance with QC Case Completion | Implemented | December 2022 instituted regular meetings. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED April |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Fully Implementing Allowable Activities for Non-Merit Personnel | Implemented | Update (August 22, 2025)**:** The Division executed a 12-month extension of the PCG contract effective August 1, 2025, to continue support of non-merit duties. The Division is actively evaluating additional functions that can be assigned to PCG to further support workload management and allow state staff to focus on eligibility determinations.<br>April 2023 the division contracted out the Virtual Call Center work to Public Consulting Group (PCG). State employees were redirected to processing SNAP applications. One year extension to contract effective 8/1/24. Expanding roles to include Medicaid unwinding activities, data entry for other Medicaid programs that have auto adjudicated eligibility within the ARIES database.<br>FNS denied Alaska's Fee Agent waiver modification request to temporarily amend the area designation at 7 CFR 272.7(a) to allow Fee Agents in Alaska statewide. Discuss with FNS options to include tribes in outreach plan. |
| Notice of Agency Caused Delay | Implemented | Updated May 21, 2025. Automated notifications for agency-caused delays were fully implemented on April 30, 2025. These notices are generated for SNAP and Adult Public Assistance (APA) applications that remain unprocessed—on day 31 for non-pended applications and day 8 for SNAP expedited cases, or the next business day if these dates fall on a weekend or holiday.<br><br>To mitigate operational risk and avoid overwhelming the Division's Fair Hearings staff and the Administrative Law Group (ALG), the Division of Public Assistance (DPA) implemented a phased rollout. This approach ensured systematic processing of overdue cases while maintaining service continuity and staff capacity for handling appeals.<br><br>The phased schedule was as follows:<br><br>March 4, 2025: Notices for applications delayed over 90 days<br><br>March 31, 2025: Notices for applications delayed over 60 days<br><br>April 30, 2025: Notices for applications delayed over 30 days<br><br>With the final phase completed, the automated system now runs daily and issues timely notifications for all new overdue cases. |
| Online Applications | Implemented | Updated May 21, 2025. This non-substantive update reflects enhancements to client access and self-service tools. The Change Report Form is now available as an electronic form (eForm), joining the existing online SNAP application and Interim Report Form. All three forms are accessible through the MyAlaska portal and the Department of Health website. |
| Online Self-Service Portal | Implemented | Alaska Connect: DPA implemented an online self-service portal. Applicants and clients will be able to upload documents/pictures to support the application/renewal process. Future Engage functionality includes allowing a user to "opt in" for authentication. This will allow access to their documents/forms, review electronic notices, check the status of their application/request, send messages to staff, schedule and/or reschedule an interview, etc. Note: Authentication cannot be required per FNS. However, security controls need to be in place to protect PII and HIPAA data. Launched July 2024 |
| Real-Time Data Access Services | Implemented | Policy already implemented in Alaska. Alaska implemented the Instant Eligibility Verification System (IEVS) in early 2021. The IEVS is an information retrieval service that provides information that may indicate questionable eligibility for State benefits. Caseworkers enter basic information about a case and IEVS obtains data regarding each individual from multiple internal and external data sources, runs numerous checks and comparisons, and displays the results on the screen. Data sources check for identity, income, assets, immigration status, Alaska residency, housing assistance, household composition, incarceration, drug felonies, and receipt of program benefits in another state. Caseworkers check the IEVS at application, recertification, and when an individual is being added to a case for all programs administered in Alaska. Alaska follows federal regulations at 7 CFR 273.2(f)(9) regarding the mandatory use of IEVS. |
| Recertification Interview for Certain Elderly/Disabled Member Households | Implemented | Policy already implemented in Alaska. Alaska is currently approved for a SNAP waiver that allows DPA to forego the requirement to conduct an interview at recertification for households in which all adult members are elderly and/or disabled and have no earned income, provided that the households meet all other recertification requirements. The current waiver approval period is 12/01/2024 through 05/31/2026. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED April |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Reinstatement of Eligibility | Implemented | **Updated April 22, 2026**:The existing SNAP waiver allowing the Division to waive recertification interviews for certain elderly or disabled households is scheduled to expire on May 31, 2026. The Division does not plan to request an extension because this flexibility is now largely incorporated through the Elderly Simplified Application Project (ESAP).<br><br>Under ESAP, recertification interviews are generally not required for eligible households unless the recertification form is untimely or incomplete, required verifications are missing, information provided is questionable or contradictory, the household would otherwise be denied, or the household requests an interview.<br><br>Allowing the prior waiver to expire avoids duplication, simplifies administration, and continues streamlined access for eligible elderly and disabled households through the ESAP structure already in place.<br><br>Policy already implemented in Alaska. If a SNAP case has been closed mid-certification for failure to provide, and the household submits the required information and/or verification needed to reestablish eligibility within 30 days of the effective date of ineligibility, the caseworker can reopen the case for the remainder of the certification period. A new application or interview is not required. |
| Reviewing and Streamlining the SNAP Application | Implemented | Coordinated with FNS and partner organizations to streamline the application process and still meet the FNS rules. |
| Same Day Service Interviews | Implemented | Updated May 21, 2025. This non-substantive update reflects current operational capacity. While all Division of Public Assistance (DPA) offices are now open and offering same-day service, including interviews, staffing shortages in Kodiak, Nome, and Sitka have limited the scope of in-office services in those locations. Emphasizing same-day service interviews aligns with our Business Process Redesign philosophy. The rollout was completed as follows: Bethel – August 2023, Juneau – November 13, 2023, Kodiak – November 27, 2023, Kenai – January 25, 2024, Homer – January 25, 2024, Wasilla – March 18, 2024, Fairbanks – July 8, 2024, Ketchikan – August 27, 2024, and Anchorage – November 18, 2024. |
| Simplified Self Employment Deduction Standard | Implemented | Policy already implemented in Alaska. The self-employment standard deduction is 50% of the estimated gross self-employment income. If the household believes their self-employment expenses are higher than 50% of their gross self-employment income, they may claim actual expenses as their cost of doing business. |
| Streamline Data Matches | Implemented | Policy already implemented in Alaska. Alaska already ensures that the state agency is administering matches only at necessary intervals. |
| Streamline Verification Requirements | Implemented | Policy already implemented in Alaska. Federal FNS regulations, 7 CFR 273.2(f) lists the factors of eligibility that we are required to verify:<br>1. Gross nonexempt income,<br>2. Alien eligibility,<br>3. Utility expenses,<br>4. Medical expenses,<br>5. Social security numbers,<br>6. Residency,<br>7. Identity,<br>8. Disability,<br>9. All factors of eligibility for households who have been terminated for refusal to cooperate with QC,<br>10. Household composition,<br>11. Students,<br>12. Legal obligation and actual child support payments, and<br>13. Additional verification for able-bodied adults subject to the time limit.<br><br>7 CFR 273.2(f)(3) allows the State agency to mandate verification of any other factor which affects household eligibility or allotment level. Due to Alaska's high SNAP error rate, we require verification of shelter expenses if it makes a difference in the benefit amount. |
| Streamlining SNAP Access in Rural Alaska | Implemented | To ensure timely delivery of benefits to Alaskans, we exercised the option provided in federal rules to simplify the Supplemental Nutrition Assistance Program (SNAP) process for residents in designated rural areas attempt interviews through cold calls, and if unsuccessful, the application will be certified with the interview deferred. For non-expedited cases, eligibility verifications such as identity, residency, income, and deductions remain mandatory before approval.<br>DPA met with Food and Nutrition Service (FNS) on January 16, 2025 to discuss the regulatory authorities allowed to Alaska at 7 CFR 272.7. Alaska implemented the federal authority to postpone SNAP interviews, as explained above, for individuals living in areas designated rural I and rural II on March 20, 2025. |
| Targeted Interviewing and Case Processing | Implemented | Our Business Process Redesign methodology supports assigning 'missions' to staff, aligning cases with their skill levels for more efficient processing. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED April |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Telephonic and Electronic Signatures | Implemented | Policy already implemented in Alaska. Policy allows telephonically recorded signatures and electronic signatures for the online applications.<br><br>Electronic signatures available, on pdf applications, MyAlaska and telephonic authorization through VCC and eforms. |
| Telephonic Interviews | Implemented | Policy already implemented in Alaska. This allows interviews via telephone in lieu of a face-to-face interview without the need to document client hardship.<br><br>FNS approved state plan option. |
| Voluntary Employment and Training Program | Implemented | Policy already implemented in Alaska. The Employment and Training Program in Alaska remains voluntary. |
| DPA in a Box | Implemented | **Updated April 22, 2026.** DPA in a Box remains active. Outreach in Cordova is scheduled for April 22 through April 25, 2026. Additional deployments are planned for Valdez in late May, Wrangell from June 1 through June 4, 2026, and Gustavus from June 22 through June 25, 2026.<br>Update June 9, 2025: To improve access to public assistance in underserved areas, the Division of Public Assistance is launching “DPA Office in a Box.” This outreach initiative sends an Eligibility Technician into communities to provide hands-on support with applications, renewals, and case management.<br><br>The first deployment is scheduled for June 9–12, 2025, in Kotzebue, in collaboration with Maniilaq Association. A second event will take place June 23–26, 2025, in Delta Junction, in partnership with the Division of Public Health.<br><br>Proposed outreach locations for State Fiscal Year 2026 include Valdez, Cordova, Wrangell, Gustavus, and Hoonah. |
| Adult Public Assistance and Senior Benefit payment method change | Implemented | Updated December 8, 2025: Effective December 2, 2025, the Division stopped sending warrants for Adult Public Assistance (APA) and Senior Benefit (SB) payments.<br>•Senior Benefits cases that are approved on or after December 3, 2025, that do not have direct deposit set up, will be issued an EBT card since these are all stand-alone cases.<br>• APA cases that are approved on or after December 3, 2025, that do not have open SNAP benefits on the same case number and do not have direct deposit set up, will be issued an EBT card. |
| Expansion of Non-Merit Tasks – Demonstration | Implemented | Updated April 13, 2026: FNS approved Alaska's Non-Merit (contract) staff Demonstration Project on September 3, 2025, for a duration of five years from the date of implementation. FNS and Alaska are currently negotiating the terms and conditions of the demonstration project. Alaska must sign and agree to the terms and conditions prior to implementation of the demonstration project. On September 25, 2025, FNS requested Alaska provide estimates of the number and/or percentage of SNAP cases in the State that may be handled by non-merit staff in each phase of the project.<br><br>Alaska submitted formal acceptance of the terms and conditions for the non-merit demonstration to WIMS on December 12, 2025. Alaska submited a revised sampling plan to FNS via WIMs on 02/24/2026. FNS approved Alaska's sampling plan through and granted official clearance via WIMS to implement the Demonstration project effective March 2026.<br><br>The Demonstration will expand the scope of tasks assigned to non-merit staff to increase capacity and ensure timely processing of SNAP applications and recertifications.<br><br>Alaska submitted the first required demonstration project report to FNS on April 13, 2026. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED April |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| Broad-Based Categorical Eligibility (BBCE) | Implemented | Updated July 21, 2025. This update clarifies that Broad-Based Categorical Eligibility (BBCE) was launched on July 1, 2025, for new SNAP applications recieved after July 1, 2025 or SNAP recertifications received on or after July 1, 2025 for August SNAP benefits.<br><br>BBCE removes the asset test requirement and raises the gross income threshold to 200% of the Federal Poverty Level, simplifying eligibility and reducing administrative burden.<br><br>Technical assistance has been provided by FNS in support of implementation. Resource limit requirements have been amended administratively with no system change required. Programming to apply the 200% gross income limit in the legacy Eligibility Information System (EIS) was completed by June 30, 2025. BBCE functionality will also be included in the transition to the new Integrated Eligibility and Enrollment System.<br><br>Finalization of EIS functionality to support the non-cash, TANF-funded benefit aligned with BBCE notice to SNAP households, supported by ACF, is underway. Training materials were finalized by the Business Process Redesign (BPR) training team and were completed to align with implementation. Public messaging was coordinated with the publications team and released in June 2025. |
| University Center (UC) Lobby | Implemented | **Updated April 22, 2026.** The new interview spaces are operational and in use, and the Work Services area is also open and active. The Division is planning the next phase of office improvements by moving the Eligibility Technician 1 team into the larger office space across from the lobby. Workstations are ready, and move planning is underway.<br>Updated July 21, 2025: The Anchorage UC lobby was relocated to a new space to better support both clients and staff. The new lobby remains within the UC Center—just across the hall from its current location—and offers a much-improved environment for delivering services.<br><br>To complete the move, the UC lobby will be closed from June 20 through June 30. The Communications Office posted signage and used social media to notify the public in advance and during the closure. The new lobby opened to the public on July 1, 2025.<br><br>The new lobby features a larger waiting area with seating, space for interviews, and improved visibility for staff to engage directly with clients. This move reflects DPA's ongoing commitment to respectful, responsive customer service and a more welcoming, efficient space. |
| Good Faith Effort Request for Additional Time Limit Exemptions - Waiver | Implemented | Updated December 8, 2025: In response to Alaska's October 31, 2025 submission, Alaska received USDA FNS approval on November 3, 2025 for a Good Faith Effort Request for Additional Time Limit Exemptions waiver, based on Alaska's demonstrated efforts to meet ABAWD (able-bodied adults without dependents) work requirements. The waiver works in cojunction with Alaska's ABAWD waiver, exempting all census areas and boroughs from ABAWD time limits, except the Anchorage Municipality. Alaska is also approved to continue exempting the following groups, despite changes under H.R. 1:<br>• Individuals aged 55–64;<br>• Households with children aged 14–17;<br>• Veterans;<br>• People experiencing homelessness; and<br>• Youth aged 18–24 transitioning from foster care.<br>Additionally, Alaska implemented the exemption for Alaska Native/American Indian individuals (as defined by HCIA).<br><br>Additional requirements for the Good Faith Exemption waiver approval include submitting quarterly progress reports on Alaska's efforts towards full compliance with the ABAWD time limit. On December 4, 2025, Alaska met with FNS to request technical assistance regarding these reports, as the due dates and reporting template were not included in the November 3, 2025 approval letter. |

**Attachment 2: Workload Management Matrix**

| WORKLOAD MANAGEMENT MATRIX | | UPDATED April |
|---|---|---|
| **FNS Recommendation** | **Status** | **Details** |
| SNAP Timely Benefits Replacement waiver | Implemented | Updated January 9, 2026: This waiver is no longer active.<br>In response to the October 2025 West Coast storm, the Food and Nutrition Service (FNS) approved a waiver on October 17, 2025, allowing SNAP recipients in designated areas of Alaska to request replacement benefits through November 7, 2025. A subsequent extension was approved on October 31, 2025, extending the reporting period through December 8, 2025, beyond the standard 10-day window.<br><br>This waiver applies to SNAP households in the following areas:<br>• Kashunamiut<br>• Lower Yukon<br>• Bering Strait Regional Education Attendance Area (REAA)<br>• Northwest Arctic Borough (NWAB)<br>• North Slope Borough (NSB)<br><br>DPA provided FNS with the number of households that requested replacement related to this specific waiver as a result of this disaster during the extended reporting period.<br><br>Summary of Manual Supplemental Issuances:<br>Total Cases: 106<br>Total Benefits Issued: $122,959 |
| Automatic Mass Replacement of SNAP benefits | Implemented | Updated January 9, 2026: This waiver is no longer active.<br>On November 13, 2025, in response to the October 2025 West Coast storm, the Food and Nutrition Service (FNS) approved a waiver allowing Alaska to automatically replace 75% of the October 2025 Supplemental Nutrition Assistance Program (SNAP) benefits for households impacted by Typhoon Halong.<br><br>Alaska issued the majority of SNAP automated benefit replacements on November 25, 2025, to approximately 2958 households, and an additional 35 SNAP household cases were reviewed manually to ensure all eligible households receive their replacement benefits and issued these SNAP benefit replacements on November 28th.<br><br>Once the internal review is complete, a notice will be sent to these households informing them of their additional SNAP benefits. Due to the expedited timeline for programming and issuing the replacements, households should expect to receive this notice by mid December.<br><br>Actual numbers regarding replacement values must be reported on the FNS-46 form in the Food Programs Reporting System within 90 days after issuance of the replacement benefits. |
| Hot Foods waiver | Implemented | Updated January 9, 2026: This waiver expired on 12/20/2025.<br>On November 22, 2025, in response to the October 2025 West Coast storm, the Food and Nutrition Service (FNS) approved a temporary waiver allowing Alaska SNAP recipients to purchase hot, prepared foods statewide through December 20, 2025. |
| Advance Capture (Intelligent Scanning) | Implementing | Updated May 21, 2025. DPA amended ImageSource contract to implement ILINX Advance Capture (intelligent scanning). This functionality automates that categorization of documents. Phase 1, complete - auto recognition and workflow for Application and Renewal forms effective Q4 2024. Additional forms rolling out in FY2025 and ongoing. As functionality is applied to other documents this section will be updated. |
| E-notices | Implementing | Updated (August 22, 2025): Text messaging for scheduled interviews launched in June 2025 as a manual process. The next phase will automate these messages through ImageSource/ILINX.<br>Updated May 21, 2025. e-notices (text messaging or email) notifying applicant documents received. Launched March 13, 2024.<br>Text messaging for scheduled interviews scheduled to launch June, 2025. |
| National Accuracy Clearinghouse (NAC) | Implementing | **Updated April 13, 2026**. FNS is implementing the NAC system in a phased approach over a period of 5 years. States must implement the NAC no later than October 4, 2027 in order to comply with the provisions of the interim final rule of the Agricultural Improvement Act of 2018 (2018 Farm Bill).<br><br>Alaska is confirmed for implementation group 14.<br>Alaska Scheduled kickoff date: March 31, 2026<br>Alaska Anticipated NAC launch date: November 2026<br>**FNS notified all states on March 27, 2026 that they are temporarily pausing further development on the NAC. All scheduled meetings were canceled.** |

**Attachment 2: Workload Management Matrix**

**WORKLOAD MANAGEMENT MATRIX** UPDATED April

| FNS Recommendation | Status | Details |
|---|---|---|
| Standard Medical Deductions (SMDs) | Implementing | Updated June 19, 2025 – FNS has approved Alaska's SMD demonstration waiver for a four-year period beginning August 1, 2025, and ending July 31, 2029, subject to the attached terms and conditions. Due to competing priorities, Alaska is coordinating with FNS to delay implementation. This adjustment will preserve the full four-year approval period while revising the demonstration's official start and end dates |
| Required Online Application Fields (SNAP) – Demonstration | Not an option in Alaska | Updated December 8, 2025: On November 20, 2025, FNS denied Alaska's two demonstration requests to require fields in addition to name, address, and signature on a SNAP online application. The FNS denial letter stated the following:<br><br>*The State's request would require FNS to adjust the application provisions of Section 11(e)(2)(B)iv) of the Food and Nutrition Act (the Act) and SNAP regulations at 273.2(b)(1)(v) and 273.2(c)(1)(iii).*<br><br>*FNS cannot use administrative waiver authority to waive provisions of the Act. Typically, a request to waive a provision of the Act would require a demonstration project request. However, Section 17(b)(1)(B)(iv)(III) explicitly prohibits waivers of certain provisions of the Act. Under Section 17(b)(1)(B)(iv)(III)(ff), a demonstration project may not waive the right to file an application with only name, address, and signature as described in Section 11(e)(2)(B).* |
| Eliminate Interim Report (IR) – Demonstration | Not an option in Alaska | Updated December 8, 2025: On November 20, 2025, FNS denied Alaska's request to eliminate the periodic report for SNAP households certified longer than six months. The FNS denial letter stated the following:<br><br>*The State agency's request would require FNS to waive Section 6(c)(1)(D)(i) of the Food and Nutrition Act (the Act) and SNAP regulations at 7 CFR 273.12(a)(5)(iii)(B). FNS cannot use administrative waiver authority to waive provisions of the Act, and a request to waive a provision of the Act requires a demonstration project. Section 17(b)(1)(A) explains that the purpose of a demonstration project is to test changes that may increase efficiency and improve delivery of SNAP benefits to eligible households.* |
| Case Banking | Not an option in Alaska | This allows workers to share cases based on specialized functions or workload demands. Alaska does this for the Long-Term Care cases but uses statewide caseload management for everything else. |
| Change Processing Unit | Not an option in Alaska | This recommendation does not align with our Business Process Redesign objectives as it may lead to increased handling of cases, potentially causing delays in DPA workload. |
| On-Demand Interviews | Not an option in Alaska | An on demand interview waiver is not an administrative simplification for Alaska. Effective 11/01/2024 Alaska is in full compliance with FNS Interview requirements. |
| Targeted Team Focus on SNAP | Not an option in Alaska | While concentrating staff efforts on one program might seem straightforward, in Alaska, this approach burdens clients applying for multiple programs and poses impractical challenges in staff and training duplication amidst the ongoing workforce crisis. This is not apart of the "one and done model," which maximizes workforce by cross training on programs.<br>Business Process Resign created a team that focuses on SNAP backlog applications. |
| Verification Unit | Not an option in Alaska | Hiring specialized staff would increase administrative burdens and risk efficiency, considering Alaska's workforce situation. Alaska did try this in 2003 (EIOP) and it was not successful. |
| Reduce Major Change Reporting Requirement - Waiver | Not an option in Alaska | Updated March 11, 2026: FNS denied Alaska's waiver request with the following justification: FNS appreciates that DPA believes this waiver would reduce administrative burden. However, we have determined these alternative procedures would not result in a more efficient or effective program per 7 CFR 272.3(c)(1)(ii). Therefore, FNS is denying DPA's request.<br><br>Alaska submitted a waiver on 09/11/2025 to FNS to reduce the quarterly reporting requirements for FNS-acknowledged major changes in program design. Due to limitations within Alaska's legacy eligibility system, collecting and reporting certain required data is not feasible without significant and cost-prohibitive system modifications. Granting this waiver will allow Alaska to continue focusing its limited resources on service delivery, accurate case processing, and the implementation of a modern SNAP eligibility system. |
| Automated Voice Response/Interactive Voice Response System | Planning to Implement | DPA is evaluating the different technology platforms to enhance the consumer experience. During the interim engaging PCG contractor to support the call center, thereby relieving merited staff from this workload. (Qualtrics, Google, Genesis under consideration)<br><br>Genesis is the VCC platform that connects can connect with Qualtrics as an example. |

# Attachment 3

Backlog Dashboard with Detail - Updated April 03, 2026

## Backlog Summary Tab

Purpose: Provides an aggregated view of backlog applications and recertifications for various programs.

**Columns**

**Program:** Lists the programs (Adult Public Assistance, Food Stamps).

**Time Buckets (e.g., 000-30 days, 031-45 days):** Categories indicating how long applications/recertifications have been unacted or pending.

**Total:** Total backlog count across all time buckets.

## Timeliness Summary Tab

Purpose: Provides the average timeliness of approved applications and recertifications for the six months prior to the report month.

**Timely Actions (timeframe)**

Lists the timeliness for each program (Adult Public Assistance, SNAP) by category (Application, Recertification and SNAP Expedite Applications).

**Application Decision Cycle time (timeframe):** Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public

Average number of days it takes to process to completion (approvals and denials) an application for each program (Adult Public Assistance, SNAP).

## SNAP Backlog Detail Tab

**Purpose:** Details the backlog specifically for the Supplemental Nutrition Assistance Program (SNAP), including expedited and non-expedited cases.

**Columns**

**Program Categories:** Breaks out SNAP expedited, non-expedited applications, and recertifications.

**Time Buckets** (e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.

**Number Pended:** The number that are being processed, in a pending status and not yet completed.

**Number Unacted:** Cases yet to be acted upon.

**Oldest:** Date of the oldest application/recertification case.

## APA Backlog Detail Tab

**Purpose:** Provides the backlog for Adult Public Assistance (APA) applications and recertifications.

**Columns**

**Program Categories:** Breaks out APA applications and recertifications.

**Time Buckets(e.g., 000-30 days, 031-45 days): Categories indicating how long applications/recertifications have been unacted or pending.**

**Number Pended:** The number that are being processed, in a pending status and not yet completed.

**Number Unacted:** Cases yet to be acted upon.

**Oldest:** Date of the oldest application/recertification case.

## SNAP Timeliness Detail Tab

**Purpose:** Details the application approval timeliness specifically for the Supplemental Nutrition Assistance Program (SNAP).

**Rows:**

**Month:** Identifies the calendar month related to the data in the row

**Prev six:** Aggregate data for the six months prior to the report month

**Columns:**

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, Expedite Application, All approvals)

**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, Expedite Application, All approvals)

**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, Expedite Application, All approvals)

## APA Timeliness Detail Tab

**Currently under development: At this time we are experiencing an issue with one of our timeliness data reports not capturing all data points required to generate this metric for the APA program. The division has been able to identify the root cause of the APA data issue. There has been progress made with the programming required to report this metric. DPA expects to be able to provide some data with the November report.**

**Purpose:** Details the application approval timeliness specifically for the Adult Public Assistance Program (APA)

**Rows:**

**Month:** Identifies the calendar month related to the data in the row

**Prev six:** Aggregate data for the six months prior to the report month

**Columns:**

**Total Approvals:** The number of cases approved in the month for the related category (Application, Recertification, All approvals)

**Timely Approvals:** The number of cases from the total approvals that were approved within required timeframes for the related category (Application, Recertification, All

**Performance:** The percentage of the total number of cases approved timely by category (Application, Recertification, All approvals)

Backlog Dashboard with Detail - Updated April 03, 2026

| Backlog Applications/Recertifications - *Updated - April 2, 2026* | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Program** | **000 to 30 days** | **031-45 days** | **046-60 days** | **061-90 days** | **091-120 days** | **121-150 days** | **151-180 days** | **181-210 days** | **211-240 days** | **241-270 days** | **271-300 days** | **301-330 days** | **331-360 days** | **over 360 days** | **Total** |
| **Adult Public Assistance** | **0** | **119** | **52** | **26** | **13** | **8** | **2** | **2** | **0** | **0** | **0** | **0** | **0** | **1** | **223** |
| *APA Applications* | *0* | *119* | *52* | *26* | *13* | *8* | *2* | *2* | *0* | *0* | *0* | *0* | *0* | *1* | **223** |
| *APA Recertifications* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | **0** |
| **Food stamps (applications, expedites & recertifications)** | **862** | **1,326** | **594** | **164** | **24** | **27** | **37** | **131** | **188** | **17** | **0** | **0** | **0** | **0** | **3,370** |
| *Food Stamps (Expedite Applications)* | *862* | *434* | *237* | *28* | *1* | *0* | *1* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | **1,563** |
| *Food Stamps (non-Expedite Applications)* | *0* | *552* | *250* | *51* | *4* | *0* | *1* | *0* | *1* | *0* | *0* | *0* | *0* | *0* | **859** |
| *Food Stamps (Recertifications)* | *0* | *340* | *107* | *85* | *19* | *27* | *35* | *131* | *187* | *17* | *0* | *0* | *0* | *0* | **948** |
| **Total** | **862** | **1,445** | **646** | **190** | **37** | **35** | **39** | **133** | **188** | **17** | **0** | **0** | **0** | **1** | **3,593** |

| SNAP Backlog Detail - April 2, 2026 | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Number Pended | Number unacted | Oldest |
| SNAP Total (Applications and Recerts | **862** | **1,326** | **594** | **164** | **24** | **27** | **37** | **131** | **188** | **0** | **0** | **0** | **0** | **0** | **3,370** | **3028** | **342** | **2025-07-14** |
| *SNAP (Expedite > 7 days)* | *862* | *434* | *237* | *28* | *1* | *0* | *1* | *0* | *0* | *0* | *0* | *0* | *0* | *0* | **1,563** | 1560 | 3 | 2025-10-14 |
| *SNAP (non-Expedite Applications)* | *0* | *552* | *250* | *51* | *4* | *0* | *1* | *0* | *1* | *0* | *0* | *0* | *0* | *0* | **859** | 851 | 8 | 2025-08-06 |
| *SNAP (Recertifications)* | *0* | *340* | *107* | *85* | *19* | *27* | *35* | *131* | *187* | *17* | *0* | *0* | *0* | *0* | **948** | 617 | 331 | 7/14//2025 |

| APA Backlog Detail - Updated April 02, 2026 | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | 000 to 30 days | 031-45 days | 046-60 days | 061-90 days | 091-120 days | 121-150 days | 151-180 days | 181-210 days | 211-240 days | 241-270 days | 271-300 days | 301-330 days | 331-360 days | over 360 days | Total | Oldest |
| APA Total (Applications and Recerts | **-** | **119** | **52** | **26** | **13** | **8** | **2** | **2** | **-** | **-** | **-** | **-** | **-** | **1** | **223** | **2025-02-04** |
| *APA Pended Applications* | | *45* | *50* | *26* | *13* | *7* | *2* | *2* | | | | | | *1* | 146 | *2025-02-04* |
| *APA Unacted Applications* | | *74* | *2* | | | *1* | | | | | | | | | 77 | *2025-11-06* |
| *APA Pended Recertifications* | - | | | | | | | | | | | | | | 0 | - |
| *APA Unacted Recertifications* | - | | | | | | | | | | | | | | 0 | - |

| Alaska Supplemental Nutrition Assistance Program Timeliness | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | Non-Expedite Applications | | | Expedite Applications | | | Recertifications | | | Total Initial Application and Recertification Timeliness | | | |
| | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Approvals | Timely Approvals | Performance | Total Number of Approvals | Total Timely Approvals | Avg. Processing | Performance |
| Jul-24 | 1,057 | 828 | 78% | 1,270 | 1,196 | 94% | 1,089 | 796 | 73% | 3,416 | 2,820 | 17 | 83% |
| Aug-24 | 934 | 628 | 67% | 973 | 792 | 81% | 759 | 320 | 42% | 2,666 | 1,740 | 20 | 65% |
| Sep-24 | 1,050 | 657 | 63% | 747 | 551 | 74% | 749 | 195 | 26% | 2,546 | 1,403 | 27 | 55% |
| Oct-24 | 978 | 689 | 70% | 522 | 393 | 75% | 794 | 191 | 24% | 2,294 | 1,273 | 33 | 55% |
| Nov-24 | 847 | 502 | 59% | 695 | 458 | 66% | 1,033 | 184 | 18% | 2,575 | 1,144 | 41 | 44% |
| Dec-24 | 846 | 525 | 62% | 719 | 379 | 53% | 783 | 153 | 20% | 2,348 | 1,057 | 39 | 45% |
| Jan-25 | 1,077 | 671 | 62% | 937 | 600 | 64% | 703 | 129 | 18% | 2,717 | 1,400 | 35 | 52% |
| Feb-25 | 873 | 540 | 62% | 728 | 354 | 49% | 520 | 119 | 23% | 2,121 | 1,013 | 40 | 48% |
| Mar-25 | 944 | 600 | 64% | 939 | 501 | 53% | 642 | 183 | 29% | 2,525 | 1,284 | 44 | 51% |
| Apr-25 | 1,065 | 650 | 61% | 1,013 | 557 | 55% | 574 | 101 | 18% | 2,652 | 1,308 | 46 | 49% |
| May-25 | 991 | 512 | 52% | 952 | 591 | 62% | 869 | 122 | 14% | 2,812 | 1,225 | 69 | 44% |
| Jun-25 | 939 | 501 | 53% | 891 | 545 | 61% | 809 | 174 | 22% | 2,639 | 1,220 | 53 | 46% |
| Jul-25 | 883 | 563 | 64% | 1,037 | 648 | 62% | 1,039 | 189 | 18% | 2,959 | 1,400 | 43 | 47% |
| Aug-25 | 750 | 470 | 63% | 881 | 535 | 61% | 738 | 181 | 25% | 2,369 | 1,186 | 38 | 50% |
| Sep-25 | 767 | 512 | 67% | 809 | 467 | 58% | 611 | 156 | 26% | 2,187 | 1,135 | 36 | 52% |
| Oct-25 | 1,098 | 657 | 60% | 684 | 143 | 21% | 1,096 | 597 | 54% | 2,878 | 1,397 | 40 | 49% |
| Nov-25 | 637 | 337 | 53% | 401 | 82 | 20% | 843 | 373 | 44% | 1,881 | 792 | 50 | 42% |
| Dec-25 | 835 | 509 | 61% | 662 | 167 | 25% | 876 | 308 | 35% | 2,373 | 984 | 45 | 41% |
| Jan-26 | 791 | 238 | 30% | 706 | 152 | 22% | 866 | 86 | 10% | 2,363 | 476 | 53 | 20% |
| Feb-26 | 893 | 287 | 32% | 888 | 246 | 28% | 649 | 101 | 16% | 2,430 | 634 | 46 | 26% |
| Mar-26 | 1,016 | 392 | 39% | 947 | 289 | 31% | 828 | 116 | 14% | 2,791 | 797 | 47 | 29% |
| **Totals:** | **5,270** | **2,420** | **46%** | **4,288** | **1,079** | **25%** | **5,158** | **1,581** | **31%** | **14,716** | **5,080** | **47** | **35%** |



## State of Alaska Dept. of Health – Division of Public Assistance
## SNAP and APA Timeliness - Report Date May 2026

| Timely Actions October 2025 - March 2026 | |
|---|---|
| **Program** | **Percent Timely** |
| **SNAP Applications and Recerts** | **35%** |
| SNAP Expedite applications | 25% |
| SNAP Initial applications | 46% |
| SNAP Recert applications | 31% |
| **Placeholder for APA Data** | |

| Application Decision Cycle Time October 2025 - March 2026 | |
|---|---|
| **Program** | **Average Days** |
| SNAP | 47 |
| Placeholder for APA Data | |




| Alaska Adult Public Assistance Timeliness Placeholder<br>In process of developing data collection programming for this metric |
|---|
| At this time we are experiencing an issue with one of our timeliness data reports not capturing all data points required to generate this metric for the APA program. Progress has been made in programming for this metric and we should be able to provide some data with the November report. |

**Attachment 4.1**

## Department of Health - Division of Public Assistance – IT Project Roadmap



| Project Name | Description and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|---|
| ILINX® Flex | Expands ILINX® capabilities with configurable workflow and document management enhancements to support automation, routing flexibility, and improved case document lifecycle management. | • Vendor configuration timelines<br>• Coordination with Advanced Capture and Centralized Registration<br>• Business process redesign requirements<br>• Competing modernization priorities | Improves operational agility by allowing programs to adjust workflows without major system redevelopment. Reduces manual handling and supports scalability during workload surges. |
| Milestone 2 - Increment 6: Online Application for Services (eForms) | Implements a comprehensive, client-facing Online Application for Services platform using dynamic eForms that integrate with ILINX®, Centralized Registration, and the Integrated Eligibility Platform (IEP). | • CMS and FNS approval of the Online Application for Services<br>• Integration sequencing with Centralized Registration and ILINX® Advanced Capture<br>• Workforce capacity constraints during concurrent modernization milestones<br>• Data mapping and validation across multiple programs<br>• Policy review to ensure regulatory compliance across benefit types<br>• Testing cycles to validate cross-program eligibility logic | Modernizing the application process is foundational to improving access, equity, and timeliness across all public assistance programs. By shifting intake to a digital-first model, the division reduces administrative burden while improving service delivery and program integrity. The solution replaces paper-based and static PDF applications with smart forms that adapt based on program selection, household composition, and eligibility pathways.<br><br>The eForms platform supports multi-program applications (e.g., Medicaid, SNAP, Heating Assistance, Burial Assistance, and Cash Programs) and reduces manual intake processes by enabling direct electronic submission and automated ingestion into eligibility workflows. |

| Project Name | Description and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|---|
| Eligibility Technician (ET) Repository | Develops a centralized, searchable digital repository that houses policy guidance, desk aids, procedural manuals, job tools, training materials, and reference documents for Eligibility Technicians across all public assistance programs. The repository will serve as a single source of truth to support consistent eligibility determinations and reduce reliance on informal knowledge sharing. | • Policy standardization and formatting of existing materials<br>• SME time required to validate and update legacy desk aids<br>• Governance structure to maintain version control and updates<br>• Alignment with Worker Assist tool (to ensure content integration)<br>• Workforce capacity constraints during active modernization efforts | Eligibility policy is complex and frequently updated. Inconsistent access to current guidance increases the risk of eligibility errors, federal findings, and payment inaccuracies. By improving access to standardized guidance, this initiative directly supports payment accuracy, timeliness compliance, and program integrity across Medicaid, SNAP, and cash programs. |
| Permanent Medicaid Card | Transitions from recurring reissuance of Medicaid cards to a durable permanent card model, supported by updated eligibility verification processes and communication protocols. | • Policy alignment and regulatory review<br>• Coordination with providers and MMIS<br>• Communication planning and stakeholder education<br>• System configuration adjustments | Reduces administrative costs, printing expenses, and call center volume related to lost or replacement cards. Improves client convenience while maintaining eligibility verification integrity. |
| Income and Eligibility Verification System Modernization - IEVS | Modernizes interfaces and data exchange processes for Income and Eligibility Verification to improve automation of third-party data matches and reduce manual verification processes. | • Federal and interagency data-sharing agreements<br>• Security and compliance approvals<br>• Interface modernization sequencing<br>• Legacy system integration complexity | Enhances program integrity by improving eligibility accuracy and reducing improper payments. Decreases staff time spent on manual verification and improves timeliness of case actions. |
| Milestone 2 – Increment 6: Heating Assistance Application eForm | Implements a dynamic, client-facing electronic application for Heating Assistance that integrates with ILINX® and eligibility systems to reduce manual intake and improve application completeness. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | Paper applications slow intake, require manual data entry, and increase error rates. Digitizing the Heating Assistance application improves accessibility for clients and streamlines intake for staff. Dynamic smart forms reduce incomplete submissions and prevent common errors at the point of entry. |

| Project Name | Description and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|---|
| Milestone 2 - Increment 6: Online Eligibility Review (eForm) | Implements a client-facing Online Eligibility Review eForm solution within the Integrated Eligibility Platform (IEP), allowing participants to complete required periodic renewals electronically through dynamic smart forms. The solution pre-populates known case information, incorporates data verification sources, and routes submissions through automated intake and workflow processes. | • CMS approval requirements for Medicaid renewal/application processes<br>• Integration with IEVS and third-party data verification systems<br>• Configuration complexity for multi-program renewal logic<br>• Completion of foundational Online Application and intake automation work<br>• Workforce capacity constraints during concurrent IEP increments<br>• Testing and validation of pre-populated data and ex parte workflows | Renewals are one of the highest-volume and most time-sensitive eligibility functions. Manual renewal processing increases workload strain and creates risk of procedural terminations. By modernizing renewals, the division improves program integrity, client stability, and workforce sustainability. |
| Centralized Mailroom | Establishes a centralized document intake and scanning model to standardize mail processing, improve document tracking, and integrate with ILINX® automated workflows. | • Physical infrastructure and logistics planning<br>• Workforce realignment and training<br>• Integration with Advanced Capture and Centralized Registration<br>• Change management and regional transition planning | Reduces lost or delayed documents, improves timeliness compliance, and ensures consistent intake practices statewide. Enables stronger tracking and accountability. |

| Project Name | Description and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|---|
| Unified Change Address Module - ARIES | Implements a unified Change of Address (COA) capability that allows a client or eligibility technician to enter an address once and have it automatically update across ARIES. | • Workforce capacity constraints<br>• Milestone 2 – Increment 7: Alaska Connect (Self Service Portal) Phase 2 is a predecessor and required foundation<br>• Cross-system integration between ARIES and legacy EIS<br>• Data mapping and regression testing across programs<br>• Alignment with Notice Enhancements to ensure synchronized correspondence<br>• Competing modernization priorities funded through QC Reinvestment | Accurate address data is foundational to eligibility compliance and client communication. Currently, fragmented address updates increase the risk of inconsistent records, returned mail, delayed notices, and procedural closures. This automation eliminates the need for duplicate manual entry across systems and ensures address changes are consistently reflected in eligibility records, notice generation, and case workflows. The solution is designed to integrate with Alaska Connect self-service functionality and support cross-program synchronization during the modernization transition period. |
| Unified Change Address Module - EIS | Implements a unified Change of Address (COA) capability that allows a client or eligibility technician to enter an address once and have it automatically update across EIS. | • Workforce capacity constraints<br>• Milestone 2 – Increment 7: Alaska Connect (Self Service Portal) Phase 2 is a predecessor and required foundation<br>• Cross-system integration between ARIES and legacy EIS<br>• Data mapping and regression testing across programs<br>• Alignment with Notice Enhancements to ensure synchronized correspondence<br>• Competing modernization priorities funded through QC Reinvestment | Accurate address data is foundational to eligibility compliance and client communication. Currently, fragmented address updates increase the risk of inconsistent records, returned mail, delayed notices, and procedural closures. This automation eliminates the need for duplicate manual entry across systems and ensures address changes are consistently reflected in eligibility records, notice generation, and case workflows. The solution is designed to integrate with Alaska Connect self-service functionality and support cross-program synchronization during the modernization transition period. |

| Project Name | Description and Status | Dependencies / Delay Drivers | Program Impact |
|---|---|---|---|
| Milestone 2 - Increment 7: Alaska Connect Self-Service Portal —Phase 2 | Expands the Alaska Connect Self-Service Portal through Phase 2 enhancements to increase client functionality, improve usability, and deepen integration with the Integrated Eligibility Platform (IEP). Because Alaska Connect serves as the public-facing interface for multiple modernization initiatives, its timeline is closely tied to upstream intake automation, eligibility system integration, and federal compliance approvals. | • Completion and stabilization of Online Application and Online Renewal functionality (Increment 6 dependencies)<br>• Integration with ILINX®, Centralized Registration, and Notice Enhancements<br>• CMS and FNS oversight where portal functionality impacts application and renewal processes<br>• Identity verification and security configuration for expanded client access<br>• Data synchronization across legacy EIS and IEP modules during transition<br>• Vendor development timelines and testing capacity<br>• Workforce capacity constraints during concurrent IEP increments | Alaska Connect is the front door to public assistance services. Expanding self-service capabilities directly supports modernization goals and workforce sustainability.<br><br>Phase 2 builds upon the foundational portal capabilities by enabling additional self-service features such as case status visibility, document upload, renewal tracking, benefit updates, and real-time communication enhancements. The portal will further integrate with online applications, renewals, change reporting, and notice delivery to support a comprehensive digital client experience.<br><br>This phase strengthens portal performance, accessibility, and cross-program functionality across Medicaid, SNAP, and Cash programs. |
| Centralized Registration | Implements automated intake and registration of electronically submitted applications to ensure timely logging, standardized case creation, and reduced manual processing. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | Manual registration of applications creates delays and inconsistent intake practices. Automated registration ensures applications are logged consistently and immediately upon receipt. |
| Identify Deceased Medicaid Enrollees | Implements automated data matching and case closure processes to more timely identify and appropriately act on deceased participant records across benefit programs. | • Access to reliable death data sources<br>• Interagency agreements and data-sharing approvals<br>• Cross-program workflow alignment<br>• Policy reconciliation across benefit types | Reduces improper payments, strengthens program integrity, and improves compliance with federal oversight requirements. Protects program resources and reduces audit findings. |

| **Project Name** | **Description and Status** | **Dependencies / Delay Drivers** | **Program Impact** |
|---|---|---|---|
| ILINX – Advanced Capture Automated Document Type Classification (phase 2) | Enhances automated document intake by expanding intelligent classification capabilities to reduce manual sorting and routing of electronically submitted documents across public assistance programs. Builds on Phase 1 implementation to improve accuracy and throughput. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | Public assistance programs receive thousands of documents monthly. Manual document sorting delays eligibility decisions and increases the risk of misrouted or unprocessed documents. Automating document classification improves timeliness, reduces backlog, and ensures documents are correctly associated with the appropriate case. This directly supports compliance with federal timeliness standards and improves client service by reducing processing delays. |
| Notice Enhancements | Modernizes client correspondence through a centralized correspondence management solution that standardizes notice language, improves regulatory compliance, and supports multi-program alignment. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | SNAP Investment Project - Inconsistent or outdated notices create confusion for clients and increase appeals, fair hearings, and call center volume. A modern correspondence management platform standardizes notices across programs, ensures regulatory compliance, and improves clarity. |
| Worker Assist | Develops a real-time virtual assistant tool that provides eligibility staff with searchable access to policy guidance, procedural instructions, and program rules to improve decision consistency and reduce training burden. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | SNAP Investment Project - Policy complexity and frequent updates increase the risk of inconsistent eligibility decisions. A real-time virtual assistant provides staff with immediate access to accurate guidance. |
| Milestone 2 – Increment 1-5: Non-MAGI Medicaid | Builds the Integrated Eligibility Platform (IEP), Transitions Non-MAGI Medicaid programs (ABD, LTC, HPE) from legacy systems to the IEP, improving sustainability, compliance, and workflow standardization. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | The Integrated Eligibility Platform is the backbone to moving DPA to the agile, modular experience and builds off of the ARIES structure. Legacy systems create operational risk, require costly maintenance, and limit modernization efforts. Transitioning Non-MAGI Medicaid to the Integrated Eligibility Platform improves sustainability and compliance. |

| Project Name | Description and Status | Dependencies / Delay Drivers | Program Impact |
| --- | --- | --- | --- |
| Milestone 2.5 – Data Architecture, Interoperability, and Reporting | Implements a modern data integration and operational data repository to consolidate data from multiple enterprise systems, improving cross-program reporting, analytics, and federal compliance capabilities. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | Data currently exists across multiple systems, limiting reporting accuracy and slowing federal reporting, forecasting, and program analysis. An integrated operational data repository improves interoperability and analytics. |
| Milestone 2 – Increment 8: Adult Public Assistance (APA) Cash Program | Modernizes the APA Cash Program within the Integrated Eligibility Platform to standardize workflows, improve system reliability, and reduce reliance on legacy infrastructure. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | Modernizing APA within the IEP reduces reliance on legacy workflows and ensures consistency across cash and medical programs. |
| Quality Assurance (QA) System Replacement | Replaces the legacy SNAP QA system with a modern platform that provides real-time error tracking, case sampling automation, and enhanced reporting to support federal performance requirements and reduce payment error rates. | • Workforce capacity constraints<br>• CMS and FNS approval of online Application for Services<br>• Alignment with Centralized Registration and ingestion workflows<br>• Prioritization relative to IEP modernization milestones | SNAP Investment Project - SNAP payment error rates directly impact federal funding and can result in fiscal penalties. A modern QC platform with real-time error tracking allows earlier identification of trends and targeted corrective action. |

# Department of Health - Division of Public Assistance – Completed IT Projects



| | |
|---|---|
| Application Processing Interface (API) Framework | Aug 1, 2024 \| Apr 30, 2025 |
| ILINX® Cognitive Services for Virtual Contact Center (VCC) Recordings | Nov 1, 2023 \| May 31, 2025 |
| Automated Date Received | Jun 10, 2025 \| Jun 26, 2025 |
| Current™ Integration with ILINX® | Feb 1, 2025 \| Jun 26, 2025 |
| ILINX® - Workflow Modernization | Apr 1, 2025 \| Jun 26, 2025 |
| Broad Based Categorical Eligibility (BBCE) Project | Apr 1, 2024 \| Jun 30, 2025 |
| Current™ Cloud Migration | Jul 1, 2025 \| Aug 8, 2025 |
| ILINX® Upgrade | Jul 1, 2024 \| Aug 31, 2025 |
| ILINX® Long Term Care Workflow | May 1, 2025 \| Oct 31, 2025 |
| Transition Adult Public Assistance (APA) and Senior Benefit (SB) programs from warrant to Electronic Benefit Transfer (EBT) | Oct 1, 2024 \| Dec 2, 2025 |
| Intelligent Policy Tracking and Compliance Support | Nov 1, 2025 \| Dec 31, 2 |
| Automate Case Closure for Loss of Contact | Jul 1, 2025 \| Jan 31, 2026 |
| Short Message Service (SMS) Messaging | Apr 21, 2025 \| Jan 31, 2026 |
| Qualtrics Implementation | Feb 1, 2024 \| Feb 28, 2026 |

# Attachment 4.2

IMAGESOURCE

## State of Alaska/DPA: Executive Status Report

**Report Date: 04/10/26**

*ILINX Casefiles Notice Renewal Interview (SMS) Process*

***Project Sponsor: Deb Etheridge*** ***Project Manager: Jason Darrow***

### Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | | | Project is in production. **Change Order 06** (Support for off schedule interview completion & freeing up original interview date for re-assignment) targeting UAT next week. |
| Scope | | | Reference Overall Status. |
| Schedule | | | Reference Overall Status. |
| Cost | | | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | | | Resource availability State of Alaska and ImageSource. |

| | | |
|---|---|---|
| **Red:** Critical issues jeopardize projects | **Yellow**: At risk, but mitigation efforts are in place or underway | **Green**: On track, progressing as planned. |

### Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Deliverable 1: Project Plan – Create/Refine User Stories | 07.25.2025 | 10.03.2025 | 100% | **Project plan approved on 10.03.2025. Change Request sent for approval 10.17.25** |
| Deliverable 2A: Design, Configure, Sprints, Sprint Reviews | 12.05.2025 | 12.19.2025 | 100% | Solution accepted as configured. |
| Deliverable 2B: Design, Configure, Sprints, Sprint Reviews | 12.19.2025 | 01.15.2025 | 100% | DB Lookup configured and accepted in TEST |
| Deliverable 3: Solution Acceptance | 12.19.2025 | 01.15.2025 | 100% | UAT complete. |
| Deliverable 4: Go Live Planning | 01.20.2026 | 01.20.2026 | 100% | |
| Deliverable 5: Promote Solution (SaaS Production) | 01.27.2026 | 01.27.2026 | 100% | Go Live acceptance 01.27.2026 |
| Deliverable 6: Production Go Live/Roll out Support | 02.03.2026 | 02.03.2026 | 100% | Deliverable 6 signed 02.06.2026 |

# State of Alaska/DPA: Executive Status Report

**Report Date: 04/10/26**

***ILINX Casefiles Analytics***

***Project Sponsor: Deb Etheridge*** ***Project Manager: David MacWatters***

## Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | | | In production! DPA in process of populating AD Groups to support access permissions to dashboards. This project has a dependency w ILINX Flex project. |
| Scope | | | Reference Overall Status. |
| Schedule | | | Reference Overall Status. |
| Cost | | | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | | | Resource availability State of Alaska and ImageSource. |

| | | |
|---|---|---|
| **Red:** Critical issues jeopardize projects | **Yellow**: At risk, but mitigation efforts are in place or underway | **Green**: On track, progressing as planned. |

## Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| TBD | | | | |

## Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Deliverable 1: Project Plan – Create/Refine User Stories | 11.15.2025 | 11.19.2025 | 100% | DPA availability constraints, targeting project kickoff meeting for week of early January. |
| Deliverable 2: Design, Configure, Sprints, Sprint Reviews | 01.30.2026 | 01.30.2026 | 100% | Design & configuration tasks completed! |
| Deliverable 3: Solution Acceptance | 02.13.2026 | 02.23.2026 | 100% | Complete. |
| Deliverable 4: Go Live Planning | 02.16.2026 | 02.23.2026 | 100% | Complete. |
| Deliverable 5: Promote Solution (SaaS Production) | 02.20.2026 | 02.23.2026 | 100% | Complete. |
| Deliverable 6: Production Go Live/Roll out Support | 03.06.2026 | | 95% | DPA in process of populating AD Groups to support access permissions to dashboards. Dashboards are in production with limited DPA accessibility. |

IMAGESOURCE

# State of Alaska/DPA: Executive Status Report

**Report Date: 04/10/26**

***ILINX Casefiles ET Repository***

***Project Sponsor: Deb Etheridge*** ***Project Manager: Bob Stellick***

## Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | | | Started document collaboration design and review, assist DPA with AD Group definitions and Testing Scripts, and begin migrating components to from DEV to Test environment. Meeting with DPA teams to provide outstanding Engage content links/artifacts for us to complete the Engage layout work. |
| Scope | | | Reference Overall Status. |
| Schedule | | | Reference Overall Status. |
| Cost | | | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | | | Resource availability State of Alaska and ImageSource. |

**Red:** Critical issues jeopardize projects **Yellow**: At risk, but mitigation efforts are in place or underway **Green**: On track, progressing as planned.

## Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| TBD | | | | |

## Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Deliverable 1: Project Plan – Create/Refine User Stories | 12.31.2025 | | 100% | Project Plan approved on 12/30/2025 |
| Deliverable 2: Generate Solution Design Document (SDD) | 2.27.2026 | | 100% | Solution design review completed. Deliverable accepted. |
| Deliverable 3: Configure, Sprints, Sprint Reviews | 4.24.2026 | | 70% | Configuration tasks are underway.<br>- Started document collaboration design and review w Danny V.<br>- Assisting Becky with AD Group definition and test script planning.<br>- Migrated completed configuration in the ILINX Testing environment.<br>- Reviewing DOH Look/Feel standards vs State of Alaska.<br>- 4/10 meeting with DPA teams to provide outstanding Engage content links/artifacts for us to complete the Engage layout work. |

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Deliverable 4: Solution Acceptance | 5.15.2026 | | 0% | |
| Deliverable 5: Go Live Planning | 5.22.2026 | | 0% | |
| Deliverable 6: Promote Solution (SaaS Production) | 6.5.2026 | | 0% | |
| Deliverable 7: Production Go Live/Roll out Support | 6.12.2026 | | 0% | |

# State of Alaska/DPA: Executive Status Report

**Report Date: 04/10/26**

***ILINX Flex Migration***

***Project Sponsor: Deb Etheridge***

***Project Manager: Jason Darrow***

## Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | | | UAT is in progress with the DPA Testing Team. ImageSource supporting user testing and addressing performance observations identified during this phase. |
| Scope | | | Reference Overall Status. |
| Schedule | | | Reference Overall Status. |
| Cost | | | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | | | Resource availability State of Alaska and ImageSource. |

**Red:** Critical issues jeopardize projects

**Yellow**: At risk, but mitigation efforts are in place or underway

**Green**: On track, progressing as planned.

## Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| TBD | | | | |

## Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Deliverable 1: Project Plan – Create/Refine User Stories | 11.26.2025 | 12.04.2025 | 100% | DPA approval of Project Plan set received 12/04/2025! |
| Deliverable 2: Design, Configure, Sprints, Sprint Reviews | 03.27.2025 | 03.13.2026 | 100% | Configuration tasks completed! DPA ILINX Flex End User document created to assist with DPA internal change management. |
| Deliverable 3: Solution Acceptance | 05.01.2025 | | 80% | UAT is in progress with the DPA Testing Team. ImageSource supporting user testing and addressing performance observations identified during this phase. |
| Deliverable 4: Go Live Planning | 05.04.2025 | | 0% | |
| Deliverable 5: Promote Solution (SaaS Production) | 05.08.2025 | | 0% | |
| Deliverable 6: Production Go Live/Roll out Support | 05.15.2025 | | 0% | |

# State of Alaska/DPA: Executive Status Report

**Report Date: 04/10/26**

***ILINX Eligibility Review Form eForm (GEN 72)***

***Project Sponsor: Deb Etheridge*** ***Project Manager: Jason Darrow***

## Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | | | Configuration complete, sprint review (w DPA Management team) complete, Sprint Review 2 completed, Sprint Review 3 planned for 4/14. UAT to begin after Sprint 4. |
| Scope | | | Reference Overall Status. |
| Schedule | | | Reference Overall Status. |
| Cost | | | Fixed bid, scope updates covered by MSA Professional Services Consulting |
| Risk | | | Resource availability State of Alaska and ImageSource. |

**Red:** Critical issues jeopardize projects — **Yellow**: At risk, but mitigation efforts are in place or underway — **Green**: On track, progressing as planned.

## Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| TBD | | | | |

## Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Deliverable 1: Project Plan – Create/Refine User Stories | 12/31/2025 | 01/09/2026 | 100% | Project Plan approval received on 01.09.26! |
| Deliverable 2: Generate/Approve Solution Design | 02/20/2025 | 03/04/2026 | 100% | Solution design approval received 03.04.2026! |
| Deliverable 3: Configure, Sprints, Sprint Reviews | 03/31/2026 | 03/30/2026 | 99% | Configuration complete, sprint 1 review (w DPA Management team) complete, Sprint 2 planned for 4/7. |
| Deliverable 4: Solution Acceptance | 04/30/2026 | | 20% | UAT to begin after Sprint 4. Custom PDF print configured after UAT. |
| Deliverable 5: Go Live Planning | 05/15/2026 | | 0% | |
| Deliverable 6: Promote Solution (SaaS Production) | 05/29/2026 | | 0% | |


Page 47 of 63

# State of Alaska/DPA: Executive Status Report

**Report Date: 04/10/26**

***ILINX All Services Application***

***Project Sponsor: Deb Etheridge*** ***Project Manager: David MacWatters***

## Key Project Metrics

| CATEGORY | STATUS Previous\Current | | NOTES |
|---|---|---|---|
| Overall Status | | | **Note:** Change Request to document and define impact to release Project Delay Notice approved by DPA. Updated schedule to support go live to be jointly defined by DPA and ImageSource Project Managers. **CMS approval received on 03.30.2026! Go Live Planning session completed, tasks identified. DPA provided MyAlaska tile branding to support Engage update. DPA addressing internal/external communication plan.** |
| Scope | | | DPA user acceptance achieved. |
| Schedule | | | Recover from Project Delay Notice. **CMS approval received on 03.30.2026! Go Live Planning session completed, tasks identified. DPA provided MyAlaska tile branding to support Engage update. Custom PDF Print ready for validation. DPA addressing internal/external communication plan. Preliminary go live target date is 04.30.2026.** |
| Cost | | | Fixed bid |
| Risk | | | See overall status. |

| | | |
|---|---|---|
| **Red:** Critical issues jeopardize projects | **Yellow**: At risk, but mitigation efforts are in place or underway | **Green**: On track, progressing as planned. |

## Issues for Leadership Concern or Escalation

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| User Acceptance Testing | FNS, CMS (federal reviews/acceptance are not complete. Internal SOA Policy review dependent upon completion of FNS/CMS. Affecting ability to deliver solution. | ImageSource generated Project Delay Notice transmitted to SOA DPA on 05.29.2025. Request FNS, CMS review completion date. Establish reasonable SOA Policy review/acceptance timeline. | **04.10.2026 - DPA provided MyAlaska tile branding to support Engage update. DPA addressing internal/external communication plan.** **04.03.2026 -** CMS approval received on 03.30.2026! Go Live Planning session completed, tasks identified. DPA gathering MyAlaska tile branding to support Engage update. Custom PDF Print ready for validation. DPA addressing internal/external communication plan. Preliminary go live target date is 04.30.2026. **03.27.2026 –** Go Live planning session complete, tasks identified. **03.20.2026 -** Custom PDF Print configuration | |

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| | | | completed this week, final UAT process to start next week followed by Go Live Planning!<br>**03.13.2026 –** UAT Custom PDF Print configuration completed, ImageSource validation underway.<br>**03.06.2026 -** CaseFiles workflow, automated SMS/Email notification UAT has started. Additional CMS requested updates received on 02.26.2026 and have been updated.<br>**02.27.2026 -** DPA/ImageSource UAT meetings occur daily to report/review UAT findings. eForm acceptance achieved! CaseFiles workflow and Custom PDF Print configuration tasks are underway. Additional **CMS requested updates received on 02.26.2026.**<br>**02.20.2026 –** DPA UAT daily sessions continue, form entry/navigation testing nearing completion.<br>**02.13.2026 –** DPA UAT daily sessions continue.<br>**02.06.2026 –** DPA UAT daily sessions continue.<br>**01.30.2026 –** DPA/ImageSource teams meeting daily to review reported incremental findings.<br>**01.23.2026 –** Initial UAT finding meeting, reviewing findings.<br>**01.16.2026 –** CR approved by DPA.<br>**01.09.0256** – Draft CR sent to DPA to define recovery from Project Delay.<br>**01.02.2026 –** No updates.<br>**12.26.2025 –** Scheduling w DPA to review of Project Restart CR.<br>**12.19.2025 –** Re-start Change Request with DPA PM next week. | |

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| | | | **12.12.2025 –** DPA request to remove project delay status and restart project. ImageSource creates CR to formally document and coordinate DPA's request.<br>**12.05.2025 -** Target completion of CMS and FNS requested updates week of 12.08.2025.<br>**11.28.2025 -** ImageSource updating configuration based upon CMS review comments. FNS initial comments received this week.<br>**11.21.2025 –** Meeting 11.24 to review CMS review comments.<br>**11.14.2025 –** CMS provide review response received by DPA. DPA coordinating CMS comments with Policy department.<br>**11.07.2025 –** DPA response provided to CMS.<br>**10.31.2025 –** Overviewed CMS initial updates. DPA coordinating w DPA Policy prior to finalizing approved updates.<br>**10.24.2025 – No Updates.**<br>**10.17.2025 – No Updates.**<br>**10.10.2025 –** No Update.<br>**10.03.2026 –** No Update**.**<br>**09.26.2025 –** CR 03 created for CMS/FNS initial review request/updates. Updates completed enabling DPA to submit formal CMS/FNS response.<br>**09.19.2025 –** CMS provide preliminary review response. Initial findings reviewed (DPA, ImageSource, and Policy. Updates/Impacts being defined to support re-submission of All Services eform to CMS by 10.06.2025**.**<br>**09.12.2025 - No Update.**<br>**09.05.2025 – No Updates.**<br>**08.29.2025 – No Updates.**<br>**08.22.2025 – No Updates.** | |

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| | | | **08.15.2025 – No Updates.**<br>**08.08.2025 – No Updates.**<br>**08.01.2025 – No updates.**<br>**07.25.2025 – No updates.**<br>**07.18.2025 – No updates.**<br>**07.11.2025 – No updates.**<br>**07.03.2025 – No updates.**<br>**06.27.2025 –** No Updates.<br>**06.20.2025 –** No updates.<br>**06.13.2025 –** No Updates.<br>**06.06.2025 –** No updates.<br>**05.30.2025 –** Project Delay Notice sent to SOA (Deb).<br>**05.23.2025 –** No Change.<br>**05.16.2025** No Change**.**<br>**05.09.2025** – No Change,<br>**05.02.2025:** No updates from CMS/FMS regarding review/status. **04.25.2025:** Initial review of CMS/FNS introductory questions completed on 4.21.25. ImageSource documenting via Change Request.<br>**04.18.2025** – Initial Change Request started to record FNS/CMS introductory comments, planned meeting for week of 04.21. 2025 to complete review and update CR in prep for Becky response back to FNS and CMS**.** It is understood that FNS/CMS comments are initial, cursory, both teams agree that no changes to be made until official response(s) are received. 4.11.2025 **–** Reviewed CMS comments, creating Change Request to address potential updates (pending clarification from CMS and Policy. Scheduling similar review of FNS comments. 04.04.25 – Initial review meeting scheduled for 04.08.**25**.03.28.2025 – targeting meeting Becky, Dave, Maidson to review CMS email and prepare | |

| MILESTONE\ DELIVERABLE | ISSUE | REQUESTED ACTION | RESOLUTION | RESOLUTION DATE |
|---|---|---|---|---|
| | | | response. 03.21.25 initial response from CMS received, being reviewed internally by DPA. | |

## Milestones/Deliverables

| MILESTONE/ DELIVERABLES | ORIGINAL COMPLETION DATES | CURRENT COMPLETION DATES | % COMPLETE | NOTES |
|---|---|---|---|---|
| Project Plan | 07.30.2024 | 07.30.2024 | 100% | Complete. |
| Configure, Sprints, Sprint Reviews and Acceptance Testing | 12.01.2024 | 03.27.2026 | 99% | Project delayed for FNS, CMS, and internal SOA Policy review/acceptance. ImageSource generated Project Delay Notice transmitted to SOA (DPA) on 05.29.2025. **CR to lift Project Delay status approved by DPA on 01.16.26. UAT achieved.** |
| Go Live Planning | 30 days | 03.27.2026 | 99% | FNS/CMS/Policy approval received 03.30.2026! Target go live date is 04.30.2026 (pending MyAlaska Application for Services tile definition and update. |
| Promote Solution (SaaS Production) | 03.31.2026 | | 95% | Request to postpone staff visual updates until closer to go live date. |
| Production Go Live/Roll Out Support | 40 hours | See Note | 0% | ImageSource to provide 40 hours go live support begin day one (1) of production operations. |

# Attachment 5.1

Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class). Percentage Status of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions




*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 04/02/2026*

*Definitions:

***Field Eligibility Technician (ET):*** *Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.*
***Eligibility Technician 2 (ET 2)*** *Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.*
***Eligibility Technician 3 (ET3)*** *Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs specialized*

*services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.*
***Eligibility Technician 4 (ET4)*** *Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.*
***Eligibility Office Manager 1 (EOM1)*** *Eligibility Office Manager I is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.*
***Eligibility Office Manager 2 (EOM2)*** *Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.*
***Permanent (Budgeted) Positions:*** *These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.*
***Long-Term Non-Permanent (LTNP) Positions:*** *These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.*
***PCN Recruiting:*** *The position is actively being prepared for recruitment, including drafting or finalizing job descriptions, determining qualifications, and initiating the approval process to post the position.*
***PCN Posted:*** *The position has been advertised, and applications are being accepted through the designated recruitment platform.*
***PCN Interviewing:*** *Candidates have been screened, and interviews are being conducted to evaluate qualifications and suitability for the position.*
***PCN Hire Pending:*** *A candidate has been selected, and the hiring process is underway, including approval to hire request pending, offer letters, or other onboarding procedures.*
***PCN Filled:*** *The position has been successfully filled, and the new hire has started or is scheduled to begin work.*
***PCN Vacant:*** *The position is currently unfilled and not actively progressing through any stage of recruitment or hiring.*

# Attachment 5.2

*Distribution of Full-Time Permanent and Long-Term Non-Permanent Eligibility Technician Positions (Eligibility Technician 1 - Eligibility Office Manager 2 job class) that had a Personnel Action take place in the month.*

**Pie Chart: DPA Field Eligibility Personnel Actions MAR 2026**



Personnel Action
Total Issues: **41**

| Personnel Action | Count |
|---|---|
| New Hire | 13 |
| Transfer within Division (OUT) | 13 |
| Promotion Within the Division | 5 |
| Lateral Transfer WITHIN Division | 3 |
| Rehire | 2 |
| Transfer into Division | 2 |
| Transfer within Division (IN) | 2 |
| Separation | 1 |

| Issue Statistics: DPA Field Eligibility Personnel Actions MAR 2026 (Personnel Action) | | |
|---|---|---|
| Personnel Action | Count | Percentage of Total Issues |
| Lateral Transfer WITHIN Division | 3 | 7% |
| New Hire | 13 | 32% |
| Promotion Within the Division | 5 | 12% |
| Rehire | 2 | 5% |
| Separation | 1 | 2% |
| Transfer into Division | 2 | 5% |
| Transfer within Division (IN) | 2 | 5% |
| Transfer within Division (OUT) | 13 | 32% |
| **Total Issues** | **41** | |

*Data provided by Division of Public Assistance Administration, verified with Alaska Budgeting System and JIRA, 04/02/2026*

*Definitions:

***Field Eligibility Technician (ET):*** *Eligibility Technician 1 serves as an entry level technician performing eligibility determinations and authorizing public and family assistance benefits for limited-assistance programs.*
***Eligibility Technician 2 (ET 2)*** *Eligibility Technician 2 is the journey level of the technical series. Incumbents perform the full scope of independent technical work necessary to conduct accurate and timely eligibility determinations and benefit authorizations for applicants and ongoing clients receiving benefits from often diverse public and family assistance programs.*
***Eligibility Technician 3 (ET3)*** *Eligibility Technician 3 serves as a lead or advanced technician who trains lower level technicians, assigns and evaluates work, and/or performs specialized services and the most difficult or controversial case management to determine eligibility and authorize benefits for public and family assistance programs.*
***Eligibility Technician 4 (ET4)*** *Eligibility Technician 4 is the supervisory level of the technical series. Incumbents are responsible for the effective operations of one or more technical units that provide eligibility determinations and ongoing benefit authorizations for applicants and clients receiving benefits from public and family assistance programs.*
***Eligibility Office Manager 1 (EOM1)*** *Eligibility Office Manager I is the first level of the professional series in which incumbents direct staff and manage the programmatic delivery and operational logistics of one or more discrete offices that provide the delivery of public and family assistance programs to eligible applicants and ongoing clients.*
***Eligibility Office Manager 2 (EOM2)*** *Eligibility Office Manager 2 is the second level of the professional series in which incumbents direct one or more discrete offices where the scale or logistics of operations are large enough to require the direction of staff and operations through*

*one or more technical eligibility supervisors due to the size and demographics of client populations and/or geographic separation of multiple office sites.*

***Permanent (Budgeted) Positions:*** *These are ongoing roles included in the Division's annual budget, providing stable employment with full benefits.*

***Long-Term Non-Permanent (LTNP) Positions:*** *These are temporary roles created for specific or extended-duration needs, offering the same benefits as permanent positions.*

***Transfer within Division (OUT):*** *The position has been vacated but the incumbent has remained with the Division.*

***Transfer within Division (IN):*** *The position has been filled with an incumbent within the Division.*

***New Hire:*** *The position has been filled with an incumbent new to state service.*

***Separation:*** *The position has been vacated by an incumbent who has left state service or retired from state service.*

***Lateral Transfer WITHIN Division:*** *The position has been filled with an incumbent within the Division and there is no change in range or merit date.*

***Promotion Within the Division:*** *The position has been filled with an incumbent within the Division in a promotional capacity, there is an increase in range, a new merit date, and new probation period.*

***Transfer into Division:*** *The position has been filled with an incumbent from outside the Division, but a current state employee.*

# Attachment 5.3



## Study Process Overview

The Department of Administration, Division of Personnel (DOP) conducts job classification studies to establish new job classes or change the class definition or distinguishing characteristics, class concepts, class series structure, or pay grade of one or more existing job classes.

A classification study may impact only one department or involve positions from numerous agencies. In either situation, studies are a collaborative process between agencies and DOP. Studies vary in scope from a single, unique position to hundreds of related positions. Along this continuum, a study may take only a few days to complete, or it may require the concentrated, ongoing joint efforts of numerous DOP and agency staff over several months.

## The seven major stages of a classification study, what happens, and who is involved.

1. The first stage of a study is Needs Assessment and Planning:
   - Problem identification – either from an agency or from DOP staff.
   - Proposal for, and priority of, a classification study.
   - Determining the scope of the study, the method, and the primary contacts.

   This stage primarily involves Classification management working together with agency management and Human Resources (HR) to determine how best to address the issues, fit the project into the study queue, and initiate the project.

2. The second stage is Discovery:
   - DOPLR conducting background research of the studied occupation(s) and agency.
   - Updating and submittal of position descriptions.
   - Informational meetings with agency management and/or identified Subject Matter Experts.
   - Desk audits of a sampling of positions.

   This stage involves employees in study positions, agency management, HR, and Classification Section. This is the more interactive part of the study. At this stage, many employees in study positions participate in meetings, discussions, audits, or interviews.

3. The third stage is Job Analysis:
   - Analyzing the duties and responsibilities of every position in the study.
   - Sorting positions into groups based on their similarities and the classification principles in Whole Job Classification.
   - Sorting the resulting groups into a class structure that meets the personnel administration needs of the State.

   This stage is very labor intensive for the Classification Section and is sometimes perceived as the "behind-the-scenes" part of a study. How long this stage takes depends on the size, scope, and complexity of the study and, for the most complicated studies, could take several months to complete. During this stage analysts primarily interact with Study Contacts and Subject Matter Experts as needed. The class structure that results from this stage is reviewed by and discussed with agency management before moving on to the next stage.

4. The fourth stage is Specification Writing:
   - Revising existing class specifications or writing new specifications to describe each job class in the

new class structure.

## Study Process Overview

- Agency management review and comment on draft class specifications.
- A "test" of the draft specifications by DOP.
- Revising the class specifications, as necessary.

The employees that are involved in this stage varies. Each agency determines who to have participate in the review of the draft specifications, with consideration of the need for coordinating a timely response, the potential for conflict of interest, and the responsibilities of management. The test conducted in DOP includes all available analysts in the Classification Section and representatives from HR. All revisions to the class specifications are completed before moving to the next stage.

5. The fifth stage is Position Allocations:
   - Analyzing each study position and determining its allocation using the revised or new class specifications.
   - Agency management reviews proposed position allocations; and identifies position allocation(s) that may be in error.
   - Second review of questioned positions and final allocations determined.

   This stage can involve agency management only or can involve most supervisory employees in the agency, depending on how agency management chooses to handle the review of proposed allocations. Management makes this decision based on the review's purpose as a reasonable check against error, workloads of available reviewers, and the potential for conflict of interest.

6. The sixth stage is Salary Range Alignment and Study Documentation:
   - Aggregating the job class or class series into the appropriate Occupational Group and Job Family in the Classification Outline's schematic.
   - Analyzing job class placement in the pay plan based on the class structure and comparison with other job classes in the same job family.
   - Analyzing and evaluating the resulting range structure's comparison with other job families, if appropriate.
   - Determining the appropriate pay grads for each study job class.
   - Completing the Study Memorandum and other documentation of the study process and results.

   This stage involves the Classification Section and the Director of the Division of Personnel & Labor Relations.

7. The seventh stage in the study is Implementation:
   - Closing recruitment, when necessary, in the superseded job classes.
   - Publishing the study documents (study memorandum, class specifications, and position allocations).
   - Entering the revised and new class specifications in Workplace Alaska.
   - Completing the position allocations in OPD and IRIS-HRM.
   - Opening recruitment with the revised or new class specifications.

   The actions at this stage are predominantly in DOP with agency management and HR coordinating

the distribution of information within their department.

*Attachment 6: Distribution and Status of Contracted Staff*

Table 3. Current Contracted Call Center Staffing Levels

| Position | Staff |
|---|---|
| Call Center Manager | 1 |
| QA/Trainer | 1 |
| Active Supervisors | 18 |
| Quality Assurance Leads | 3 |
| Active Eligibility Associates | 158 |
| Inactive Staff/On Leave | 4 |
| **Total** | **185** |

*Data provided by Public Consulting Group, April 1, 2026.*

*Position Descriptions:

***Call Center Manager:*** *The Call Center Manager oversees high-level operations of the call center, ensuring efficient workflows, staffing, and adherence to service goals. The role focuses on performance management, Human Relations (HR) responsibilities, and coordinating scheduling to maintain optimal staff coverage. The Call Center Manager directly oversees each of the Eligibility Supervisors.*

***Quality Assurance Manager/Trainer:*** *The Quality Assurance Manager/Trainer is responsible for monitoring staff performance, maintaining service quality standards, and delivering training to ensure consistent adherence to policies and procedures. This role focuses on developing training materials, conducting evaluations, and providing feedback to improve individual and team performance. This role also ensures Standard Operating Procedures (SOP) are accurate and comprehensive.*

***Supervisors:*** *The role of supervisor oversees the day-to-day activities of the call center staff, providing guidance, support, and real-time problem solving to ensure productivity and service standards are met. This role includes monitoring performance, addressing escalations, and assisting with scheduling and workload management.*

***Active Eligibility Associates:*** *The Eligibility Associates are responsible for handling client inquiries regarding program eligibility, providing guidance on application processes, and resolving issues related to benefit documentation. This role ensures customers receive quality and timely communication to clients while maintaining compliance with program policies and service standards. Examples of associates' administrative functions that do not require discretion include intake of applications, renewal forms, and income or resource verifications; follow up on requests sent by the state agency (e.g., calling to collect missing information); call center support to help provide status updates on application or renewal submissions; and other administrative tasks.*

***Inactive Staff/On Leave:*** *Inactive staff refers to team members who are not currently engaged in active duties, assignments, or schedules, either temporarily or permanently. Staff members classified "on leave" are temporarily absent from their duties due to personal, medical, or other leave arrangements.*

# Attachment 7

**Training and Staffing**

**Introduction:** The Division of Public Assistance is currently engaged in intensive training programs to address staffing needs and improve efficiency in eligibility case processing. This report outlines the training timelines, cohort details, and staffing outcomes, supplemented by data on new hires, recruitment efforts, and Position Control Number (PCN) statuses.

**Training Overview:** The main training program running at present is the Modified Adjusted Gross Income Medicaid (MAGI)/Supplemental Nutrition Assistance Program (SNAP) training, which spans ten weeks from onboarding to readiness for production. The timeline is structured as follows:

- **Week 1:** Division orientation
- **Week 2:** System preparation—familiarization with operational systems
- **Weeks 3-4:** Virtual instructor-led training for MAGI
- **Weeks 5-6:** On-the-job (OJT) training for MAGI processing, transitioning to SNAP
- **Weeks 7-8:** Virtual instructor-led training for SNAP
- **Weeks 9-10:** OJT for SNAP and MAGI/SNAP processing

By Week 10, staff are expected to independently handle cases, albeit with some assistance.

Adult Public Assistance (APA) training is a two-week course. Week one is virtual instructor led and week two is OJT processing cases. This training builds on skills learned in the MAGI and SNAP trainings, introducing new policy and procedures specific to the APA program.

Heating Assistance (HAP) is an online course that staff can access as needed. This course is intended for staff with existing eligibility background. When new staff are hired in off the street for HAP, an instructor-led training will be used.

**Current Training Cohorts:** The Division is running several consecutive, concurrent MAGI/SNAP training cohorts, with trainings scheduled as needed to meet the needs of new hires as they are onboarded Additionally, training plans are in progress for other programs such as Adult Public Assistance (APA), Adult Public Assistance Medicaid (APME), and the Heating Assistance Program (HAP) program. Below is the training schedule dashboard. This dashboard will be provided to the court on a monthly basis:

| Training Start Date | Training Name | Number of Staff in Training | Completion Date | Staff Available to Work Cases Post-Training |
|---|---|---|---|---|
| 3/23/26 | Cohort 11 MAGI/SNAP – field and VCC | 19 | 6/5/26 | 19 |
| 3/31/26 | PCG Cohorts – MAGI only – 2 cohorts of 15 | 30 | 4/24/26 | 30 |
| 5/4/26 | TA/GA Cohort 2 | Up to 15 | 5/22/26 | TBD |
| ~6/26 | PCG SNAP next phase | TBD | TBD | TBD |
| 6/15/26 | Cohort 12 MAGI/SNAP | TBD | 8/21/26 | TBD |

*Data provided by Chief of DPA Learning & Development, 4/14/2026*

Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
(617) 406-6000 (telephone)
(617) 406-6100 (fax)
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
(619) 699-2700 (telephone)
(619) 699-2701 (fax)
Email: christopher.young@dlapiper.com

*Sean P. Fulton (Tex. Bar No. 24103727)
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
(214) 743-4572 (telephone)

(972) 692-7272 (fax)
Email: sean.fulton@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**
444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

**admitted pro hac vice*

**Attorneys for Plaintiffs**

**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF ALASKA**

| | |
|---|---|
| John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated,<br>*Plaintiffs*,<br><br>v.<br><br>Heidi Hedberg, in her official capacity As Commissioner of the Alaska Department of Health.<br>*Defendant*. | **Case No. 3:23-cv-00044-SLG** |

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

1. Alaska's Department of Health ("DOH") is the state agency responsible for administering the Supplemental Nutrition Assistance Program ("SNAP") in Alaska

and ensuring compliance with federal law related to SNAP. Complaint, ECF 1-1 ¶ 18, Answer ECF 27 ¶ 18.

2. Heidi Hedberg is the Commissioner of the Alaska Department of Health ("DOH"). ECF 1-1 ¶ 18, ECF 27 ¶ 18.
3. DOH operates SNAP and issues benefits pursuant to an agreement with the Food and Nutrition Service ("FNS") and in accordance with the SNAP Act. Ex. 1, SOA004671.
4. DOH's Division of Public Assistance (DPA) administers the State's SNAP Program. ECF 1-1 ¶ 79, ECF 27 ¶ 79.
5. Deb Etheridge is the Director of the Alaska Division of Public Assistance. Ex. 2, Excerpts from Etheridge Dep. at 14:7–14:9.
6. DPA works with a contractor, Change and Innovation Agency ("C!A" or "CIA") to review, monitor, and improve the workflow management of day-to-day operations in DPA. Ex. 2 at 217:25–218:18.
7. Since January 2020, CIA has received at least $6.7 million in compensation. Ex. 3, Excerpts from 30b6 CIA Dep. at 166:6–168:19; Ex. 4, CIA Dep. Ex. 16.
8. DPA additionally works with a contractor, Public Consulting Group ("PCG"), who provides staff to perform certain duties including registering SNAP applications, taking SNAP applications over the phone, providing general information and referrals, and more. Ex. 2 at 155:24–156:10. DPA began working with PCG in or around March 2023. Ex. 2 at 159:24–160:4.

9. While Plaintiff Andrew was waiting for his case to be processed, he and his children had to skip meals or have smaller portions than what they needed. ECF 45-5 ¶ 14.

10. While Plaintiff Birch was waiting for her SNAP benefits, she missed payments on her electric, cell phone, and internet bills, because she had to spend that money on food. ECF 45-3 ¶ 5. The cost of food was so high, she also had to rely on help from the Salvation Army and friends, and her and her sons largely lived off of deer meet that she had hunted. ECF 45-3 ¶ 6.

11. Without SNAP benefits, Plaintiff Carney had to use money she would usually spend on other necessities such as gas, toilet paper, and laundry detergent in order to pay for food. ECF 7-7 ¶ 16.

12. Without SNAP benefits, Plaintiff Ferguson relied on her sister who would cook meals and bring them over. She was able to go to the food bank once at the end of December, but otherwise it was too expensive to travel to the food bank. ECF 45-4 ¶ 20.

13. While Plaintiff Jenkins was waiting for her SNAP benefits, she would sometimes only eat once a day to make sure that her children had enough food. Some days, her husband wouldn't eat at all. ECF 45-1 ¶¶ 36-38.

14. In the months when Plaintiff Fender wasn't receiving benefits, he would have to decide between using his money to pay for heating costs for the RV he and his girlfriend lived in, or paying for food. ECF 7-9 ¶ 7.

15. Without SNAP benefits, Plaintiff Conover and her husband relied on extended family for food, and would regularly skip meals. ECF 45-6 ¶¶ 22-24.
16. Without SNAP benefits, Plaintiff Ellanna relied on relatives for money for food. ECF 45-7 ¶¶ 38-39.
17. Without SNAP benefits, Plaintiff Moroz and her family struggled to get adequate food. They could not get to the nearest food bank as it was in Fairbanks, and the food they were able to get from local charities was not good for her children. ECF 45-2 ¶¶ 14-18.
18. Without SNAP benefits, Plaintiff Kamkoff and her family had to rely on family and the foodbank. ECF. No 45-8 ¶¶ 17-19.
19. Without SNAP benefits, Rachel Grant couldn't afford a Thanksgiving or Christmas meal. Instead of spending her time and attention focused on starting her own business, she had to focus instead on finding money for food. ECF. No 35-3 ¶¶ 10-11.
20. Without SNAP benefits, Roger Gaston and his wife eliminated all non-essential expenses, maxed out credit cards, and relied on family to cover vital medication. They chose between putting food on the table and paying their heating bill. ECF 35-5 ¶¶ 16-17.
21. Without SNAP benefits, Steve Younker's diabetes severely progressed and he lost 20 pounds. He began going to a food bank for the first time in his life, and had to

spend money on cabs in order to get there. He had to make decisions about spending money on food or rent, gas, and electricity bills. ECF 35-6 ¶ 15-17.

22. None of the ten named plaintiffs received a timely determination on their SNAP application.

<u>Applying for SNAP</u>

23. To apply for SNAP benefits in Alaska, an applicant must submit an application to DPA. Ex. 5, Excerpts from 30b6 Stovall Dep. at 32:2–33:24.

24. Paper applications are available in the lobbies of DPA offices, on DPA's website, and in various community locations. Ex. 5 at 32:25–33:15; Ex. 3 at 157:14–157:18. Alaskans can also call the VCC to have a paper application mailed to them or a printable version of the application emailed to them. ECF 1-1 ¶ 82; ECF 27. ¶ 82.

25. The lobby of the office must be open for an individual to be able to access the application, but drop boxes are on the exterior of the building and applicants may drop off an application when the lobby is closed. Ex. 3 at 158:1–158:23.

26. In January 2023, DPA's website indicated "[a]pplications can be submitted telephonically through the Virtual Contact Center (VCC)." ECF 1-1 ¶ 83; ECF 27 ¶ 83.

27. DPA uses the same form for SNAP applications that it uses for other benefit programs. The application is 13 pages long, and there are multiple questions that

are not used in processing the SNAP application. Ex. 5 at 70:9–76:12; Ex. 6, SOA20608.

28. A submitted application will then be registered into DPA's eligibility information system ("EIS") manually. Ex. 5 at 34:12–35:3. This means that a worker will create a file for a client who is seeking SNAP benefits. Ex. 5 at 34:22–35:3.

29. DPA started using EIS over 40 years ago. Ex. 2 at 100:23–101:2.

30. In late 2024, early 2025, CIA went to offices and saw unprocessed paperwork which included stacks of applications and verifications. CIA was worried about getting the paperwork registered in the system timely. Ex. 3 at 103:8–104:9.

31. Staff are broadly categorized as merit or non-merit staff. Merit staff are staff that are hired by the State of Alaska to process SNAP applications and make eligibility determinations. Non-merit staff can do other clerical tasks such as register applications in the system, answer general inquiries about programs, and classify documents. Ex. 5 at 130:3–131:1, 133:7–133:25, 134:7–135:1; Ex. 2 at 197:13–198:12.

32. Non-merit staff tend to be contractors, such as CIA or PCG staff and cannot determine SNAP eligibility. Ex. 3 at 159:25–160:9; Ex. 5 at 133:7–133:25.

33. Once an application is submitted, DPA conducts an interview of the household. Ex. 5 at 42:4–43:22.

34. SNAP interviews must be done by merit staff. Ex. 5 at 130:3–131:1. DPA uses "eligibility technicians" to complete the interview. Ex. 5 at 106:1–106:2.

35. DPA will attempt to call the household to conduct the interview, and if the applicant does not answer, DPA will schedule an interview for them and send the notice of the date and time of their interview window. Ex. 5 at 42:4–42:23.

36. Rather than schedule an applicant's interview for a set time, DPA gives a time window during which an applicant must call to complete their interview. Applicants can also call prior to their interview time. Ex. 3 at 87:11–87:22.

37. At the time of the interview window, the applicant will need to call in to the Virtual Contact Center ("VCC") and wait in the queue to speak to an eligibility technician. Ex. 5 at 47:21–48:7.

38. The average speed to answer is the average time a person waits before the call is answered. Ex. 7, Stovall Decl. Ex. 28 ¶ 6. The chart below represents a compilation of data indicating the average speed to answer in minutes for the scheduled interview queue in the VCC each month from August 2022, when DPA initially reinstated interviews, through April 2025, the most recently available

data. Ex. 8, VCC data from SOA012977, SOA032864.




39. The average speed to answer for the scheduled interview queue in the VCC in April 2025 was 2 hours and 14 minutes. Ex. 8.

40. This means that, on average, individuals who were actually able to speak to a representative to perform their interview had to wait on the queue for over 2 hours. Ex. 7 ¶ 6.

41. The Percent Abandon metric measures the percentage of calls where the caller voluntarily hangs up. Ex. 7 ¶ 6. The chart below represents a compilation of data indicating the percentage of abandoned calls on the scheduled interview queue in

the VCC each month from August 2022 through April 2025. Ex. 8.




42. For example, the Percent Abandon for the scheduled interview queue in the VCC in April 2025 was 47%, meaning that 47% of callers attempting to complete their scheduled interview hung up before speaking with a representative. Ex. 8

43. The average wait time metric is the average time a person waits before either abandoning the call, or speaking to a representative. Ex. 7 ¶ 6. The chart below represents a compilation of data indicating the average time a person waited on the scheduled interview queue before either abandoning the call or speaking with a

representative each month from August 2022 through April 2025. Ex. 8.




44. For example, the average wait time for the scheduled interview queue in the VCC in April 2025 was 1 hour and 12 minutes. Ex. 8.

45. DPA may ask for additional verification to determine eligibility. Ex. 5 at 50:5–51:4.

46. DPA must determine eligibility and issue benefits to the applicant household within 30 days of the date the application was submitted, or seven days for expedited applications. Ex. 5 at 57:13–57:16.

47. DPA considers an application to be timely processed when a determination has been made. Ex. 2 at 100:1–100:4.

48. Periodically, SNAP recipients must submit recertifications to maintain their eligibility for SNAP. While the recertification form is distinct, the process of

submitting a recertification is otherwise the same as submitting an application. Ex. 9, Excerpts from Dablemont Dep. at 53:12–54:16.

<u>Right to file</u>

49. As of the filing of this motion, there are 11 physical DPA offices in the state of Alaska. DPA's website. Below is a map of where those offices are.




50. DPA office lobbies closed to the public during the COVID-19 pandemic around March 2020. Ex. 5 at 170:13–170:20.

51. Starting in April of 2021, DPA rolled out the VCC, a statewide phone number for Alaskans to call to reach DPA without having to go to an office in person. Prior to the establishment of the VCC, each individual office had a separate phone number. Ex. 10, SOA026404.

52. In August 2021, DPA began accepting telephonic applications. Ex. 11, SOA006240; Ex. 5 at 98.3–98.5.

53. The implementation of the telephonic application allowed an applicant to provide the information needed to submit an application (i.e., the information that an applicant would generally include on a paper application), over the telephone. Ex. 5 at 95:21–96:6; Ex. 2 at 70:14–70:18.

54. After a telephonic application is taken, the application is processed in the same way as a paper application. Ex. 2 at 102:18–103:13.

55. Because telephonic applications do not have to be done by merit staff, and interviews do have to be done by merit staff, the interview is not done at the same time as the application. Ex. 5 at 97:3–97:10.

56. Initially, DPA did not have a separate queue on the VCC to accept telephonic applications. Ex. 7 ¶ 9.

57. The average speed to answer on the general inquiry queue in the VCC in January 2023 was 2 hours and 9 minutes. Ex. 8.

58. On May 2, 2023, the parties stipulated to stay this lawsuit on certain conditions. ECF 12.

59. One such condition was that DOH would "fully resume accepting Telephonic Applications for SNAP benefits through the Virtual Call Center ("VCC") using Telephonic Signatures, as approved by FNS, no later than June 1, 2023. ECF 12 at 3.

60. Starting July, 2023, DPA created a queue on the VCC to accept telephonic applications. Ex. 7 ¶ 9.
61. Another condition for the stipulated stay was that "DOH [would] reopen lobbies on Monday and Friday in the Anchorage, Wasilla, Fairbanks and Juneau DPA offices by June 1, 2023." ECF 12 at 4-5.
62. Some DPA office lobbies had reopened to the public for general inquiries on May 3, 2022 on Tuesdays, Wednesdays, and Thursdays from 9am-4pm. Ex. 12, Defendant's Response to 2nd Interrogatories at 4; Ex. 5 at 172:10–173:1.
63. In December 2022, the Muldoon and Gambell offices closed permanently. Ex. 5 at 169:2–170:3.
64. DPA began reopening lobbies for general inquiries 5 days a week in June 2023. Ex. 12 at 4.
65. However, since 2022, the Sitka and Nome offices have had several prolonged closures. Ex. 12 at 4; Ex. 13, EOM Staff Emails; Ex. 5 at 80:11–81:17; 173:6–173:22.
66. The Sitka office was closed September through November 2022, March through July 2023, and March through August 2024. Ex. 12 at 4.
67. Additionally, the Sitka office tended to be closed Tuesday through Thursday from August through November 2023, and most, if not all, of December 2023. Ex. 13.
68. The Nome office was closed May 2022 through June 2023, January and February 2024, and has not been open since January 2025. Ex. 12 at 4.

69. In addition to being open for general inquiries, offices began offering same-day eligibility services beginning with the Bethel office in July 2023, and most recently the Anchorage office in November 2024, at which point nine of the eleven offices offered same-day eligibility services. Ex. 12 at 4.

70. Same-day eligibility services mean that an individual can walk in and have an eligibility worker process their application right away. The completion rate of cases that are handled in a lobby are significantly higher than the completion rate of cases that are handled out of a lobby: in lobby completion in April 2025 was 83% compared to the non-lobby rate of 34%. Ex. 2 at 53:6–53:19; Ex. 3 at 81:24–83:10, 144:4–145:19; Ex. 14, SOA032808.

71. An article published in the Anchorage Daily News on June 7, 2025, reported that people were lining up an hour before offices opened in order to try to get assistance in person. Alaskans continue to face long lines at offices. Iris Samules, *'Nothing You Can Do Except Stand Here': Public Assistance Office Keeps Alaskans Waiting*, Anchorage Daily News (June 7, 2025) https://www.adn.com/alaska-news/2025/06/07/nothing-you-can-do-except-stand-here-public-assistance-office-keeps-alaskans-waiting/.

72. In December 2024, DPA offered a new Online SNAP specific application. Ex. 15, SOA006331; Ex. 5 at 76:13–76:24.

73. After an online application is complete, the application is processed in the same way a paper application is processed. Ex. 2 at 102:18–103:13.

74. The online application does not automatically populate into the eligibility system. Rather, a worker must manually enter the application into EIS through the same process paper applications are registered. Ex. 5 at 62:23–63:13.

75. One reason that DPA decided to implement the online application was to make applying for SNAP more accessible for Alaskans. Ex. 2 at 73:23–74:21. CIA found that the online application offered a big advantage to the agency and customers. Ex. 3 at 139:22–140:5; Ex. 16, CIATPP_0000000019.

Timeliness

76. DPA has not been in compliance with the federal rules since at least January 2023. Ex. 2 at 32:5–33:6.

77. Each month, DPA tracks the Application Processing Timeliness (APT). Ex. 9 at 123:3–123:8.

78. The APT is calculated by dividing the total number of applications approved that were timely in a month by the total number of applications that were approved in the month. Ex. 9 at 124:8–126:4.

79. The chart below represents a compilation of data indicating the monthly APT from January 2021 through June 2025. Ex. 17, SOA032851; ECF 100-4 at 7.




80. The most recently available data shows that the APT rate in June 2025 was 57%. *See* ECF 100-4 at 7.[1]

81. DPA also tracks timeliness for SNAP recertifications. This metric is calculated by dividing the total number of recertifications that were approved timely within the month divided by the total number of recertifications that were approved within the month. Ex. 9 at 159:6–160:2.

82. For the purposes of this metric, a recertification is considered timely approved if it was processed within 30 days. Ex. 9 at 159:12–159:19.

[1] This metric was calculated by combining the data available for both non-expedite and expedite applications to get a total APT rate for all new applications: (501 + 545) / (939 + 891) = 57%.

83. The chart below represents a compilation of data indicating the monthly recertification timeliness from January 2021 through June 2025. Ex. 18, SOA032863; ECF 100-4 at 7.




84. Below are the processing rates for non-expedite applications, expedite applications, recertifications, and the total timeliness for each month between January 2025 and June 2025, as reported by DPA. ECF 100-4 at 7.

| Alaska Supplemental Nutrition Assistance Program Timeliness | | | | |
|---|---|---|---|---|
| **Month** | **Non-Expedite Applications** | **Expedite Applications** | **Recertifications** | **Total Timeliness** |
| Jan-25 | 62% | 64% | 18% | 52% |
| Feb-25 | 62% | 49% | 23% | 48% |
| Mar-25 | 64% | 53% | 29% | 51% |
| Apr-25 | 61% | 55% | 18% | 49% |
| May-25 | 52% | 62% | 14% | 44% |
| Jun-25 | 53% | 61% | 22% | 46% |

85. DPA also tracks the total number of applications and recertifications that are overdue in processing. DPA identifies these as cases that are in backlog.

86. The chart below represents a compilation of data indicating the number of applications and recertifications that were in backlog each month from August 2022 through May 2025. Ex. 19, SOA032819.




87. In February 2023, there were a total of 15,938 SNAP cases in the backlog. Ex. 19.

88. According to the most recently available data, there were 4,782 cases in the backlog as of May 2025. Ex. 19.

89. The chart below represents a compilation of data indicating the average number of days that overdue applications had been unworked by week from March 6, 2023 through May 6, 2025. For instance, the first point on the purple line shows that among the SNAP applications that were not timely processed on March 6, 2023, the average number of days that the application had been sitting unprocessed was 97 days; the average number of days that an expedited SNAP application (blue line) had been sitting unprocessed was 79 days; and the average number of days

that a SNAP recertification had been sitting unprocessed was 96 days. Ex. 20, Compilation of the Average Age of Unacted Applications Reports.




90. On May 6, 2025, the average number of days that untimely SNAP applications had been sitting unprocessed was 98 days, expedited applications was 26 days, and recertifications was 94 days. Ex. 20.

91. On average, a SNAP-only interview would take between 60 and 90 minutes. Ex. 5 at 96:24–97:2.

92. At various points during the COVID-19 pandemic, USDA/FNS issued waivers to Alaska DOH to waive this requirement and process applications without performing an interview.

93. Alaska DOH had an interview waiver starting in from July 2020 through July 2022. Ex. 21, Compilation of Memos to Staff Regarding COVID-19 Interview Waiver.

94. Starting in August 2022, DOH was required to restart interviews. Ex. 5 at 106:21–107:2; Ex. 21 at SOA006400.

95. In October 2022, DOH received another interview waiver that was granted through September 2023; Ex. 5 at 108:5–108:25; Ex. 22, SOA006104.

96. In November 2023, DOH stopped doing interviews. Ex. 5 at 110:9–111:2; Ex. 23, SOA006373.

97. FNS had not granted permission to DOH to stop doing interviews at that time. Ex. 5 at 109:16–109:25; Ex. 24, SOA06185.

98. However, FNS did reinstate the interview waiver in May 2024. Ex. 5 at 111:12–111:24; Ex. 25, SOA025080.

99. DOH slowly reinstated interviews from August 1, 2024 through October 31, 2024. Ex. 5 at 113:20–114:5; Ex. 26, SOA06315.

100. The chart below represents a compilation of data indicating the number of applications and recertifications that were in backlog each month from August 2022 through May 2025, with dates where the interview waivers began and ended

superimposed. Ex. 19; Exs. 21–26.




101. In January 2020, CIA stated that it would take 140 merit staff to keep up with the volume of work that DPA was facing, and that there were 44 positions that were either vacant or had been filled with staff who had not completed core training. Ex. 3 at 76:19–78:10; Ex. 27, CIATPP_0000000010.

102. During the 2021 legislative session, the Alaska State Legislature removed over 100 of DPA's merit staff. Ex. 2 at 203:1–206:3; Ex. 28, SOA004653.

103. In or around January 2023, DPA was put under a corrective action plan ("CAP") by FNS. In that process, FNS identified deficiencies related to untimely processing and identified the lack of staffing as a cause of application backlog and timeliness concerns. Ex. 5 at 77:19–80:18; Ex. 29, SOA13523.

104. In August 2024, CIA reported that the number of staff available to complete the workload was decreasing. Ex. 3 at 128:9–131:10; Ex. 30, CIATPP_0000000056.

105. The staffing vacancy rate for DPA in April 2025 was around 30 percent. Ex. 5 at 79:22–80:6; *see also* Ex. 2 at 186:20–187:20, 234:24–235:19.

106. In order to get into compliance with timely processing, DPA stated that it would "take us being fully staffed, with maybe even adding some additional positions to the agency." Ex. 5 at 127:8–128:25; *see also* Ex. 3 at 103:8–104:19, 125:3, 145:24–146:3.

107. Inadequate staffing has been a consistent issue for Alaska. Ex. 3 at 152:2–152:13.

108. CIA has worked with DPA to try to increase efficiency among the staff. At one point, DPA implemented key performance indicators and quotas for the staff, but at the time only about 40% of the staff met the performance expectations. Ex. 3 at 136:20–138:10.

109. CIA stated that it typically sees more production out of an individual staff person in other states than it does in Alaska. Ex. 3 at 164:7–165:5.

110. CIA has suggested that DPA set up a dedicated call center. As of May 2025, staff would periodically, but not always, work on the call center. Many of the staff thought of the call center as punishment and did not enjoy working there. A dedicated call center is when there is dedicated staff to the call center who want to

be there and who take ownership in managing and running the call center. Ex. 3 at 140:16–142:18.

111. As of May 2025, Alaska still did not have a dedicated call center. Ex. 3 at 142:15–142:18.

Notice

112. DPA admitted that it was not sending the notice of delayed processing that is required by law. ECF 27 ¶ 115; Ex. 5 at 58:20–59:1.

113. Following the Court's decision on Preliminary Injunction, DPA began issuing a notice of delayed processing. Ex. 5 at 59:3–59:5; Ex. 2 at 114:22–115:15. DPA began issuing this notice in or around April 2025. Ex. 2 at 115:7–116:4; ECF 97-1 at 11.

114. If a SNAP applicant is experiencing delay in the processing of their application, they can file a fair hearing. Ex. 2 at 144:5–144:21.

Dated: September 12, 2025

Respectfully submitted,

*/s/ Saima Akhtar*

Goriune Dudukgian, AK Bar No. 0506051
Nicholas Feronti, AK Bar No. 2106069
**NORTHERN JUSTICE PROJECT, LLC**
406 G Street, Suite 207
Anchorage, AK 99501

(907) 308-3395 (telephone)
(866) 813-8645 (fax)
Email: gdudukgian@njp-law.com
Email: nferonti@njp-law.com

*Saima Akhtar (New York Bar No. 4661237)
**NATIONAL CENTER FOR LAW AND ECONOMIC JUSTICE**
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967 (telephone)
(212) 633-6371 (fax)
Email: akhtar@nclej.org

*Margaret D. Craig (Mass. Bar No. 569130)
*Kelsey Tavares (Mass. Bar No. 705934)
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel.: (617) 406-6000
Fax: (617) 406-6100
Email: maggie.craig@us.dlapiper.com
Email: kelsey.tavares@us.dlapiper.com

*Christopher M. Young (Cal. Bar No. 163319)
**DLA PIPER LLP (US)**
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel.: (619) 699-2700
Fax: (619) 699-2701
Email: christopher.young@us.dlapiper.com

*Sean P. Fulton (Tex. Bar No. 24103727)
**DLA PIPER LLP (US)**
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201-2482
(214) 743-4572 (telephone)
(972) 692-7272 (fax)
Email: sean.fulton@us.dlapiper.com

*Constance I. Du (IL Bar No. 6345766)
**DLA PIPER LLP (US)**

444 W Lake Street, Suite 900
Chicago, IL 60606-0010
(312) 368-8921 (telephone)
(312) 530-7321 (fax)
Email: constance.du@us.dlapiper.com

**appearing pro hac vice*

ATTORNEYS FOR PLAINTIFFS

# EXHIBIT 1

**Item number and name**: 1 - Federal-State Agreement
**State Agency point of contact**: Christina Davis

## Federal-State Agreement

The SNAP State agency of Alaska and the Food and Nutrition Service (FNS), U.S. Department of Agriculture (USDA), hereby agree to act in accordance with the provisions of the Food and Nutrition Act of 2008, as amended, implementing regulations and the FNS approved State Plan of Operation. The State agency and FNS USDA further agree to fully comply with any changes in Federal law and regulations. This agreement may be modified with the mutual written consent of both parties.

### PROVISIONS

The State agrees to:

1. Administer the program in accordance with the provisions contained in the Food and Nutrition Act of 2008, as amended, and in the manner prescribed by regulations issued pursuant to the Act; and to implement the FNS-approved State Plan of Operation.

2. Assurance of Civil Rights Compliance: Comply with Title VI of the Civil Rights Act of 1964 (42 U.S.C. 2000d *et seq.* ), Title IX of the Education Amendments of 1972 (20 U.S.C. 1681 *et seq.* ), Section 504 of the Rehabilitation Act of 1973 (29 U.S.C. 794), the Age Discrimination Act of 1975 (42 U.S.C. 6101 *et seq.* ), section 11(c) of the Food and Nutrition Act of 2008, as amended (7 U.S.C. 2020), Title II and Title III of the Americans with Disabilities Act (ADA) of 1990 as amended by the ADA Amendments Act of 2008 (42 U.S.C. 12131-12189) as implemented by Department of Justice regulations at 28 CFR part 35 and 36, Executive Order 13166, "Improving Access to Services for Persons with Limited English Proficiency" (August 11, 2000), and all requirements imposed by the regulations issued by the Department of Agriculture to the effect that, no person in the United States shall, on the grounds of sex, including gender identity and sexual orientation, race, color, age, political belief, religious creed, disability, or national origin, be excluded from participation in, be denied the benefits of, or be otherwise subject to discrimination under SNAP. This includes program-specific requirements found at 7 CFR part 15 *et seq.* and 7 CFR 272.6.

This assurance is given in consideration of and for the purpose of obtaining any and all Federal assistance extended to the State by USDA under the authority of the Food and Nutrition Act of 2008, as amended. Federal financial assistance includes grants, and loans of Federal funds; reimbursable expenditures, grants, or donations of Federal property and interest in property; the detail of Federal personnel; the sale, lease of, or permission to use Federal property or interest in such property; the furnishing of services without consideration, or at a nominal consideration, or at a consideration that is reduced for the purpose of assisting the recipient or in recognition of the public interest to be served by such sale, lease, or furnishing of services to the recipient; or any improvements made with Federal financial assistance extended to the State by USDA. This assistance also includes any Federal agreement, arrangement, or other contract that has as one of its purposes the provision of cash assistance for the purchase of food, cash assistance for purchase or rental of food service equipment or any other financial assistance extended in reliance on the representations and agreements made in this assurance.

By accepting this assurance, the State agency agrees to compile data, maintain records, and submit records and reports as required, to permit effective enforcement of nondiscrimination laws and permit authorized USDA personnel during hours of program operation to review and copy such records, books, and accounts, access such facilities and interview such personnel as needed to ascertain compliance with the nondiscrimination laws. If there are any violations of this assurance, USDA, FNS, shall have the right to seek judicial enforcement of this assurance. This assurance is binding on the State agency, its successors, transferees and assignees as long as it receives assistance or retains possession of any assistance from USDA. The person or persons whose signatures appear below are authorized to sign this assurance on behalf of the State agency.

3. (For States with Indian Reservations only). Implement the Program in a manner that is responsive to the special needs of American Indians on reservations and consult in good faith with tribal organizations about that portion of the State's Plan of Operation pertaining to the implementation of the Program for members of the tribe on reservations.

FNS agrees to: 1. Pay administrative costs in accordance with the Food Stamp Act, implementing regulations, and an approved Cost Allocation Plan.

2. Carry-out any other responsibilities delegated by the Secretary in the Food and Nutrition Act of 2008, as amended.

Date : 8/21/23

Mike Dunleavy
Governor, State of Alaska

Date
Signature
(Regional Administrator, FNS)

# EXHIBIT 2

# Transcript of Deborah Etheridge

**Date:** April 8, 2025
**Case:** Andrew, et al. -v- Hedberg


**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**



WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| Della Kamkoff, John Andrew, Kayla Birch, Rose Carney, Tereresa Ferguson, Zoya Jenkins, Troy Fender, Rhonda Conover, Autumn Ellanna, and Nataliia Moroz, on behalf of themselves, and all those similarly situated, | : | |
| Plaintiffs, | : | |
| v. | : | Case No. |
| Heidi Hedberg, in her Official Capacity as Commissioner of the Alaska Department of Health, | : | 3:23-cv-00044-SLG |
| Defendant. | : | |

REMOTE DEPOSITION of DEBORAH ETHERIDGE

Tuesday, April 8, 2025

12:04 p.m. CST

Job No.: 578319

Pages: 1 - 261

Reported By: Michelle M. Yohler, CSR, RMR, CRR

of Agriculture?
A Yes.
Q Okay. Great.
Where do you currently work?
A My office is located in Juneau, Alaska. On Main Street in Juneau, Alaska.
Q And you work for DPA; is that correct?
A Correct. I'm the director for the Division of Public Assistance, DPA.
Q And how long have you worked at DPA?
A Since January of '23, 2023.
Q And do you supervise anyone in connection with your director role?
A Yes, I do. I supervise the division operations manager, the admin operations manager, too; the deputy director, which is currently vacant; the program integrity chief; the project management office director, which is currently vacant.
And I mention that it's vacant because then I also supervise those staff which -- of the vacant positions, which is the chief of policy, two of our eligibility modernization office staff, Tracy Mack and Becky McGraw.
I also supervise the chief of family

those -- that's for the administration, and it's, sort of, our field staff and administrative staff to operate the program. And we draw that down monthly.

Q Are there any conditions that are attached to that funding from the federal government?

A Well, the requirement to be in compliance with the federal rules are a condition of our ability to draw that down.

Q And since you've been, you know, at DPA since January 2023, has DPA met that requirement to be in compliance with the federal rules on a continuous basis?

A No.

Q And when was DPA not in compliance with those federal rules?

A The Division of Public Assistance has not been in compliance with the timely processing of SNAP benefits since I started.

Q And does that continue to be the case today?

A That continues to be the case today.

Q And when you say "not in compliance with the timely processing," I take that to mean that it's not processing the SNAP applications in --

according to the federal requirements for timeliness?

A So the division is -- the timeliness rules, the division's not operating within the percentage of the federal rule's expectation around timely processing.

However, we are in a corrective action plan, so while we're not in compliance with the federal rules, we are in an approved corrective action plan for that.

Q And when did that approved corrective action plan take effect?

A I would have to refresh my memory of when the original corrective action plan took effect.

I believe we submitted that document. Is there any way to see that?

Q I think we might end up using that later today.

So it sounds like was it sometime in the last year?

A We -- it was -- it may have been more than a year ago.

Q Okay. So you mentioned that, you know, DPA has not been in compliance with the timely processing, you know, requirements. Were or have

and then document the evidence that it has occurred.

Q So I want to turn to talking about the, you know, the application process that people go through to apply for SNAP benefits.

So can you walk us through, at a high level, you know, how people in Alaska apply for SNAP benefits through DPA?

A Sure. Several modalities and ways in which individuals can apply for SNAP benefits.

Our eligibility offices, they can walk into a Division of Public Assistance eligibility office and apply for benefits.

In our main -- our larger offices, they actually can receive same-day service. As long as they have the verifications that they need or can obtain them while in an interview, they can receive the same-day service benefit and determination for that application.

Individuals can also go online and complete an e-form. SNAP has an e-form. The e-form's available on our website and it's available in myAlaska.

And so we have an e-connect, a portal for individuals who are applying for public assistance

Is it possible for applicants to leave a message through the Virtual Contact Center?

A No, we don't -- I mean, they can talk with an eligibility associate, but we don't have a voicemail system on the virtual contact center.

Q And so it sounds like, in terms of how frequently those are monitored, it's 8:00 to 5:00, is that Monday through Friday?

A Virtual Contact Center, yeah, runs Monday through Friday. And I believe it's 8:00 to 5:00. For some reason I'm having this -- it's 9:00 to 5:00 or 8:00 to 5:00. Our offices are open 9:00 to 5:00 -- or -- I'm sorry. I'm having a blank.

Q And do those telephonic applications look different from the paper application, or is it the same information that's solicited?

A No, it's the same information that's solicited.

Q So it sounds like the application -- you know, the form that we have up currently on the screen is going to be changed in the potential near future.

Are there any changes to the application that you feel would make it easier for the State to determine if an applicant is eligible for SNAP

in December of '24, in order for the online app -- so it must have been December of '23. And -- it was December of '24. Sorry. It's in my matrix.

At any rate, once we did that cloud-based platform, that enabled us to create these online forms.

And I think what's really important to understand is that once it's an online form, that is data, and that data then allows us to push and pull information to and from an eligibility system.

And so this movement towards online forms is part of a larger IT roadmap in order for us to efficiently manage the program.

So once we have an online form and its data and we make improvements to our actual eligibility system, that information cannot only get pushed directly into our eligibility system, but it can get pulled there so that an individual will have, within their Alaska Connect, the ability to have prepopulated forms, which is ultimately our goal.

Q And why did DPA decide to make this online, you know, fillable form application available for SNAP applicants in December of '24?

A So the -- when I started, it was, sort of, on the roadmap for the work that the division was doing, and it was a priority because of SNAP and just needing to make administrative simplifications.

It is a lever that we're -- you know, every lever that we can pull to make it administratively simply for the -- for the Alaskan -- you know, for Alaskans, it's easy for them, and then it's also easier for us.

An online application is -- inherently comes with some benefits. We don't have to decipher a person's handwriting. People tend to fill information in because it's easy to fill in, it's not overwhelming.

So we get a better application, and then essentially we can eventually action that data and use it.

Q Was part of the reason to help make applying for SNAP more accessible for Alaskans?

A Absolutely.

Q Has there ever been any evaluation of, you know, the implementation of that online fillable form?

A Can I -- so we have -- you know, we can

Q And at what point is an application considered to have been, like, completely processed?

A When there's a determination made.

Q Has that always been considered, like, the end point for when an application processed, as far as you're aware?

A As far as I'm aware, yes.

Q And so -- you know, you walked through -- it sounds like there are a couple different systems that involved here. How does DPA, you know, track the progress of the SNAP application from submission to eligibility determination?

A We have our source of truth, which is our Eligibility Information System. That's where the -- that's what makes the applicant -- you know what I mean? That's -- that's where every notice is generated from is our eligibility information system.

And then we use Current in order to identify, like, how many cases may be waiting in a queue.

Q And when did DPA start using that Eligibility Information System?

A I think 1983. I think it's --

Q And that --
A -- 40-plus years old.
Q And what about Current?
A Current was previously called Papose, and that -- but it was -- it predates me. I believe that it was in 2014 or '15. I can't be sure.
Q And so it sounds like that information is kind of stored online in those databases; is that correct?
A Mm-hm. Correct.
Q And then so, I guess let me ask, what are DPA's, kind of, targets for processing in terms of the timelines for processing applications?
MS. HARRISON: Objection. Form.
BY THE WITNESS:
A So we are -- obviously we want to adhere to federal rule if we can, so that's a 7-day or 30-day processing timeline, if that's what you're asking. I mean, that's ultimately our goal.
BY MS. TAVARES:
Q And so it sounds like DPA's goal then is just to be compliant with the federal requirement for --
A Correct.
Q -- processing?

Okay.
A Correct.
Q Has that goal changed at all since you started working at DPA?
A Well, the truth -- I mean, truth is that what our goal is is to get the benefits out to Alaskans who apply for it.
I mean, our -- that is always what our mission is, and that's -- I think you've seen it in the fact that we've not followed federal rule in order to get that in and happening.
Ideally if they were meeting those benchmarks by Food Nutrition Services in 7 and 30 days, you know, that would be ideal, and that's what we -- so that's what we strive for.
But, you know, we just really want to get benefits out.
Q I want to turn to talking about, I guess, the different applications in terms of how each of those are processed.
And so first as to the paper applications, so once an applicant has submitted a paper application, it sounds like, kind of, the first action there would be to enter into it that -- you know, the eligibility technician or associate

would enter it into the document management system and register it in the workflow management system.
Is that correct?
A It's correct for all applications.
Q For all applications. Okay.
And is that a manual process for those applications, like, the --
A It's a -- yeah, it's -- right now it's a manual process for all applications. You have to manually have someone go in there and do that.
Q Is that a manual process also for the online form application?
A Yes, it is at this point. Mm-hm.
Q Okay. And then in terms of who completes that process, it sounds like the tech -- eligibility technician; is that correct?
A Eligibility Technician 1s or eligibility associate. Mm-hm.
Q And how long does that process usually take in terms of doing that for one application; for example? Is there like an average time frame for that?
A Well, I would say I'm not -- as the director, I'm not as -- you know, I can't tell you the actual time frame.

denied, or pended.

Q Has that process of the eligibility technician claiming certain work in the queue, has that been the way that things have operated since you've been with DPA?

A Correct. That has been the way that things have operated since I've been at DPA. The only adjustment that is slightly different is that Eligibility Technician 1, they used to be a classification called an office assistant. They were reclassified to Eligibility Technician 1 and have the ability to operate a single program.

And so some Eligibility Technician 1s are set to admission, to only authorize Medicaid tasks, Medicaid duties.

And so I raise that because it's a way of freeing up our Eligibility Technician 2s to process multi-program or more complex programs such as SNAP and allowing an eligibility technician -- certain -- certain, a few, to process Medicaid.

Q Does DPA provide applicants with any notice of where their application is during this kind of processing process?

MS. HARRISON: Objection. Form.

Go ahead.

BY THE WITNESS:

A Yeah, the division provides notice of receipt and has since implemented a notice of delay -- agency-caused delay in processing.

BY MS. TAVARES:

Q Okay. Under what circumstances is the agency-delayed process notification applicable?

A The notice of agency-caused delay goes -- for expedited, goes out by day eight if we haven't made that determination within seven days.

And the notice of agency-caused delay for regular application and recertification goes out on day 31 if we have not processed that application by the 30th day.

Q And has that always been something that the agency has added or when -- if not, when did that -- when did you first start sending out those notice of agency-caused delay?

A No. To your question, it's not always been the practice of the division to send that notice.

We started that in end of February/March, and by April, we will be on regular path to -- probably are right now, to issuing them in

realtime.

Q And that's February/March of this year; is that correct?

A This year, correct.

Q You mentioned a couple times, you know, this idea of applications that expedited processing. What types of application are available for expedited processing of SNAP?

A So if you have less than, I think it's, $150 in your account, if you -- you know, if you have no income, there's -- or how -- your shelter costs are higher than your income.

There's questions on the GEN 50C all-programs application that specifically ask the questions that a person, if they answer it, could be determined eligible for expedited criteria.

Q What are the timing requirements for processing those expedited SNAP applications?

A We're supposed to issue those benefits within seven days.

Q Okay. And how does that time frame compare to processing, like, regular SNAP applications?

A Regular SNAP applications are 30 days.

Q And where do those time frames come from?

that, it sounds like, is that the workflow manager and program integrity and research you said; is that correct?

A Correct. Daily. Mm-hm.

Q If a SNAP applicant is experiencing delay in the processing of their application, is there a way for them to report that to DPA?

A They can file a fair hearing.

They can also call into the Virtual Contact Center. And they can also walk into a public assistance office.

Q And what is -- how would an applicant go about filing a fair hearing?

A There's directions that stipulates how they can file a fair hearing. They can call and request a fair hearing, or they can put that request in writing.

And then they could drop that off, they could mail it, they could fax it, they could upload it. All of the same ways they deliver any information to the division.

Q Aside from sending notices to individuals whose applications are not processed within the required time frames, are there any other steps that DPA takes as to individual SNAP applications

which will be able to really enhance our -- enhance our ability.

We've made small changes in our system for eligibility workers. We've done a -- we are now doing a single sign-on for them so it takes less time for them to sign into systems.

We are almost ready to launch what's called an address change, which means that any eligibility worker's able to actually change an address, and it doesn't require the Eligibility Technician 2 to do that.

So we're looking at processes that can be managed at a lower level and making corrections to our system in order to do that so that it doesn't take time of eligibility technicians.

And the other ET2s -- and the other reason it's so important is just having the capacity for real accurate addresses makes a tremendous difference with our mail system and our ability to reach our SNAP recipients.

We have -- so with that technology, we've taken -- we've contracted out merit -- non-merit staff duties.

We have contracted with Public Consulting Group, PCG, to do non-merit staff duties for SNAP

in order for them to -- in order for, for example, SNAP allocations to be registered, to be taken over the phone, to capture electronic signatures, to provide information and referral, to -- you know, to give case information to individuals who call.

And so we have about up to -- it was started at 75, and up to 140 non-merit staff who are answering about 24,000 phone calls a month and then doing the other duties.

We're also managing some of our Medicaid non-merit work. So, again, we're relieving the responsibility for our eligibility workers doing those tasks.

We automated Medicaid renewal eligibility based on SNAP eligibility. So that means that when an eligibility worker is working a SNAP case, they don't have to walk in and also take action on a Medicaid case because it's automated based on a CMS flexibility that allows us to do that.

We have applied for and been approved for the elderly simplified application, which means that individual seniors and persons with disabilities who have no other adult -- they can't have children in their home who are not employed

scheduled to go live on Monday.
Q Okay. So this -- so it's not in effect yet?
A Correct.
Q What about the workplace satisfaction survey; when was that ruled out?
A So we contracted with Qualtrics to do a workplace satisfaction survey, and that was rolled out approximately a year ago.
We did a baseline survey, and then, from there, we have developed other surveys, you know, surveying our stakeholders.
And we have -- what we did is a 24/7, and that's the survey that we have that is -- is employee suggestions. And that was rolled out about six months ago.
Q When was the continuous quality improvement plan developed?
A The continuous quality improvement plan was -- we began development of the continuous quality improvement plan in spring of '23 -- no, I'm sorry, in the summer of '23. And it's been an evolution since then and really solidified in '24.
Q When was the contracting out of non-merit staff duties to PCG done?

A We began that as a request in -- for governors supplemental funding in FY23 and started that contract out -- I believe we signed the contract in March of '23.

Q And what about the elderly certified application process; when was that applied for and approved?

A I believe elderly certified application was December of '24, and I think I -- that's coming to me because I think it's wrong in my matrix; I think it says '25, but it should be '24. When I was reviewing my matrix, I noticed the date was wrong.

Q Who was involved in helping to determine which steps, you know -- what those steps were --

A Oh --

Q -- address the delays?

A So we -- we worked -- first we leveraged a tool offered to us by Food Nutrition Services about a workload management matrix, and we reviewed that matrix, and then we established what we can do; what we have authority decisions to make on our own.

Of course I would consult with the commissioner's office.

We had some long-term non-perm positions, but due to our success rate, in -- we've prioritized permanent positions and hiring those. Not that non-perms don't get posted, because they do, but we really do focus on prioritizing permanent positions.

So there's no, like -- nobody says, no, don't hire; no, don't do that.

The chief of field supervisors, and along with the division operations manager, might look at the needs of an office. So, for example, Juneau might need an additional Eligibility Technician 2, and there's an extra one in Anchorage, and so they will work with the Anchorage office to have that position relocated and then hired out of Juneau.

And so those sorts of things happen with decisions by our chief of field services and our division operations manager.

Q So aside from -- you know, I understand eligibility technicians, there isn't, you know, somebody who will, it sounds like, has to approve or authorize hiring of those individuals.

Are there other positions within DPA where there would be required approvals or

authorizations for hiring?

A Exempt positions are a good example of what requires approval or authorization for hiring. So that exempt position is approved by the chief of staff or the Governor's office.

If there was a need for -- I can't think of -- as long as the position is vacant, we fill those positions.

Sometimes we need to re-class a position. So we have an Eligibility Technician 1 permanent position, but the office needs an Eligibility Technician 2; and so we would say don't fill that, we're going to re-class it to a 2. I mean, other than that that would require permission, no, generally not.

We have such a high vacancy factor, we don't -- we're not like other divisions that have to manage their vacancy factor. Ours is so high right now that we don't -- we're not burdened with any of that secondary approval stuff.

Q How does DPA determine whether additional people should be hired in connection with administering SNAP?

MS. HARRISON: Objection. Form.

non -- the non-merit staff eligibility associates was a change since I started. They started with 75, and now they're at 140 -- up to 140 staff to support the division.

And my -- that freed my eligibility technicians and gave them time to work on what I have called in the past non-lobby work, which means the email, the items that are coming in.

And so now the eligibility technicians can work on people coming into the lobby and the non-lobby work and then some work on a Virtual Contact Center.

Q (Inaudible) you use the term "non-merit staff." So what is the difference between --

A Yes.

Q -- merit staff and a non-merit staff?

A So that's a term that's used by our federal partners. And what essentially that means is that they're not State-staffed. They're not trained and hired and operating under the State.

We have -- we're responsible for the administration of these programs, and we cannot delegate that responsibility for eligibility determinations.

But we can delegate some responsibilities,

what's considered non-merit. In other words, they're duties that don't involve an eligibility decision or having to enter into the eligibility system to -- that could generate a determination. We have to take and maintain the responsibility of making those determinations.

So we look at -- we call them non-merit staff because they're doing non-merit duties, taking applications, receiving signatures, providing information and referral; you know, just non-merit tasks. Entering -- doing data entry into systems, registering information.

Q Is there a difference in terms of the -- where the funding comes from for merit versus non-merit staff for paying --

A No -- well --

MS. HARRISON: Object to form.

Go ahead.

BY THE WITNESS:

A Okay. Okay. So the reimbursement for administrative tasks are provided for at a 50 percent federal, 50 percent general fund rate. And so we draw down a 50 percent federal reimbursement for the duties of the non-merit staff.

(WHEREUPON, Etheridge Exhibit No. 7 was presented to the witness.)

MS. TAVARES: Let's just scroll down a little bit.

BY MS. TAVARES:

Q Do you recognize this document?

A Yes.

Q And what is this document?

A This is a major change that was submitted by the policy unit to FNS.

Q And under what circumstances is a notification of major changes in program design submitted to FNS?

A Well, I can't -- I can't quote every scenario, but if we, you know, increase or reduce staffing capacity, that obviously is one scenario.

If we make a major change in administration of a program, like a major reorganization that could impact it, then we'd have to do a major change.

I can't think of all the different scenarios, but this is the main one that I'm familiar with.

Q And when was this document submitted to you --

A This --
Q -- FNS?
A This document was submitted before my time, before I started with the division. I believe there's a date on it, and I believe it was in 2021.
So it was to be implemented on July 2021, so it would have been submitted prior to that.
Q Do you know who was responsible at DPA for submitting this notification to FNS?
A Sure. The person -- or the individuals who are required to submit would have been the chief of policy and the lead for the SNAP program in the policy unit.
Q And today if there is a notification of major changes, would you be involved in submitting that?
A I would -- the actual physical submission of the major change is not something I would actually do. You know, I don't have access into that FNS system where the submission occurs, but I would be engaged in the conversation of a major change as a director.
Q Okay. And so I think we already talked about the implementation date of change noted was

July 1st, 2021, correct?
A Correct.
Q What does the implementation date of change mean?
A So this -- this reduction occurred in -- through the legislative process and the budget process. So that effectively means that the funding for those positions was not appropriate -- appropriated in the next State fiscal year; hence, the July 1st date.
So the determination was made during the legislative session and the budget approval process in -- during that previous legislative session.
Q Okay. And that --
A They dis- -- go ahead.
Q So is that -- is that two years prior, or, I guess --
A One year -- so, well, it's the -- it's the previous State fiscal year; so if this was July 1st, it would have been happening between January and May of 2021.
Q Got it. Okay.
And so this notification of major change is notifying FNS of the reduction of DPA staff,

and, specifically, more than 100 merit system personnel, it looks like; is that correct?

A Correct.

Q Do you know why these 100 merit system personnel were let go?

A I can't -- you know, I wasn't here, so I -- you know, in hindsight, I can't predict the guidance that was provided to the previous director and the previous commissioner's office as to why these decisions were made.

It was during a time of COVID, and general practice was so much different then. And I think there was a level of uncertainty how federal programs would operate post COVID. So I can't speculate why the decision was made to reduce the staffing to that degree.

Q Do you know how that reduction of 100 merit staff personnel, if at all, impacted DPA's operations?

MS. HARRISON: Object to form.

BY THE WITNESS:

A So when COVID -- as we unwound from COVID and the federal rules went -- sort of swung back to a steady state normal, the reduction in staff impacted the State's ability -- or the division's

Yep. Yep. Mm-hm, I see it.

Q And what is the -- or do you know what the contract period is with Change Innovation Agency?

A I'm trying to think. We've subsequently been renewing their contract -- remember, they're -- they're tied to our eligibility workflow system, the program called Current, and so I believe it might expire in '27, but I'm not -- I'm not positive on the expiration date.

But we have a current contract with them that we have renewed.

Q And who determines whether that contract should be -- or will be renewed?

A Well, first I have to make sure that we follow the procurement rules. And so if it's time for us to go out for a competitive RFP, we will do that and then following all the procurement rules.

If the contract allows for, you know, extensions to that, then we will follow the allowable extensions to that.

And if for some reason they were at fault or not delivering on their contract, that would be a conversation that we would work with procurement on and -- to manage.

Q And we already talked about this, but at a

high level, what services does CIA provide to DPA?

A Sure. So at a high level, they provide daily support and workflow management. They provide consultation with our managers and supervisors. We've done training for our eligibility technicians. They have trained our trainers.

They have also -- they come to do evaluation and provide support to our eligibility staff.

They have done business process redesign sessions in order for us to find deficiencies, whether it's a session with Eligibility Technicians 1 or with our training team.

So they -- at a high level, their mission really is to support business transactions and making sure that we're -- we're operating at the highest efficiency.

Q I'd like to turn to the next page under "Dedicate Teams." It describes a restructuring of the workflow teams to address three specific priorities.

Do you see that?

A Yes.

Q And it says this restructuring was done by

it takes time out of their day to go through that training. But all employees are trained to work on SNAP and Medicaid.

And so any -- at any point in time, every single eligibility technician is working on SNAP and Medicaid.

Like I said, Eligibility Technician 1s might be dedicated only to Medicaid, but then above and beyond that, I have support staff; so individuals who understand how to process cases who don't traditionally do that. Or I have letters of agreement to pay overtime, so they can do that.

And that might be those in eligibility office manager roles, training, policy, individuals who have moved to areas such as research, they -- if they have the skill set to process cases, they do that.

So it's difficult to say at any given point in time how many staff are processing SNAP applications, but daily majority of our staff are doing that.

BY MS. TAVARES:

Q And, in your opinion, do you believe that DPA currently has adequate staffing to be in

compliance with federal guidance regarding SNAP timely application processing?

A Well, what I would say is that with a 30 percent vacancy rate, it's very difficult -- like, we may have enough FTEs if they were filled. We did -- the Governor did appropriate -- or include in his budget an additional full-time -- 15 full-time permanent positions.

But I have yet to see us as the division fully staffed with the FTEs that we do have appropriated to us. And so it's difficult to know what that world looks like if we were to actually have full -- full staffing pattern that are -- not only full staffing pattern but also trained.

Like, I could -- I -- if they were filled tomorrow, it still is going to take me time for those eligibility technicians to become proficient. So it's difficult to answer -- question to answer.

Q In your opinion, is DPA capable of absolute compliance with federal requirements for delivering SNAP benefits to each eligible household within 30 days for regular SNAP applications or 7 days for expedited?

A Oh, I --

Attachment to Deposition Errata of Deborah Etheridge

| | | |
|---|---|---|
| 63 | 12 | "You said 'caret' earlier" should be " You said 'carrot' earlier" which could be used as a symbol to indicate a SNAP question,. |
| 63 | 19-22 | "Our online form, it's not so complicated because if you do not select the program that you're applying for, you do not have -- you're not going to see the questions that are unrelated." Clarification, response should be, "Our online form is not so complicated because you only see the questions related to the program you're applying for. If you don't select a program, unrelated questions won't show up." |
| 72 | 25 | "to a cloud-based, which happened" should be "to a cloud-based platform, which happened" |
| 86 | 3-4 | "leverage our federal part -- our tribal partners," should be "leverage our tribal partners," |
| 101 | 4 | "Current was previously called Papose" should be "Current was previously called Pathos" |
| 108 | 8 | "I think it's, 90 days, and then they're --" should be "I think it's, 90 days, and then they're destroyed" |
| 113 | 2 | "the document management system called i-Links," should be "the document management system called ILINX" |
| 119 | 4 | "includes deliverables, projects, our" should be "includes deliverables, projects, or" |
| 126 | 19 | "documentation of, you know, various" should be "documentation of, you know, verifications" |
| 150 | 11 | "experience high volumes of application" should be "experience high volumes of applications" |
| 156 | 2 | "SNAP allocations to be registered" should be "SNAP applications to be registered" |
| 168 | 22 | "they implemented in our states." should be "they implemented in other states." |
| 199 | 8 | "funding that's provided by the legislature" should be "funding authority that's provided by the legislature" |

Lael A. Harrison, Esquire
State of Alaska, Department of Law
1031 W. 4th Avenue Suite 200
Anchorage, AK 99501

Re: Deposition of **Deborah Etheridge**
Date: 4/8/2025
Case: Andrew, et al. -v- Hedberg

Dear Sir/Madam,

A copy of the deposition transcript in the above-referenced matter is now available in our office for review. Please contact our office at (888) 433-3767 to arrange for an appointment weekdays from 9:00 a.m. to 5:00 p.m. Alternatively, should you wish to read the transcript electronically, please provide us with your email address.

If applicable, signature is required within 30 days from the date of receipt of this letter.

In accordance with the disposition of signature at the deposition or the pertinent jurisdictional rules, the deponent should follow these instructions to complete the Errata Sheet:

(1) Read the transcript and indicate any corrections or changes in ink on the enclosed Errata Sheet. Please include page and line numbers. If no corrections or changes are necessary, please indicate "no corrections" or "no changes" on the Errata Sheet.

(2) Sign and date the Errata Sheet and Acknowledgement of Deponent/Affiant pages.

(3) Please return the executed Errata Sheet and Acknowledgement pages to the address indicated below, submit via fax (888-503-3767) or email (transcripts@planetdepos.com).

A copy of this letter and the returned signature pages, if any, will be distributed to counsel.

Sincerely,

Production Department
Planet Depos, LLC
451 Hungerford Drive
Suite 400
Rockville, Maryland 20850

No. 578319

No. 578319

Re: Deposition of **Deborah Etheridge**
Date: 4/8/2025
Case: Andrew, et al. -v- Hedberg
Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|---|---|---|
| 34 | 15 | "contributed to Alaskans" should be "distributed to Alaskans" |
| 44 | 1 | "when you start with a division" should be "start with the division" |
| 54 | 15 | "for this worker" should be "for this individual" |
| 63 | 12 | "You said 'caret' earlier" should be " You said 'carrot' earlier" which could be used as a s |
| 63 | 19-22 | "Our online form, it's not so complicated because if you do not select the program that y |
| 72 | 25 | "to a cloud-based, which happened" should be "to a cloud-based platform, which happe |
| 74 | 8 | "make it administratively simply" should be "make it administratively simpler" |
| 86 | 3-4 | "leverage our federal part -- our tribal partners," should be "leverage our tribal partners," |
| 93 | 3 | "that means really zero" should be "that means really nothing" |
| 100 | 16 | "that's what makes the applicant" should be "that's what tracks the applicant" |
| 101 | 4 | "Current was previously called Papose" should be "Current was previously called Patho |
| 102 | 11 | "in order to get that in and happening." should be "in order for that to happen." |
| 108 | 8 | "I think it's, 90 days, and then they're --" should be "I think it's, 90 days, and then they're |
| 113 | 2 | "the document management system called i-Links," should be "the document managem |
| 67 | 15 | "It's i-Links." should be "It's ILINX." |
| 72 | 25 | "system, i-Links, to" should be "system, ILINX, to" |
| 114 | 14 | "set to admission," should be "set to a mission," |
| 119 | 4 | "includes deliverables, projects, our" should be "includes deliverables, projects, or" |
| 122 | 25 | "that the average week" should be "that the average wait" |
| 126 | 19 | "documentation of, you know, various" should be "documentation of, you know, verificat |
| 143 | 17 | "un-acted case form" should be "un-acted case report" |

06/06/2025 — Deb Etheridge
(Date) (Signature)

No. 578319

Re: Deposition of **Deborah Etheridge**
Date: 4/8/2025
Case: Andrew, et al. -v- Hedberg
Return to: transcripts@planetdepos.com

| | | |
|---|---|---|
| 150 | 11 | "experience high volumes of application" should be "experience high volumes of applica |
| 152 | 14 | "we organized them together." should be "we reorganized them together." |
| 154 | 18 | "leveraging 9010 funds" should be "leveraging 90/10 funds" |
| 156 | 2 | "SNAP allocations to be registered" should be "SNAP applications to be registered" |
| 164 | 10 | "management system, i-Links" should be "management system, ILINX" |
| 168 | 22 | "they implemented in our states." should be "they implemented in other states." |
| 199 | 8 | "funding that's provided by the legislature" should be "funding authority that's provided b |
| 200 | 15 | "roles, right?" should be "rules, right?" |
| 200 | 17 | "procurement roles" should be "procurement rules" |
| 201 | 12 | "procurement roles" should be "procurement rules" |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

06/06/2025
(Date)

Deb Etheridge
(Signature)

No. 578319

Re: Deposition of **Deborah Etheridge**
Date: 4/8/2025
Case: Andrew, et al. -v- Hedberg
Return to: transcripts@planetdepos.com

ACKNOWLEDGMENT OF DEPONENT

I, Deborah Etheridge, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

06/06/2025 Deb Etheridge

(Date) (Signature)

# EXHIBIT 9

# Transcript of Tracie Dablemont

**Date:** April 2, 2025
**Case:** Andrew, et al. -v- Hedberg

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Della Kamkoff, John Andrew,
Kayla Birch, Rose Carney,
Tereresa Ferguson, Zoya Jenkins,
Troy Fender, Rhonda Conover,
Autumn Ellanna, and Natalia
Moroz, on behalf of themselves,
and all those similarly situated,

Plaintiffs,

Case No
3:23-cv-00044-SLG

.

VS

Heidi Hedberg, in her official
capacity As Commissioner of
the Alaska Department of Health,

Defendant.

REMOTE DEPOSITION OF

TRACIE DABLEMONT

April 2, 2025

Job No. 578318

Pages 1 - 208

Stenographically Reported by:

Susan S. Klinger, RMR-CRR, CSR

abbreviated form of application at the time that they're notified their recertification is due. And so the application that you have as your Exhibit 2 is the GEN 50C, which is the general application, however, the recertification application abbreviated form is called a GEN 72.

We will accept either as far as for recertification. If somebody turns in a full GEN 50C of course we will use that, but the form that is provided to them to -- to recertify is a GEN 72 form.

MS. LUNDEN: And actually, Katie, can we go ahead and mark the next document as Dablemont Exhibit 3.

(Exhibit 3 marked.)

MS. LUNDEN: And that will be SOA020621.

Q Ms. Dablemont, let me know when you see it.

A I see it.

Q Is this the recertification form?

A Correct.

Q Is there anyway that someone can submit a recertification form different from an application form?

A Not that I'm aware of.

Q Okay. And is the process for putting a recertification form into the eligibility system the same as with applications?

A The only difference is that there is a specific field in the eligibility system where all they have to do is record the date that the recertification form was received. So you know they're not having to put in a name and address and all of the information that is needed. They can just go to that recertification screen, enter that we received that date, and then that changes that status from open to received.

Q Okay. And as far as you know, is the process of determining the date received the same as with the applications?

A Yes.

Q Does DPA monitor the timeliness of SNAP application processing?

A Yes.

Q How does DPA monitor the timeliness?

A We currently report monthly application processing timeliness to our food and nutrition, FNS, partners on a monthly basis.

Q Is there any other way that DPA monitors timeliness?

Q Okay.
A Eligibility system.
Q I believe you mentioned this before, but what does APT stand for?
A Application processing timeliness.
Q And how frequently is data added to this chart?
A Monthly.
Q At what point in the month is it added?
A The data downloads runs on a strange cadence. So it is, like, the first Saturday after the certain day of month, so usually by the 10th of the month we have it.
Q And what information is included in the monthly download?
A I don't have -- I don't know all the specific data points, but it is -- there is a specific timeliness data download. It is not exclusive to SNAP, so there is all -- there is other programmers in there as well, so I don't know specifically.
I believe this is that data download. That report is generated and then from the -- a batch job, which is then imported into SPSS which is the -- the statistical software and their

syntax runs and generates this.
Q Okay. Would the data that is pulled for in, say, line 102 for December 2024, is that all of the -- that would be the applications from December 1st through December 31st in 2024?
A Those are the total number of applications.
Q Let's go ahead. Let me -- let me withdraw the question and we will go through the columns and then I will ask my question again once we have gone through it. What is in column A?
A Column A is the report month.
Q And what is in column B?
A Column B are the total number of applications approved in the report month.
Q And is that total number of non-expedite applications approved in the report month?
A Correct.
Q Okay. So it says total applications, but it is the total applications that are approved; is that right?
A That is correct.
Q So looking at cell B102, what number is that?
A 846.

Q And so what does that mean?
A There were 846 SNAP applications approved in December of 2024.
Q And this information would have been pulled from the eligibility system?
A Correct.
Q Okay. Looking at column C, what information is there?
A Those are the number of cases of the total applications approved that were timely.
Q Okay. So looking at C102, what is that number?
A 525.
Q And what does that number mean?
A That is the number of cases that were approved timely out of the 864.
Q Okay. So looking at column D, what is that?
A Column D is the percentage of applications approved that were timely.
Q And how was that number calculated?
A It is a straight percentage, so it would be the 525 divided by 846.
Q So it would be the timely applications approved in the month over the total applications

approved in the month; is that right?
A Total applications, timely approved applications over total applications approved, correct.
Q Okay. And this is specifically for the non-expedite applications; is that right?
A That's correct.
Q And so what is in column E?
A Column E are the total number of expedite SNAP applications approved in that month.
Q And column F?
A Column F is the number of timely expedite applications of that 719 that were approved.
Q Okay. So looking at the cells in December 2024, how many expedite applications were approved?
A 719.
Q And how many of those were timely?
A 379.
Q And then looking at the performance column, column G, what does that number mean?
A That is the percentage of the expedite applications that were processed timely.
Q And so that would be column F over column E?

A Yes.
Q And so both of those two columns should match the data that is in the APT report?
A Correct.
Q Is that correct, okay.
Let's look at the recertifications columns. What information would be in the total approvals in the recertification column?
A That would be the total number of recertification applications that were approved in the report month.
Q And what information is in the timely approvals column?
A The number of recertification applications that were approved timely in the report month.
Q And what would constitute a timely recertification approval?
A This is being reported as any recertification processed within 30 days.
Q So the same way that is -- the same metric that is used in backlog tracker; is that right?
A That's correct.
Q Okay. And then what information is in the performance column?
A The performance is the percentage of

recertification applications that were approved timely.

Q Okay. So then looking at February 2025, how many recertifications were approved in the February 2025 total?

A 520.

Q And how many were timely approved?

A 119.

Q So what was the application processing timeliness rate for recertifications?

A For the -- for February 2025 --

Q For -- say that again, I'm sorry.

A 23 percent.

Q Okay. Thank you.

Where is this information pulled from?

A The eligibility information system. The same timeliness information that is extracted for the applications.

Q And when did DPA start tracking the recertification timeliness?

A We started this in response to the request to report this in this monthly report to the Court.

Q Okay. Does DPA have any other reports that track the recertification timeliness?

CERTIFICATE OF SHORTHAND REPORTER

I, Susan S. Klinger, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; that reading and signing was not discussed; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise in its outcome.

IN WITNESS WHEREOF, I have herunto set my hand on the 13th of April, 2025.

Susan S. Klinger
______________________________

Susan S. Klinger, RMR-CRR, CSR
Texas CSR 6531, Exp: 10/23/25
California CSR 14487, Exp: 11/30/25

Planet Depos
We Make It Happen™

Lael A. Harrison, Esquire
State of Alaska, Department of Law
1031 W. 4th Avenue Suite 200
Anchorage, AK 99501

Re: Deposition of **Tracie Dablemont**
Date: 4/2/2025
Case: Andrew, et al. -v- Hedberg

Dear Sir/Madam,

Attached please find the above-referenced deposition transcript. If applicable, signature is required within 30 days from the date of receipt of this letter.

In accordance with the disposition of signature at the deposition or the pertinent jurisdictional rules, the deponent should follow these instructions to complete the Errata Sheet:

(1) Read the transcript and indicate any corrections or changes in ink on the enclosed Errata Sheet. Please include page and line numbers. If more space is needed for corrections, please use a blank sheet of paper. If no corrections or changes are necessary, please indicate "no corrections" or "no changes" on the Errata Sheet.

(2) Sign and date the Errata Sheet and Acknowledgement of Deponent/Affiant pages.

(3) Please return the executed Errata Sheet and Acknowledgement pages to the address indicated below, submit via fax (888-503-3767) or email (transcripts@planetdepos.com).

A copy of this letter and the returned signature pages, if any, will be distributed to counsel.

Sincerely,

Production Department
Planet Depos, LLC
451 Hungerford Drive
Suite 400
Rockville, Maryland 20850

No. 578318

No. 578318

Re: Deposition of **Tracie Dablemont**
Date: 4/2/2025
Case: Andrew, et al. -v- Hedberg
Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|---|---|---|
| 17 | 16 | we’re v. were |
| 19 | 18 | Rachelle v. Rochelle |
| 20 | 16 | the v. THE |
| 30 | 12 | please review for potential missing word "where the handled ?? kind of client" |
| 36 | 2 | Medicaid, temporary assistance - Medicaid and Temporary Assistance are separate pro |
| 37 | 24 | the Center v. a Center |
| 39 | 13 | we will v. will |
| 65 | 18 | APA v. DPA |
| 66 | 12-13 | Contractor name is Change and Innovation Agency |
| 85 | 15 | revert v. recert |
| 91 | 22-23 | untimely v. on timely |
| 95 | 15 | September 24 v. 24th |
| 100 | 24 | coupling - this is not the correct word, please check audio |
| 116 | 3 | due v. undue |
| 117 | 24 | I believe the question has a typo "Leslie" - please review audio |
| 133 | 15 | APT v. AFT |
| 172 | 20 | Deb v. Dick |
| | | No further entries |
| | | |
| | | |
| | | |

__05.21.2025_______ (Date)

Tracie Dablemont
(Signature)

No. 578318

Re: Deposition of **Tracie Dablemont**
Date: 4/2/2025
Case: Andrew, et al. -v- Hedberg
Return to: transcripts@planetdepos.com

ACKNOWLEDGMENT OF DEPONENT

I, Tracie Dablemont, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

__05.21.2025________ Tracie Dablemont________________

(Date) (Signature)

# EXHIBIT 17

# SOA032851

## Alaska SNAP APT by Month

| Month | Non-Expedite Applications | | | Expedite Applications | | | Total Initial Applications | | |
|---|---|---|---|---|---|---|---|---|---|
| | Total Applications | Timely Applications | Performance | Total Applications | Timely Applications | Performance | Total Applications | Timely Applications | Performance |
| Jan-21 | 1,307 | 773 | 59% | 925 | 734 | 79% | 2,232 | 1,507 | 68% |
| Feb-21 | 1,463 | 912 | 62% | 946 | 848 | 90% | 2,409 | 1,760 | 73% |
| Mar-21 | 1,132 | 708 | 63% | 738 | 673 | 91% | 1,870 | 1,381 | 74% |
| Apr-21 | 894 | 635 | 71% | 519 | 478 | 92% | 1,413 | 1,113 | 79% |
| May-21 | 867 | 682 | 79% | 553 | 522 | 94% | 1,420 | 1,204 | 85% |
| Jun-21 | 841 | 717 | 85% | 578 | 563 | 97% | 1,419 | 1,280 | 90% |
| Jul-21 | 721 | 639 | 89% | 552 | 535 | 97% | 1,273 | 1,174 | 92% |
| Aug-21 | 752 | 666 | 89% | 651 | 626 | 96% | 1,403 | 1,292 | 92% |
| Sep-21 | 794 | 685 | 86% | 584 | 550 | 94% | 1,378 | 1,235 | 90% |
| Oct-21 | 723 | 600 | 83% | 494 | 457 | 93% | 1,217 | 1,057 | 87% |
| Nov-21 | 623 | 533 | 86% | 543 | 509 | 94% | 1,166 | 1,042 | 89% |
| Dec-21 | 649 | 561 | 86% | 515 | 442 | 86% | 1,164 | 1,003 | 86% |
| Jan-22 | 751 | 585 | 78% | 547 | 487 | 89% | 1,298 | 1,072 | 83% |
| Feb-22 | 637 | 576 | 90% | 547 | 484 | 88% | 1,184 | 1,060 | 90% |
| Mar-22 | 740 | 591 | 80% | 576 | 403 | 70% | 1,316 | 994 | 76% |
| Apr-22 | 628 | 495 | 79% | 469 | 340 | 72% | 1,097 | 835 | 76% |
| May-22 | 661 | 512 | 77% | 512 | 364 | 71% | 1,173 | 876 | 75% |
| Jun-22 | 676 | 558 | 83% | 518 | 438 | 85% | 1,194 | 996 | 83% |
| Jul-22 | 524 | 403 | 77% | 397 | 298 | 75% | 921 | 701 | 76% |
| Aug-22 | 565 | 443 | 78% | 427 | 228 | 53% | 992 | 671 | 68% |
| Sep-22 | 534 | 299 | 56% | 390 | 173 | 44% | 924 | 472 | 51% |
| Oct-22 | 361 | 137 | 38% | 241 | 101 | 42% | 602 | 238 | 40% |
| Nov-22 | 355 | 133 | 37% | 353 | 128 | 36% | 708 | 261 | 37% |
| Dec-22 | 442 | 110 | 25% | 619 | 237 | 38% | 1,061 | 347 | 33% |
| Jan-23 | 892 | 116 | 13% | 884 | 581 | 66% | 1,776 | 697 | 39% |
| Feb-23 | 1,122 | 227 | 20% | 830 | 403 | 49% | 1,952 | 630 | 32% |
| Mar-23 | 944 | 183 | 19% | 876 | 327 | 37% | 1,820 | 510 | 28% |
| Apr-23 | 1,040 | 330 | 32% | 811 | 509 | 63% | 1,851 | 839 | 45% |
| May-23 | 1,078 | 341 | 32% | 1,439 | 573 | 40% | 2,517 | 914 | 36% |
| Jun-23 | 1,029 | 395 | 38% | 1,449 | 543 | 37% | 2,478 | 938 | 38% |
| Jul-23 | 1,680 | 294 | 18% | 949 | 568 | 60% | 2,629 | 862 | 33% |
| Aug-23 | 2,959 | 784 | 26% | 784 | 195 | 25% | 3,743 | 979 | 26% |
| Sep-23 | 604 | 258 | 43% | 851 | 130 | 15% | 1,455 | 388 | 27% |
| Oct-23 | 802 | 265 | 33% | 445 | 112 | 25% | 1,247 | 377 | 30% |
| Nov-23 | 807 | 219 | 27% | 744 | 193 | 26% | 1,551 | 412 | 27% |
| Dec-23 | 2,048 | 672 | 33% | 1,438 | 714 | 50% | 3,486 | 1,386 | 40% |
| Jan-24 | 2,489 | 1,144 | 46% | 1,585 | 1,483 | 94% | 4,074 | 2,627 | 64% |
| Feb-24 | 2,789 | 1,607 | 58% | 1,606 | 1,487 | 93% | 4,395 | 3,094 | 70% |
| Mar-24 | 1,501 | 1,288 | 86% | 1,426 | 1,352 | 95% | 2,927 | 2,640 | 90% |
| Apr-24 | 1,291 | 1,090 | 84% | 1,254 | 1,190 | 95% | 2,545 | 2,280 | 90% |
| May-24 | 1,023 | 889 | 87% | 1,144 | 1,017 | 89% | 2,167 | 1,906 | 88% |
| Jun-24 | 953 | 772 | 81% | 1,126 | 1,069 | 95% | 2,079 | 1,841 | 89% |
| Jul-24 | 1,057 | 828 | 78% | 1,270 | 1,196 | 94% | 2,327 | 2,024 | 87% |
| Aug-24 | 934 | 628 | 67% | 973 | 792 | 81% | 1,907 | 1,420 | 74% |
| Sep-24 | 1,050 | 657 | 63% | 747 | 551 | 74% | 1,797 | 1,208 | 67% |
| Oct-24 | 978 | 689 | 70% | 522 | 393 | 75% | 1,500 | 1,082 | 72% |
| Nov-24 | 847 | 502 | 59% | 695 | 458 | 66% | 1,542 | 960 | 62% |
| Dec-24 | 846 | 525 | 62% | 719 | 379 | 53% | 1,565 | 904 | 58% |
| Jan-25 | 1,077 | 671 | 62% | 937 | 600 | 64% | 2,014 | 1,271 | 63% |
| Feb-25 | 873 | 540 | 62% | 728 | 354 | 49% | 1,601 | 894 | 56% |
| Mar-25 | 944 | 600 | 64% | 939 | 501 | 53% | 1,883 | 1,101 | 58% |
| Apr-25 | 1,065 | 650 | 61% | 1,013 | 557 | 55% | 2,078 | 1,207 | 58% |
| **Prev. six month Totals:** | **5,652** | **3,488** | **62%** | **5,031** | **2,849** | **57%** | **8,605** | **5,130** | **60%** |

Last Updated 05/05/2025

## Alaska SNAP Recertification by Month

| **Month** | Total Recertifications | Timely Recertifications | Performance |
|---|---|---|---|
| Feb-25 | 520 | 119 | 23% |
| Mar-25 | 642 | 183 | 29% |
| Apr-25 | 574 | 101 | 18% |
| **Total:** | **1,736** | **403** | **23%** |

Last Updated 05/05/2025

**Data note: timeliness is measured by recertification processed within 30 days of receipt*

# EXHIBIT 18

# SOA032863

| Month | SNAP Recertifications Total Approvals | Timely Approvals | Performance |
|---|---|---|---|
| Jan-21 | 5,054 | 1,642 | 32% |
| Feb-21 | 798 | 161 | 20% |
| Mar-21 | 492 | 159 | 32% |
| Apr-21 | 116 | 40 | 34% |
| May-21 | 95 | 47 | 49% |
| Jun-21 | 92 | 56 | 61% |
| Jul-21 | 100 | 68 | 68% |
| Aug-21 | 98 | 65 | 66% |
| Sep-21 | 93 | 56 | 60% |
| Oct-21 | 97 | 58 | 60% |
| Nov-21 | 81 | 56 | 69% |
| Dec-21 | 102 | 73 | 72% |
| **CY2021** | **7,218** | **2,481** | **34%** |

| Month | SNAP Recertifications Total Approvals | Timely Approvals | Performance |
|---|---|---|---|
| Jan-22 | 123 | 80 | 65% |
| Feb-22 | 113 | 82 | 73% |
| Mar-22 | 127 | 100 | 79% |
| Apr-22 | 124 | 94 | 76% |
| May-22 | 134 | 109 | 81% |
| Jun-22 | 201 | 151 | 75% |
| Jul-22 | 517 | 452 | 87% |
| Aug-22 | 1,057 | 498 | 47% |
| Sep-22 | 935 | 225 | 24% |
| Oct-22 | 1,039 | 216 | 21% |
| Nov-22 | 695 | 131 | 19% |
| Dec-22 | 1,391 | 117 | 8% |
| **CY2022** | **6,456** | **2,255** | **35%** |

| Month | SNAP Recertifications Total Approvals | Timely Approvals | Performance |
|---|---|---|---|
| Jan-23 | 3,352 | 172 | 5% |
| Feb-23 | 3,266 | 256 | 8% |
| Mar-23 | 2,876 | 125 | 4% |
| Apr-23 | 1,814 | 119 | 7% |
| May-23 | 1,195 | 584 | 49% |
| Jun-23 | 1,518 | 1,160 | 76% |
| Jul-23 | 978 | 415 | 42% |
| Aug-23 | 782 | 288 | 37% |
| Sep-23 | 1,180 | 215 | 18% |
| Oct-23 | 1,529 | 446 | 29% |
| Nov-23 | 1,224 | 297 | 24% |
| Dec-23 | 2,200 | 215 | 10% |
| **CY2023** | **21,914** | **4,292** | **20%** |

| Month | SNAP Recertifications Total Approvals | Timely Approvals | Performance |
|---|---|---|---|
| Jan-24 | 3,396 | 646 | 19% |
| Feb-24 | 3,919 | 328 | 8% |
| Mar-24 | 336 | 209 | 62% |
| Apr-24 | 366 | 321 | 88% |
| May-24 | 603 | 513 | 85% |
| Jun-24 | 716 | 478 | 67% |
| Jul-24 | 1,089 | 796 | 73% |
| Aug-24 | 759 | 320 | 42% |
| Sep-24 | 749 | 195 | 26% |
| Oct-24 | 794 | 191 | 24% |
| Nov-24 | 1,033 | 184 | 18% |
| Dec-24 | 783 | 153 | 20% |
| **CY2024** | **14,543** | **4,334** | **30%** |

| Month | SNAP Recertifications Total Approvals | Timely Approvals | Performance |
|---|---|---|---|
| Jan-25 | 703 | 129 | 18% |
| Feb-25 | 520 | 119 | 23% |
| Mar-25 | 642 | 183 | 29% |
| Apr-25 | 574 | 101 | 18% |
| **CY2025** | **2,439** | **532** | **22%** |

# EXHIBIT 19

# SOA032819

# SNAP Recert Backlog by Month

| SNAP Recertification Backlog* - May 08, 2025 | |
|---|---|
| Recertification Received Month | May-25 |
| CY2024 | |
| Jan 2024 | - |
| Feb 2024 | - |
| Mar 2024 | - |
| Apr 2024 | - |
| May 2024 | - |
| Jun 2024 | - |
| Jul 2024 | - |
| Aug 2024 | - |
| Sep 2024 | 1 |
| Oct 2024 | 99 |
| Nov 2024 | 480 |
| Dec 2024 | 218 |
| CY2025 | |
| Jan 2025 | 87 |
| Feb 2025 | 655 |
| Mar 2025 | 393 |
| Apr 2025 | 117 |
| **Total Recert Backlog*** | **2,050** |

*Data last updated: 05/08/2025*

*Data Source: EIS*

**SNAP Recertification Backlog* by Report Month**

| Recertification Received Month | AUG 2022 | SEP 2022 | OCT 2022 | NOV 2022 | DEC 2022 | JAN 2023 | FEB 2023 | MAR 2023 | APR 2023 | MAY 2023 | JUN 2023 | JUL 2023 | AUG 2023 | SEP 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CY2023 | | | | | | | | | | | | | | |
| Jan 2023 | - | - | - | - | - | - | - | 8 | 6 | 1 | - | - | - | - |
| Feb 2023 | - | - | - | - | - | - | - | - | 16 | 2 | - | - | - | - |
| Mar 2023 | - | - | - | - | - | - | - | - | 2 | 3 | - | - | - | 1 |
| Apr 2023 | - | - | - | - | - | - | - | - | - | - | 46 | 7 | - | - |
| May 2023 | - | - | - | - | - | - | - | - | - | - | 10 | 120 | 4 | - |
| Jun 2023 | - | - | - | - | - | - | - | - | - | - | - | - | 962 | 661 |
| Jul 2023 | - | - | - | - | - | - | - | - | - | - | - | - | - | 1631 |
| Aug 2023 | - | - | - | - | - | - | - | - | - | - | - | - | - | 102 |
| Sep 2023 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Oct 2023 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Nov 2023 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Dec 2023 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CY2024 | | | | | | | | | | | | | | |
| Jan 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Feb 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mar 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Apr 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| May 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Jun 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Jul 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Aug 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sep 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Oct 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Nov 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Dec 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CY2025 | | | | | | | | | | | | | | |
| Jan 2025 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Feb 2025 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mar 2025 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Recert Backlog*** | **3** | **4** | **4** | **4** | **4** | **7** | **8,058** | **4,905** | **2,130** | **408** | **56** | **127** | **966** | **2,395** |

| Recertification Received Month | OCT 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 | Mar 2024 | Apr 2024 | May 2024 | Jun 2024 | Jul 2024 | Aug 2024 | Sep 2024 | Oct 2024 | Nov 2024 | Dec 2024 | Jan 2025 | Feb 2025 | Mar 2025 | Apr 2025 | May 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CY2023 | | | | | | | | | | | | | | | | | | | | |
| Jan 2023 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Feb 2023 | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mar 2023 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Apr 2023 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| May 2023 | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Jun 2023 | 127 | 12 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Jul 2023 | 1270 | 339 | 196 | 116 | 2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Aug 2023 | 3236 | 3011 | 2720 | 1616 | 254 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sep 2023 | - | 2503 | 2304 | 2027 | 533 | - | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Oct 2023 | - | - | 2335 | 1674 | 1461 | - | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Nov 2023 | - | - | - | 1271 | 1097 | 5 | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Dec 2023 | - | - | - | 70 | 631 | 14 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| CY2024 | | | | | | | | | | | | | | | | | | | | |
| Jan 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Feb 2024 | - | - | - | - | - | - | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mar 2024 | - | - | - | - | - | - | - | 21 | - | - | - | - | - | - | - | - | - | - | - | - |
| Apr 2024 | - | - | - | - | - | - | - | - | 63 | - | 1 | - | - | - | - | - | - | - | - | - |
| May 2024 | - | - | - | - | - | - | - | - | 10 | 186 | 5 | - | - | - | - | - | - | - | - | - |
| Jun 2024 | - | - | - | - | - | - | - | - | - | - | 150 | 4 | 2 | - | - | - | - | - | - | - |
| Jul 2024 | - | - | - | - | - | - | - | - | - | - | 42 | 1067 | 497 | 95 | 1 | 1 | - | 1 | 1 | - |
| Aug 2024 | - | - | - | - | - | - | - | - | - | - | - | 134 | 1518 | 1255 | 556 | 51 | 1 | - | - | - |
| Sep 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | 990 | 588 | 371 | 217 | 105 | 15 | 1 |
| Oct 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | 191 | 797 | 631 | 616 | 528 | 408 | 228 |
| Nov 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 43 | 1058 | 870 | 756 | 633 | 530 |
| Dec 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 56 | 363 | 300 | 262 | 228 |
| CY2025 | | | | | | | | | | | | | | | | | | | | |
| Jan 2025 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 1 | 113 | 116 | 86 |
| Feb 2025 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 807 | 671 |
| Mar 2025 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 417 |
| **Total Recert Backlog*** | **4,635** | **5,865** | **7,555** | **6,774** | **3,978** | **19** | **4** | **21** | **73** | **186** | **198** | **1,205** | **2,017** | **2,531** | **1,985** | **2,168** | **2,068** | **1,803** | **2,242** | **2,161** |

*SNAP Backlog Definition: Recertifications (excludes new applications) unworked > 30 days*

*Data is pulled on the first of the report month.

*Data last updated: 05/01/2025*

*Data Source: EIS*






# SNAP App
# Backlog by Month

Case 3:25-cv-00044-SLG Document 108-19 Filed 09/12/25 Page 6 of 6

**SNAP Application Backlog* - May 08, 2025**

| Application Received Month | May 25 - Regular Applications | May 25- Expedite Applications | May 25- Total SNAP Applications |
|---|---|---|---|
| **CY2024** | | | |
| Jan 2024 | - | - | **0** |
| Feb 2024 | - | - | **0** |
| Mar 2024 | - | - | **0** |
| Apr 2024 | - | - | **0** |
| May 2024 | 1 | - | **1** |
| Jun 2024 | - | - | **0** |
| Jul 2024 | - | - | **0** |
| Aug 2024 | - | - | **0** |
| Sep 2024 | - | - | **0** |
| Oct 2024 | 52 | - | **52** |
| Nov 2024 | 463 | 2 | **465** |
| Dec 2024 | 241 | 1 | **242** |
| **CY2025** | | | |
| Jan 2025 | 302 | 1 | **303** |
| Feb 2025 | 436 | 47 | **483** |
| Mar 2025 | 280 | 72 | **352** |
| Apr 2025 | 168 | 464 | **632** |
| **Total Application Backlog*** | **1,943** | **587** | **2,530** |

*Data last updated: 05/08/2025*

*Data Source: EIS*

**SNAP Application Backlog* by Report Month**

| Application Received Month | AUG 2022 | SEP 2022 | OCT 2022 | NOV 2022 | DEC 2022 | JAN 2023 | FEB 2023 | MAR 2023 | APR 2023 | May 2023 | JUN 2023 | JUL 2023 | AUG 2023 | SEP 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CY2023** | | | | | | | | | | | | | | |
| Jan 2023 | - | - | - | - | - | - | 210 | 2252 | 2293 | 2099 | 1,940 | 1,409 | 1,264 | 89 |
| Feb 2023 | - | - | - | - | - | - | - | 227 | 1684 | 1502 | 1,384 | 927 | 824 | 88 |
| Mar 2023 | - | - | - | - | - | - | - | - | 603 | 1437 | 1,164 | 1,061 | 758 | 181 |
| Apr 2023 | - | - | - | - | - | - | - | - | - | 200 | 513 | 302 | 147 | 24 |
| May 2023 | - | - | - | - | - | - | - | - | - | - | 155 | 618 | 360 | 230 |
| Jun 2023 | - | - | - | - | - | - | - | - | - | - | - | 121 | 1,043 | 871 |
| Jul 2023 | - | - | - | - | - | - | - | - | - | - | - | - | 157 | 1,207 |
| Aug 2023 | - | - | - | - | - | - | - | - | - | - | - | - | - | 531 |
| Sep 2023 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Oct 2023 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Nov 2023 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Dec 2023 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **CY2024** | | | | | | | | | | | | | | |
| Jan 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Feb 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mar 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Apr 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| May 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Jun 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Jul 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Aug 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sep 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Oct 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Nov 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Dec 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **CY2024** | | | | | | | | | | | | | | |
| Jan 2025 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Feb 2025 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mar 2025 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Apr 2025 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Application Backlog*** | **362** | **757** | **2,471** | **3,950** | **5,752** | **7,423** | **7,880** | **8,636** | **9,459** | **9,469** | **8,309** | **7,050** | **5,781** | **3,223** |

| Application Received Month | OCT 2023 | Nov 2023 | Dec 2023 | Jan 2024 | Feb 2024 | Mar 2024 | Apr 2024 | May 2024 | Jun 2024 | Jul 2024 | Aug 2024 | Sep 2024 | Oct 2024 | Nov 2024 | Dec 2024 | Jan 2025 | Feb 2025 | Mar 2025 | Apr 2025 | May 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **CY2023** | | | | | | | | | | | | | | | | | | | | |
| Jan 2023 | 6 | 1 | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Feb 2023 | 6 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Mar 2023 | 25 | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Apr 2023 | 18 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| May 2023 | 144 | 3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Jun 2023 | 735 | 169 | 21 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Jul 2023 | 1,093 | 783 | 457 | 81 | - | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Aug 2023 | 1,631 | 1,491 | 1,286 | 693 | 142 | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sep 2023 | 316 | 1,692 | 1,323 | 1,176 | 464 | 6 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Oct 2023 | - | 641 | 1,175 | 511 | 457 | 10 | - | 1 | - | - | - | - | - | - | - | - | - | - | - | - |
| Nov 2023 | - | | 551 | 774 | 596 | 1 | 1 | 1 | - | - | - | - | - | - | - | - | - | - | - | - |
| Dec 2023 | - | - | - | 35 | 126 | 4 | 1 | 1 | - | - | - | - | - | - | - | - | - | - | - | - |
| **CY2024** | | | | | | | | | | | | | | | | | | | | |
| Jan 2024 | - | - | - | - | 20 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Feb 2024 | - | - | - | - | - | - | 19 | 1 | - | - | 1 | - | - | - | - | - | - | - | - | - |
| Mar 2024 | - | - | - | - | - | - | 21 | 109 | 4 | - | - | - | - | 1 | - | - | - | - | 1 | - |
| Apr 2024 | - | - | - | - | - | - | - | 14 | 84 | 4 | - | 1 | - | - | - | 1 | - | - | - | - |
| May 2024 | - | - | - | - | - | - | - | - | 44 | 132 | 3 | 2 | 2 | 1 | - | - | - | - | 1 | - |
| Jun 2024 | - | - | - | - | - | - | - | - | - | 13 | 136 | 4 | 1 | - | 1 | - | 1 | - | - | - |
| Jul 2024 | - | - | - | - | - | - | - | - | - | - | 85 | 545 | 31 | 4 | - | - | - | 2 | - | - |
| Aug 2024 | - | - | - | - | - | - | - | - | - | - | - | 617 | 953 | 608 | 354 | 43 | 1 | - | - | - |
| Sep 2024 | - | - | - | - | - | - | - | - | - | - | - | - | 28 | 673 | 282 | 197 | 117 | 46 | 19 | - |
| Oct 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | 471 | 703 | 520 | 436 | 391 | 291 | 80 |
| Nov 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 493 | 913 | 674 | 624 | 557 | 487 |
| Dec 2024 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 534 | 449 | 345 | 283 | 249 |
| **CY2024** | | | | | | | | | | | | | | | | | | | | |
| Jan 2025 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 637 | 586 | 391 | 316 |
| Feb 2025 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 497 | 927 | 530 |
| Mar 2025 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 609 | 463 |
| Apr 2025 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 496 |
| **Total Application Backlog*** | **3,975** | **4,781** | **4,814** | **3,270** | **1,805** | **23** | **42** | **127** | **132** | **149** | **225** | **1,169** | **1,015** | **1,758** | **1,833** | **2,208** | **2,315** | **2,491** | **3,079** | **2,621** |

*SNAP Backlog Definition: Application (excludes recertifications) unworked > 30 days or expedite applications unworked > 7 days*

**Data is pulled on the first of the report month.*

**Data last updated: 05/01/2025*

*Data Source: EIS*






# Exhibit 20-01

# Compilation of the Average Age of Unacted Applications Reports

# SOA017821

| 03/06/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 74 | 2,305 | - | - | - | - | - | - | 78 | 2,161 | Food Stamps (Expedite) |
| Food Stamps | 93 | 11,622 | 96 | 4,360 | - | - | - | - | 97 | 10,969 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 03/13/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 73 | 2,467 | - | - | - | - | - | - | 79 | 2,257 | Food Stamps (Expedite) |
| Food Stamps | 96 | 10,969 | 99 | 3,625 | - | - | - | - | 100 | 10,378 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 03/20/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Program** | **Average Age (Days)** | **Total # of Applications** | **Average Age (Days)** | **Total # of Applications** | **Average Age (Days)** | **Total # of Applications** | **Average Age (Days)** | **Total # of Applications** | **Average Age (Days)** | **Total # of Applications** | **Program** |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 76 | 2,591 | - | - | - | - | - | - | 81 | 2,424 | Food Stamps (Expedite) |
| Food Stamps | 96 | 10,574 | 103 | 3,108 | - | - | - | - | 102 | 9,775 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 04/03/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 74 | 3,065 | - | - | - | - | - | - | 81 | 2,765 | Food Stamps (Expedite) |
| Food Stamps | 100 | 9,758 | 111 | 2,090 | - | - | - | - | 109 | 8,802 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 04/10/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 80 | 3,032 | - | - | - | - | - | - | 87 | 2,752 | Food Stamps (Expedite) |
| Food Stamps | 102 | 9,120 | 114 | 1,460 | - | - | - | - | 112 | 8,177 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 04/17/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 84 | 3,051 | - | - | - | - | - | - | 90 | 2,845 | Food Stamps (Expedite) |
| Food Stamps | 106 | 8,810 | 119 | 1,133 | - | - | - | - | 116 | 7,896 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 04/24/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 92 | 2,938 | - | - | - | - | - | - | 97 | 2,795 | Food Stamps (Expedite) |
| Food Stamps | 109 | 8,638 | 126 | 1,006 | - | - | - | - | 120 | 7,736 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 05/01/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 108 | 1,829 | - | - | - | - | - | - | 104 | 1,646 | Food Stamps (Expedite) |
| Food Stamps | 117 | 8,635 | 38 | 72 | - | - | - | - | 123 | 6,761 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 05/08/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Program** | **Average Age (Days)** | **Total # of Applications** | **Average Age (Days)** | **Total # of Applications** | **Average Age (Days)** | **Total # of Applications** | **Average Age (Days)** | **Total # of Applications** | **Average Age (Days)** | **Total # of Applications** | **Program** |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 102 | 2,874 | - | - | - | - | - | - | 109 | 2,676 | Food Stamps (Expedite) |
| Food Stamps | 109 | 8,097 | 120 | 31 | - | - | - | - | 128 | 6,738 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 05/15/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 106 | 2,594 | - | - | - | - | - | - | 113 | 2,424 | Food Stamps (Expedite) |
| Food Stamps | 110 | 8,293 | 63 | 12 | - | - | - | - | 133 | 6,678 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 05/22/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 104 | 2,213 | - | - | - | - | - | - | 114 | 2,009 | Food Stamps (Expedite) |
| Food Stamps | 111 | 8,539 | 32 | 37 | - | - | - | - | 137 | 6,683 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 06/12/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 107 | 1,737 | - | - | - | - | - | - | 120 | 1,540 | Food Stamps (Expedite) |
| Food Stamps | 121 | 8,509 | 41 | 93 | - | - | - | - | 150 | 6,697 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

****NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 06/12/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 98 | 1,224 | - | - | - | - | - | - | 108 | 1,110 | Food Stamps (Expedite) |
| Food Stamps | 123 | 8,683 | 43 | 123 | - | - | - | - | 156 | 6,678 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

****NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 06/26/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 84 | 948 | - | - | - | - | - | - | 100 | 793 | Food Stamps (Expedite) |
| Food Stamps | 126 | 8,814 | 40 | 247 | - | - | - | - | 159 | 6,751 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 07/03/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 64 | 716 | - | - | - | - | - | - | 86 | 521 | Food Stamps (Expedite) |
| Food Stamps | 126 | 9,068 | 40 | 156 | - | - | - | - | 163 | 6,803 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*NOTE: Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

Case 3:23-cv-00044-SLG Document 108-20 Filed 09/12/25 Page 19 of 19
277

## 07/10/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 48 | 587 | - | - | - | - | - | - | 68 | 405 | Food Stamps (Expedite) |
| Food Stamps | 125 | 9,449 | 38 | 281 | - | - | - | - | 164 | 7,007 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

**NOTE:* *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

# Exhibit 20-02

## 07/17/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 32 | 505 | - | - | - | - | - | - | 52 | 292 | Food Stamps (Expedite) |
| Food Stamps | 120 | 9,616 | 37 | 486 | - | - | - | - | 160 | 6,986 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

Case 3:23-cv-00044-SLG Document 108-21 Filed 09/12/25 Page 3 of 14

| 07/24/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 25 | 428 | - | - | - | - | - | - | 39 | 247 | Food Stamps (Expedite) |
| Food Stamps | 114 | 9,709 | 38 | 558 | - | - | - | - | 157 | 6,730 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 07/31/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 22 | 529 | - | - | - | - | - | - | 37 | 277 | Food Stamps (Expedite) |
| Food Stamps | 105 | 9,362 | 38 | 993 | - | - | - | - | 141 | 6,623 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 08/07/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 22 | 501 | - | - | - | - | - | - | 36 | 262 | Food Stamps (Expedite) |
| Food Stamps | 95 | 9,227 | 40 | 1,215 | - | - | - | - | 129 | 6,416 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 08/14/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 17 | 596 | - | - | - | - | - | - | 27 | 321 | Food Stamps (Expedite) |
| Food Stamps | 78 | 9,342 | 42 | 1,709 | - | - | - | - | 110 | 6,219 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

****NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

Case 3:23-cv-00044-SLG Document 108-21 Filed 09/12/25 Page 7 of 14

| 08/21/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 18 | 607 | - | - | - | - | - | - | 27 | 355 | Food Stamps (Expedite) |
| Food Stamps | 64 | 9,361 | 46 | 2,033 | - | - | - | - | 93 | 5,854 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

****NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

Case 3:23-cv-00044-SLG Document 108-21 Filed 09/12/25 Page 8 of 14

285

## 08/28/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 17 | 861 | - | - | - | - | - | - | 24 | 565 | Food Stamps (Expedite) |
| Food Stamps | 49 | 9,005 | 50 | 2,236 | - | - | - | - | 73 | 5,118 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 09/11/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 22 | 977 | - | - | - | - | - | - | 28 | 735 | Food Stamps (Expedite) |
| Food Stamps | 46 | 10,470 | 53 | 3,316 | - | - | - | - | 65 | 6,413 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

****NOTE:*** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 09/18/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 23 | 875 | - | - | - | - | - | - | 34 | 543 | Food Stamps (Expedite) |
| Food Stamps | 47 | 11,342 | 53 | 3,789 | - | - | - | - | 66 | 7,086 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

****NOTE:*** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 09/25/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 23 | 775 | - | - | - | - | - | - | 37 | 446 | Food Stamps (Expedite) |
| Food Stamps | 49 | 11,873 | 56 | 4,019 | - | - | - | - | 68 | 7,533 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 10/02/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 30 | 814 | - | - | - | - | - | - | 43 | 534 | Food Stamps (Expedite) |
| Food Stamps | 48 | 12,089 | 55 | 4,759 | - | - | - | - | 63 | 8,314 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

289

| 10/09/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 27 | 821 | - | - | - | - | - | - | 35 | 598 | Food Stamps (Expedite) |
| Food Stamps | 49 | 12,545 | 28 | 5,104 | - | - | - | - | 63 | 8,702 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

****NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

290

| 10/16/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 25 | 880 | - | - | - | - | - | - | 32 | 646 | Food Stamps (Expedite) |
| Food Stamps | 51 | 13,057 | 58 | 5,660 | - | - | - | - | 64 | 9,452 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

****NOTE:*** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

# Exhibit 20-03

Case 3:23-cv-00044-SLG Document 108-22 Filed 09/12/25 Page 2 of 14

| 10/23/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 25 | 1,001 | - | - | - | - | - | - | 31 | 793 | Food Stamps (Expedite) |
| Food Stamps | 52 | 13,398 | 62 | 5,775 | - | - | - | - | 66 | 9,581 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

Case 3:23-cv-00044-SLG Document 108-22 Filed 09/12/25 Page 3 of 14

## 11/06/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 23 | 1,264 | - | - | - | - | - | - | 28 | 1,013 | Food Stamps (Expedite) |
| Food Stamps | 56 | 13,610 | 67 | 6,177 | - | - | - | - | 70 | 10,003 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 11/13/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 25 | 1,355 | - | - | - | - | - | - | 27 | 1,214 | Food Stamps (Expedite) |
| Food Stamps | 61 | 13,414 | 69 | 6,592 | - | - | - | - | 73 | 10,412 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

****NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

Case 3:23-cv-00044-SLG Document 108-22 Filed 09/12/25 Page 5 of 14

## 11/20/2023 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 25 | 1,321 | - | - | - | - | - | - | 27 | 1,220 | Food Stamps (Expedite) |
| Food Stamps | 64 | 13,510 | 73 | 7,015 | - | - | - | - | 75 | 10,816 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

****NOTE:*** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 11/27/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 25 | 1,157 | - | - | - | - | - | - | 27 | 1,064 | Food Stamps (Expedite) |
| Food Stamps | 68 | 13,818 | 76 | 7,438 | - | - | - | - | 79 | 11,473 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

****NOTE:*** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 12/04/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 25 | 716 | - | - | - | - | - | - | 29 | 594 | Food Stamps (Expedite) |
| Food Stamps | 71 | 14,308 | 80 | 7,689 | - | - | - | - | 82 | 11,934 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

Case 3:23-cv-00044-SLG Document 108-22 Filed 09/12/25 Page 8 of 14

299

## 12/11/2023 Average Age of Unacted Applications by Program*

| Program | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | Program |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 19 | 212 | - | - | - | - | - | - | 33 | 108 | Food Stamps (Expedite) |
| Food Stamps | 74 | 14,617 | 86 | 7,601 | - | - | - | - | 87 | 11,977 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 12/18/2023 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | | | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 17 | 88 | - | - | - | - | - | - | 26 | 52 | Food Stamps (Expedite) |
| Food Stamps | 76 | 13,642 | 91 | 7,313 | - | - | - | - | 89 | 11,158 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 01/08/2024 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | | | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 5 | 97 | - | - | - | - | - | - | 13 | 3 | Food Stamps (Expedite) |
| Food Stamps | 84 | 11,370 | 95 | 6,515 | - | - | - | - | 96 | 9,657 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

****NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 01/22/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | | | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 4 | 141 | - | - | - | - | - | - | 13 | 9 | Food Stamps (Expedite) |
| Food Stamps | 83 | 9,495 | 97 | 5,213 | - | - | - | - | 100 | 7,675 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

302

| 01/29/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | | | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 5 | 188 | - | - | - | - | - | - | 16 | 10 | Food Stamps (Expedite) |
| Food Stamps | 79 | 8,176 | - | - | - | - | - | - | 99 | 6,188 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA tickets are not*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 02/26/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | | | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 4 | 147 | - | - | - | - | - | - | 12 | 4 | Food Stamps (Expedite) |
| Food Stamps | 49 | 2,996 | 87 | 1,112 | - | - | - | - | 84 | 1,461 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*Tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

Case 3:23-cv-00044-SLG Document 108-22 Filed 09/12/25 Page 14 of 14

| 03/04/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | | | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 6 | 66 | - | - | - | - | - | - | 25 | 6 | Food Stamps (Expedite) |
| Food Stamps | 16 | 1,384 | 54 | 3 | - | - | - | - | 47 | 60 | Food Stamps |
| General Relief Assistance (incl | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

# Exhibit 20-04

Case 3:23-cv-00044-SLG Document 168-23 Filed 09/12/25 Page 2 of 14

307

| 03/11/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | | | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 4 | 114 | - | - | - | - | - | - | 10 | 6 | Food Stamps (Expedite) |
| Food Stamps | 13 | 1,196 | - | - | - | - | - | - | 50 | 30 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*Tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 03/18/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | | | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 6 | 88 | - | - | - | - | - | - | 14 | 13 | Food Stamps (Expedite) |
| Food Stamps | 13 | 1,317 | 215 | 1 | - | - | - | - | 59 | 17 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*Tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

Case 3:23-cv-00044-SLG Document 108-23 Filed 09/12/25 Page 3 of 14

## 03/26/2024 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | | | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 14 | 67 | - | - | - | - | - | - | 27 | 28 | Food Stamps (Expedite) |
| Food Stamps | 16 | 1,541 | 194 | 3 | - | - | - | - | 63 | 26 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

****NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 04/01/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | | | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 6 | 148 | - | - | - | - | - | - | 15 | 22 | Food Stamps (Expedite) |
| Food Stamps | 16 | 1,673 | 132 | 4 | - | - | - | - | 46 | 46 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

Case 3:23-cv-00044-SLG Document 108-23 Filed 09/12/25 Page 5 of 14

| 04/08/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | | | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 6 | 53 | - | - | - | - | - | - | 15 | 8 | Food Stamps (Expedite) |
| Food Stamps | 17 | 1,855 | 113 | 3 | - | - | - | - | 37 | 194 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*IRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

311

| 04/15/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 6 | 97 | - | - | - | - | - | - | 14 | 19 | Food Stamps (Expedite) |
| Food Stamps | 17 | 1,659 | 103 | 3 | - | - | - | - | 38 | 243 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*IRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

Case 3:23-cv-00044-SLG Document 108-23 Filed 09/12/25 Page 8 of 14

| 04/22/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 7 | 53 | - | - | - | - | - | - | 15 | 14 | Food Stamps (Expedite) |
| Food Stamps | 17 | 1,677 | 39 | 35 | - | - | - | - | 38 | 279 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 04/29/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 6 | 65 | - | - | - | - | - | - | 14 | 11 | Food Stamps (Expedite) |
| Food Stamps | 15 | 1,532 | 36 | 24 | - | - | - | - | 38 | 158 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

Case 3:23-cv-00044-SLG Document 108-23 Filed 09/12/25 Page 9 of 14

## 05/06/2024 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 5 | 158 | - | - | - | - | - | - | 13 | 15 | Food Stamps (Expedite) |
| Food Stamps | 15 | 1,364 | 45 | 29 | - | - | - | - | 43 | 82 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

315

| 05/13/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 7 | 251 | - | - | - | - | - | - | 13 | 70 | Food Stamps (Expedite) |
| Food Stamps | 14 | 1,543 | 57 | 13 | - | - | - | - | 41 | 55 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

**NOTE: Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 05/20/2024 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 7 | 99 | - | - | - | - | - | - | 17 | 25 | Food Stamps (Expedite) |
| Food Stamps | 15 | 1,661 | 33 | 56 | - | - | - | - | 34 | 130 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

317

| 05/28/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 9 | 67 | - | - | - | - | - | - | 16 | 27 | Food Stamps (Expedite) |
| Food Stamps | 15 | 1,713 | 43 | 58 | - | - | - | - | 41 | 115 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

318

06/03/2024 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 6 | 153 | - | - | - | - | - | - | 14 | 22 | Food Stamps (Expedite) |
| Food Stamps | 15 | 1,998 | 39 | 87 | - | - | - | - | 38 | 229 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

****NOTE:*** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

# Exhibit 20-05

## 06/10/2024 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 6 | 132 | - | - | - | - | - | - | 15 | 20 | Food Stamps (Expedite) |
| Food Stamps | 15 | 2,004 | 36 | 68 | - | - | - | - | 37 | 117 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 06/17/2024 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 6 | 218 | - | - | - | - | - | - | 17 | 31 | Food Stamps (Expedite) |
| Food Stamps | 17 | 2,298 | 39 | 91 | - | - | - | - | 39 | 221 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 06/24/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 5 | 223 | - | - | - | - | - | - | 16 | 7 | Food Stamps (Expedite) |
| Food Stamps | 19 | 2,315 | 36 | 203 | - | - | - | - | 37 | 414 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*IRA tickets are not included.

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

Case 3:23-cv-00044-SLG Document 108-24 Filed 09/12/25 Page 5 of 16

## 07/01/2024 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 5 | 110 | - | - | - | - | - | - | 15 | 14 | Food Stamps (Expedite) |
| Food Stamps | 17 | 2,303 | 36 | 186 | - | - | - | - | 36 | 321 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

*tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

Case 3:23-cv-00044-SLG Document 108-24 Filed 09/12/25 Page 6 of 16

325

## 07/08/2024 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 6 | 281 | - | - | - | - | - | - | 19 | 15 | Food Stamps (Expedite) |
| Food Stamps | 18 | 2,282 | 39 | 230 | - | - | - | - | 38 | 407 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 07/15/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 7 | 103 | - | - | - | - | - | - | 14 | 25 | Food Stamps (Expedite) |
| Food Stamps | 18 | 2,943 | 41 | 249 | - | - | - | - | 39 | 526 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA tickets are not included.*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 07/22/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 8 | 131 | - | - | - | - | - | - | 21 | 31 | Food Stamps (Expedite) |
| Food Stamps | 17 | 2,941 | 39 | 88 | - | - | - | - | 37 | 309 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

328

| 07/29/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 12 | 74 | - | - | - | - | - | - | 19 | 37 | Food Stamps (Expedite) |
| Food Stamps | 18 | 3,066 | 35 | 171 | - | - | - | - | 36 | 373 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 08/05/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 7 | 130 | - | - | - | - | - | - | 17 | 31 | Food Stamps (Expedite) |
| Food Stamps | 19 | 3,315 | 37 | 249 | - | - | - | - | 37 | 468 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

****NOTE:*** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

329

| 08/12/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 7 | 397 | - | - | - | - | - | - | 12 | 104 | Food Stamps (Expedite) |
| Food Stamps | 20 | 3,543 | 36 | 385 | - | - | - | - | 36 | 695 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | - | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA tickets are not*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 08/19/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 9 | 500 | - | - | - | - | - | - | 14 | 250 | Food Stamps (Expedite) |
| Food Stamps | 22 | 4,005 | 38 | 579 | - | - | - | - | 37 | 972 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 08/26/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 12 | 588 | - | - | - | - | - | - | 17 | 357 | Food Stamps (Expedite) |
| Food Stamps | 23 | 4,308 | 38 | 836 | - | - | - | - | 38 | 1,352 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:*** *Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

## 09/03/2024 Average Age of Unacted Applications by Program*

| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| Alaska Temporary Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Alaska Temporary Assistance Program |
| Adult Public Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Adult Public Assistance |
| Food Stamps (Expedite) | 15 | 703 | - | - | - | - | - | - | 20 | 481 | Food Stamps (Expedite) |
| Food Stamps | 26 | 4,875 | 41 | 1,205 | - | - | - | - | 41 | 1,893 | Food Stamps |
| General Relief Assistance (incl. Senior Benefits) | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | General Relief Assistance (incl. Senior Benefits) |
| CAMA | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | CAMA |
| Interim Assistance | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Interim Assistance |
| MAGI Medicaid - ARIES | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - ARIES |
| Non-MAGI Medicaid | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Non-MAGI Medicaid |
| MAGI Medicaid - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Medicaid - EIS |
| MAGI Acct. Transfers - EIS | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | MAGI Acct. Transfers - EIS |
| Heating Assistance Program | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Heating Assistance Program |
| Total | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | Total |

***NOTE:** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

| 09/09/2024 Average Age of Unacted Applications by Program* | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Unacted Applications | | Over 30 Days EIS Recert./Renewals | | Over 45 Days ARIES Recerts Medicaid | | Over 90 Days EIS Recerts Medicaid | | Over 30 Days/7 Days SNAP Exped. Applications | | |
| Program | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Average Age (Days) | Total # of Applications | Program |
| **Alaska Temporary Assistance Program** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | **Alaska Temporary Assistance Program** |
| **Adult Public Assistance** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | **Adult Public Assistance** |
| **Food Stamps (Expedite)** | 14 | 725 | - | - | - | - | - | - | 19 | 451 | **Food Stamps (Expedite)** |
| **Food Stamps** | 28 | 5,084 | 44 | 1,430 | - | - | - | - | 42 | 2,331 | **Food Stamps** |
| **General Relief Assistance (incl. Senior Benefits)** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | **General Relief Assistance (incl. Senior Benefits)** |
| **CAMA** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | **CAMA** |
| **Interim Assistance** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | **Interim Assistance** |
| **MAGI Medicaid - ARIES** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | **MAGI Medicaid - ARIES** |
| **Non-MAGI Medicaid** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | **Non-MAGI Medicaid** |
| **MAGI Medicaid - EIS** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | **MAGI Medicaid - EIS** |
| **MAGI Acct. Transfers - EIS** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | **MAGI Acct. Transfers - EIS** |
| **Heating Assistance Program** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | **Heating Assistance Program** |
| **Total** | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | **Total** |

***NOTE:** Contains both EIS and ARIES applications and cases in Received and Pended status. EIS Recerts/Renewals are included but ARIES renewals and ARIES cases with unresolved JIRA tickets are*

**FootNotes: Request from Tama to move Aries count of 45 day over only and Aries 90 days over only, this follows the Federal Guidelines.**

**FootNotes: Request from Tama to move Aries count of 30 days, this follows the Federal Guidelines.**

# SOA023667