No. 26-4167

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE NINTH CIRCUIT**

---

JOHN ANDREW, AUTUMN ELLANNA, and TERERESA FERGUSON,
on behalf of themselves and all those similarly situated,
*Plaintiffs-Appellants,*

*v.*

HEIDI HEDBERG, in her official capacity as Commissioner
of the Alaska Department of Health,
*Defendant-Appellee.*

---

On Appeal from the United States District Court for the District of Alaska
Case No. 3:23-cv-00044-SLG • Hon. Sharon L. Gleason

---

# EXCERPTS OF RECORD

## Index Volume

---

GORIUNE DUDUKGIAN
NICHOLAS FERONTI
MIYE D'OENCH
NORTHERN JUSTICE PROJECT, LLC
406 G Street, Suite 207
Anchorage, AK 99501
(907) 308-3395

SAIMA AKHTAR
NATIONAL CENTER FOR LAW
AND ECONOMIC JUSTICE
50 Broadway, Suite 1500
New York, NY 10004
(212) 633-6967

JACOB I. CHEFITZ
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
(212) 335-4500

CHRISTOPHER M. YOUNG
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
(619) 699-2700

*Attorneys for Plaintiffs-Appellants*
*[Additional Counsel Listed on Inside Cover]*

SEAN P. FULTON
DLA PIPER LLP (US)
1900 N. Pearl Street, Suite 2200
Dallas, TX 75201
(214) 743-4572

CONSTANCE I. DU
DLA PIPER LLP (US)
444 W Lake Street, Suite 900
Chicago, IL 60606
(312) 368-8921

United States Court of Appeals for the Ninth Circuit

Case No. 26-4167

*Andrew et al v. Hedberg*

On Appeal from the United States District Court
for the District of Alaska, Case No. 3:23-cv-00044-SLG

# INDEX TO EXCERPTS OF RECORD


| Document Description | Dkt. No. | Date Filed | Vol. No. | Page Nos. |
|---|---|---|---|---|
| ***VOLUME 1 — Decisions Being Appealed*** | | | | |
| Judgment | 148 | 05/28/2026 | 1 | 2 |
| Order on All Pending Motions (Summary Judgment Order) | 147 | 05/21/2026 | 1 | 3–50 |
| ***VOLUME 2 — Other Record Documents*** | | | | |
| Transcript of Oral Argument on Summary Judgment Motions (12/18/2025) | 151 | 07/11/2026 | 2 | 52–98 |
| Division of Public Assistance Report on Compliance with Court-Ordered Requirements (through May 2026) | 144-1 | 04/28/2026 | 2 | 99–162 |
| Statement of Material Facts ISO Plaintiffs' Motion for Summary Judgment | 108-00 | 09/12/2025 | 2 | 163–188 |
| Exhibit 1 – Fed-State Agreement | 108-01 | 09/12/2025 | 2 | 189–191 |
| Exhibit 2 – Etheridge Deposition | 108-02 | 09/12/2025 | 2 | 192–230 |
| Exhibit 9 – Dablemont Deposition | 108-09 | 09/12/2025 | 2 | 231–245 |
| Exhibit 17 – APT Rate Jan 21 - Apr 25 | 108-17 | 09/12/2025 | 2 | 246–249 |
| Exhibit 18 – Recert "APT" Rate Jan 21 - Apr 25 | 108-18 | 09/12/2025 | 2 | 250–252 |
| Exhibit 19 – SNAP Backlog Jan 24 - Apr 25 | 108-19 | 09/12/2025 | 2 | 253–258 |

| | | | | |
|---|---|---|---|---|
| Exhibit 20-01 – Ave Age of Unacted Application Reports | 108-20 | 09/12/2025 | 2 | 259–277 |
| Exhibit 20-02 – Ave Age of Unacted Application Reports | 108-21 | 09/12/2025 | 2 | 278–291 |
| Exhibit 20-03 – Ave Age of Unacted Application Reports | 108-22 | 09/12/2025 | 2 | 292–305 |
| Exhibit 20-04 – Ave Age of Unacted Application Reports | 108-23 | 09/12/2025 | 2 | 306–319 |
| Exhibit 20-05 – Ave Age of Unacted Application Reports | 108-24 | 09/12/2025 | 2 | 320–335 |
| ***VOLUME 3 — Other Record Documents (cont'd)*** | | | | |
| Exhibit 20-06 – Ave Age of Unacted Application Reports | 108-25 | 09/12/2025 | 3 | 337–388 |
| Division of Public Assistance Report on Compliance with Court-Ordered Requirements (through June 2025) | 100-4 | 07/31/2025 | 3 | 389–396 |
| Transcript of Oral Argument on Renewed Motion for Preliminary Injunction (7/18/2024) | 88 | 03/26/2025 | 3 | 397–431 |
| Order Granting Preliminary Injunction and Motions to Supplement (VACATED per Dkt. 147) | 77 | 12/31/2024 | 3 | 432–463 |
| Declaration of Cecelia Kamkoff ISO Plaintiffs' Reply in Support of Renewed Motion for PI | 52-1 | 06/20/2024 | 3 | 464–470 |
| Declaration of Julia Deutsch ISO Plaintiffs' Reply in Support of Renewed Motion for PI | 52-2 | 06/20/2024 | 3 | 471–474 |
| Order Denying Class Certification | 38 | 05/15/2024 | 3 | 475–487 |
| Declaration of Nicholas Feronti ISO Renewed Motion for Preliminary Injunction (incl. all exhibits) | 35-2 | 05/08/2024 | 3 | 488–595 |

| | | | | |
|---|---|---|---|---|
| Declaration of R. Grant ISO Renewed Motion for Preliminary Injunction | 35-3 | 05/08/2024 | 3 | 596–598 |
| Declaration of R. Carney ISO Renewed Motion for Preliminary Injunction | 35-4 | 05/08/2024 | 3 | 599–600 |
| Declaration of R. Gaston ISO Renewed Motion for Preliminary Injunction | 35-5 | 05/08/2024 | 3 | 601–604 |
| Declaration of S. Younker ISO Renewed Motion for Preliminary Injunction | 35-6 | 05/08/2024 | 3 | 605–607 |
| Declaration of Z. Jenkins ISO Renewed Motion for Preliminary Injunction | 35-7 | 05/08/2024 | 3 | 608–609 |
| Defendants' Answer to Complaint | 27 | 03/15/2024 | 3 | 610–634 |
| ***VOLUME 4 — Other Record Documents (cont'd)*** | | | | |
| Order Re Amended Motion for Stay, Motion for Class Certification, and Motion for Preliminary Injunction | 24 | 02/05/2024 | 4 | 636–649 |
| Order re Stipulation on Class Certification | 15 | 05/09/2023 | 4 | 650–652 |
| Notice of Filing Signed Declarations | 145 | 05/04/2026 | 4 | 653–657 |
| Declaration of Tereresa Ferguson (Exh. D) | 145-1 | 05/04/2026 | 4 | 658–662 |
| Declaration of Zoya Jenkins (Exh. E) | 145-2 | 05/04/2026 | 4 | 663–671 |
| Notice of Filing Signed Declarations | 138 | 03/17/2026 | 4 | 672–676 |
| Declaration of Autumn Ellanna (Exh. A) | 138-1 | 03/17/2026 | 4 | 677–685 |
| Declaration of Nataliia Moroz (Exh. B) | 138-2 | 03/17/2026 | 4 | 686–693 |
| Declaration of John Andrew (Exh. C) | 138-3 | 03/17/2026 | 4 | 694–701 |

| | | | | |
|---|---|---|---|---|
| Declaration of Kayla Birch | 45-3 | 06/11/2024 | 4 | 702–707 |
| Declaration of Rhonda Conover | 45-6 | 06/11/2024 | 4 | 708–713 |
| Affidavit of Della Kamkoff | 45-8 | 06/11/2024 | 4 | 714–720 |
| Affidavit of Rose Carney | 7-7 | 03/13/2023 | 4 | 721–725 |
| Affidavit of Troy Fender | 7-9 | 03/13/2023 | 4 | 726–733 |
| Declaration of Nicholas Feronti ISO Plaintiffs' Motions for Class Certification and Preliminary Injunction | 7-13 | 03/13/2023 | 4 | 734–835 |
| Complaint | 7-27 | 03/13/2023 | 4 | 836–883 |
| Notice of Removal | 1 | 03/01/2023 | 4 | 884–886 |
| Notice of Appeal | 149 | 06/25/2026 | 4 | 887–891 |
| District Court Docket Sheet | N/A | 08/28/2026 | 4 | 892–919 |